IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br>*Plaintiff,*<br><br>vs.<br><br>SMITH & WESSON BRANDS, INC., et al.<br><br>*Defendants.* | Civil Action No. 1:21-cv-11269 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, Estados Unidos Mexicanos.

Date: August 4, 2021

*s/ Richard M. Brunell*
Richard M. Brunell, BBO# 544236
Shadowen PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703
rbrunell@shadowenpllc.com
(855) 344-3298