IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br>*Plaintiff,*<br><br>*vs.*<br><br>SMITH & WESSON BRANDS, INC.,<br>et al.<br><br>*Defendants.* | Civil Action No. 1:21-cv-11269 |

**MOTION TO ADMIT JONATHAN W. LOWY *PRO HAC VICE***

I, Richard M. Brunell, am a member in good standing of the bar of this Court and the attorney of record for the Plaintiff, Estados Unidos Mexicanos. My bar number is 544236. Pursuant to Local Rule 83.5.3, I am moving for the admission of Jonathan E. Lowy to appear *pro hac vice* in this case as counsel for the Plaintiff. Mr. Lowy is a member of the bars of the Supreme Court of Virginia (inactive) and the District of Columbia, and the bars of the United States District Courts for the District of Arizona and the Northern District of Illinois, the United States Courts of Appeals for the Fourth and Tenth Circuits and the District of Columbia, and the Supreme Court of the United States. I have verified that Mr. Lowy is a member in good standing of the bars to which he is admitted, and his Rule 83.5.3 (e)(3) signed certification is attached to this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting Jonathan E. Lowy as counsel for the Plaintiff in the above-captioned case.

Respectfully submitted,

Date: August 4, 2021                                        *s/ Richard M. Brunell*

                    Richard M. Brunell, BBO# 544236
                    Shadowen PLLC
                    1135 W. 6th Street, Suite 125
                    Austin, TX 78703
                    (855) 344-3298
                    rbrunell@shadowenpllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2021, this Motion for Admission *Pro Hac Vice* was served via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

Date: August 4, 2021                                      *s/ Richard M. Brunell*
                                                                Richard M. Brunell, BBO# 544236

## CERTIFICATION OF JONATHAN E. LOWY

I, Jonathan E. Lowy, certify as follows:

1. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. Specifically, I am a member in good standing of the bars of the Supreme Court of Virginia (inactive) and the District of Columbia, and the bars of the United States District Courts for the District of Arizona and the Northern District of Illinois, the United States Courts of Appeals for the Fourth and Tenth Circuits and the District of Columbia, and the Supreme Court of the United States. I am not the subject of any disciplinary proceedings pending in any jurisdiction.

2. I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

3. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Date: August 4, 2021                     *s/ Jonathan E. Lowy*
                                          Jonathan E. Lowy
                                          D.C. Bar No. 418654
                                          Virginia Bar No. 29336