IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br>*Plaintiff,*<br><br>*vs.*<br><br>SMITH & WESSON BRANDS, INC.,<br>et al.<br><br>*Defendants.* | Civil Action No. 1:21-cv-11269 |

**MOTION TO ADMIT NICHOLAS SHADOWEN *PRO HAC VICE***

I, Richard M. Brunell, am a member in good standing of the bar of this Court and the attorney of record for the Plaintiff, Estados Unidos Mexicanos. My bar number is 544236. Pursuant to Local Rule 83.5.3, I am moving for the admission of Nicholas W. Shadowen to appear *pro hac vice* in this case as counsel for the Plaintiff. Mr. Shadowen is a member of the bar of the Supreme Court of Texas. I have verified that Mr. Shadowen is a member in good standing of the bar to which he is admitted, and his Rule 83.5.3 (e)(3) signed certification is attached to this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting Nicholas W. Shadowen as counsel for the Plaintiff in the above-captioned case.

Respectfully submitted,

Date: August 4, 2021

*s/ Richard M. Brunell*
Richard M. Brunell, BBO# 544236
Shadowen PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703
(855) 344-3298
rbrunell@shadowenpllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2021, this Motion for Admission *Pro Hac Vice* was served via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

Date: August 4, 2021                              *s/ Richard M. Brunell*
                                                  Richard M. Brunell, BBO# 544236

## CERTIFICATION OF NICHOLAS W. SHADOWEN

I, Nicholas W. Shadowen, certify as follows:

1. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. Specifically, I am a member in good standing of the bar of the Supreme Court of Texas.

2. I am not the subject of any disciplinary proceedings pending in any jurisdiction.

3. I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.


Date: August 4, 2021                                  *s/ Nicholas W. Shadowen*
                                                      Nicholas W. Shadowen
                                                      Texas Bar No. 24110348