UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ESTADOS UNIDOSMEXICANOS** | Case No.: **1:21-CV-11269-FDS** |
| Plaintiff/Petitioner | |
| vs. | |
| **SMITH & WESSON BRANDS INC., ET AL.** | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | **SUMMONS; COMPLAINT; EXHIBIT** |

Received by **Paul Waters**, on the **10th day of August, 2021 at 7:10 PM** to be served upon **Beretta USA Corp.** at **17601 Beretta Drive, Accokeek, Prince George's County, MD 20607**.
On the **12th day of August, 2021 at 1:08 PM**, I, **Paul Waters**, SERVED Beretta USA Corp. at **17601 Beretta Drive, Accokeek, Prince George's County, MD 20607** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Steven Biondi**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **PERSON AUTHORIZED TO ACCEPT, who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by subject reaching for docs when named, a gray-haired white male approx. 55-65 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with glasses.**

Service Fee Total: **$10.75**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: *Paul A Waters*                                                                08/12/2021

Paul Waters                              Server ID #                              Date



REF: **REF-8574322**

Page 1 of 1
Tracking #: **0074608847**