UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ESTADOS UNIDOS MEXICANOS** | Case No.: **1:21-CV-11269-FDS** |
| Plaintiff/Petitioner | |
| vs. | |
| **SMITH & WESSON BRANDS INC, ET AL.** | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | **SUMMONS; COMPLAINT; EXHIBITS** |

Received by **Rodney Samuels**, on the **11th day of August, 2021 at 6:18 PM** to be served upon **Colt's Manufacturing Company, LLC** at **251 Little Falls Drive, Wilmington, New Castle County, DE 19807**.
On the **12th day of August, 2021 at 10:41 AM**, I, **Rodney Samuels**, SERVED Colt's Manufacturing Company, LLC at **251 Little Falls Drive, Wilmington, New Castle County, DE 19807** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **John Doe**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**WHO REFUSED TO GIVE NAME, PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, a black-haired black male approx. 25-35 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with a beard. security guard in lobby of building**

Service Fee Total: **$10.75**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| NAME: | *Rodney Samuels* | rodn103 | 08/12/2021 |
|---|---|---|---|
| | Rodney Samuels | Server ID # | Date |



REF: **REF-8574515**

Page 1 of 1
Tracking #: **0074599354**