UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ESTADOS UNIDOS MEXICANOS** | Case No.:    **1:21-CV-11269-FDS** |
| Plaintiff/Petitioner | |
| vs. | |
| **SMITH & WESSON BRANDS INC., ET AL.** | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | **SUMMONS; COMPLAINT; EXHIBITS** |

Received by **Kevin Joseph Mitchell**, on the **11th day of August, 2021 at 9:15 AM** to be served upon **Glock, Inc. c/o Carlos Guevara, Registered Agent** at **6000 Highlands Parkway Southeast, Smyrna, Cobb County, GA 30082**.
On the **11th day of August, 2021 at 10:30 AM**, I, **Kevin Joseph Mitchell**, SERVED **Glock, Inc. c/o Carlos Guevara, Registered Agent** at **6000 Highlands Parkway Southeast, Smyrna, Cobb County, GA 30082** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Jane Doe**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **WHO REFUSED TO GIVE NAME, PERSON AUTHORIZED TO ACCEPT**, who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), a brown-haired white female approx. 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses.

Service Fee Total: **$10.75**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| NAME: *Kevin Joseph Mitchell* | NA | |
| Kevin Joseph Mitchell | Server ID # | Date |



REF: **REF-8574525**

Page 1 of 1
Tracking #: **0074532411**