UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **ESTADOS UNIDOS MEXICANOS** | Case No.: | **1:21-cv-11269-FDS** |
| Plaintiff/Petitioner | | |
| vs. | | |
| **SMITH & WESSON BRANDS INC., et al.** | AFFIDAVIT OF SERVICE OF | |
| Defendant/Respondent | **Demand letter; Summons in a Civil Action; Complaint; Exhibits** | |

Received by **John White**, on the **12th day of August, 2021 at 11:51 AM** to be served upon **Smith & Wesson Brands, Inc. c/o Registered Agent Soltuions Inc., Agent** at **4625 Nevso Dr, Ste 2, Las Vegas, Clark County, NV 89103**. On the **12th day of August, 2021 at 1:19 PM**, I, **John White**, SERVED Smith & Wesson Brands, Inc. c/o Registered **Agent Soltuions Inc., Agent** at **4625 Nevso Dr, Ste 2, Las Vegas, Clark County, NV 89103** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Scott Parker** , on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **CORPORATE OFFICER, who accepted service with direct delivery, with identity confirmed by subject stating their name, a brown-haired white male approx. 35-45 years of age, 5'8"-5'10" tall and weighing 200-240 lbs.**

Service Fee Total: **$85.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ John White*

| NAME: | | |
|---|---|---|
| John White | R-2019-00318 | 08/12/2021 |
| | Server ID # | Date |


REF: **REF-8589409**

Page 1 of 1
Tracking #: **0074624674**