UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ESTADOS UNIDOS MEXICANOS** | Case No.: **1:21-cv-11269-FDS** |
| Plaintiff/Petitioner | |
| vs. | |
| **SMITH & WESSON BRANDS INC., ET AL.** | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | **SUMMONS; COMPLAINT; EXHIBITS** |

Received by **Rodney Samuels**, on the **11th day of August, 2021 at 6:25 PM** to be served upon **Sturm Ruger & Co., Inc. c/o Corporation Trust company, Registered Agent** at **1209 N Orange St, Wilmington, New Castle County, DE 19801**.

On the **12th day of August, 2021 at 10:23 AM**, I, **Rodney Samuels**, SERVED Sturm Ruger & Co., Inc. c/o **Corporation Trust company, Registered Agent** at **1209 N Orange St, Wilmington, New Castle County, DE 19801** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Corporation Trust company, Registered Agent**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Who accepted service with direct delivery, with identity confirmed by subject stating their name, a brown-haired white male approx. 25-35 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.  named Patrick Duffy who is authorized to accept service.**

Service Fee Total: **$10.75**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| NAME: *Rodney Samuels* | rodn103 | 08/12/2021 |
| Rodney Samuels | Server ID # | Date |


REF: **REF-8574622**

Page 1 of 1
Tracking #: **0074598902**
