UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ESTADOS UNIDOS MEXICANOS** | Case No.:   **1:21-cv-11269-FDS** |
| Plaintiff/Petitioner | |
| vs. | |
| **SMITH & WESSON BRANDS INC., ET AL** | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | **SUMMONS; COMPLAINT; EXHIBITS** |

Received by **James Ennis**, on the **11th day of August, 2021 at 10:00 AM** to be served upon **Witmer Public Safety Group, Inc. c/o James A Witmer, President** at **104 Independence Way, Coatesville, Chester County, PA 19320**. On the **12th day of August, 2021 at 1:00 PM**, I, **James Ennis**, SERVED **Witmer Public Safety Group, Inc. c/o James A Witmer, President** at **104 Independence Way, Coatesville, Chester County, PA 19320** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **James W. Witmer**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, with identity confirmed by subject stating their name, a brown-haired white male approx. 45-55 years of age, 6'0"-6'2" tall and weighing 160-180 lbs.**

Service Fee Total: **$10.75**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME:   *James E. Ennis*                                                                   08/12/2021
           James Ennis                          Server ID #                     Date

 REF: **REF-8574707**

Page 1 of 1
Tracking #: **0074608618**

