UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ESTADOS UNIDOS MEXICANOS** | Case No.:   **1:21-cv-11269** |
| Plaintiff/Petitioner | |
| vs. | |
| **SMITH & WESSON BRANDS, INC., ET AL.** | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | **SUMMONS; COMPLAINT; CIVIL COVER SHEET** |

Received by **Roger Carrier**, on the **11th day of August, 2021 at 11:01 AM** to be served upon **Barrett Firearms Manufacturing, Inc.** at **5926 Miller Lane, Christiana, Rutherford County, TN 37037**.
On the **12th day of August, 2021 at 4:04 PM**, I, **Roger Carrier**, SERVED Barrett Firearms Manufacturing, Inc. at **5926 Miller Lane, Christiana, Rutherford County, TN 37037** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering **1** copy(ies) of the above-listed documents to **Barrett Firearms Manufacturing, Inc.**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **Who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by subject stating their name, a gray-haired white male approx. 45-55 years of age, 5'10" -6'0" tall and weighing 180-200 lbs with glasses and a goatee.  Chief Operating Officer Brian James accepted service.**

Service Fee Total: **$10.75**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: *Roger Carrier*          08/15/2021

Roger Carrier            Server ID #            Date


REF: **REF-8568986**

Page 1 of 1
Tracking #: **0074627636**
