IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br>*Plaintiff,*<br><br>vs.<br><br>SMITH & WESSON BRANDS, et al.,<br>*Defendants.* | Civil Action No. 1:21-CV-11269-FDS |

**PROOF OF SERVICE**

I served the Summons, Complaint, and Civil Cover Sheet on Michael Sucher, who is designated by law to accept service of process on behalf of Century International Arms Inc., by mailing it via FedEx Direct Signature Required on August 25, 2021. As reflected on the signed receipt attached hereto as Exhibit 1, the Summons was accepted on his behalf by C. Pelkey on August 26, 2021.

In addition, I served the Summons, Complaint, and Civil Cover Sheet on Century International Arms Inc. at its principal place of business in Florida by mailing it via FedEx Direct Signature Required on August 25, 2021. The signed receipt accepting service on August 26, 2021 is attached hereto as Exhibit 2.

I declare under penalty of perjury that this information is true and correct.

    August 27, 2021
         Date

/s/ Nicholas Shadowen
*Server's Signature*

Nicholas Shadowen
*Printed name*

Shadowen, PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703