# EXHIBIT 1

**FedEx**

August 26, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 154228871360

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | C.PELKEY | **Delivery Location:** | 236 BRYCE BLVD |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | FAIRFAX, VT, 05454 |
| | | **Delivery date:** | Aug 26, 2021 11:46 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 154228871360 | **Ship Date:** | Aug 25, 2021 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**
MICHAEL SUCHER - REGISTERED AGENT, CENTURY INTERNATIONAL ARMS INC
36 BRYCE BLVD
FAIRFAX, VT, US, 05454

**Shipper:**
JENNIFER COUGH, FIRST EXPRESS
61 COTTAGE ST
BAR HARBOR, ME, US, 04609

| | |
|---|---|
| **Reference** | STEVE SHADOWEN |
| **Purchase Order** | 717 303 8788 |



Thank you for choosing FedEx