# EXHIBIT 2

August 26, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 154228871348

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | J.MEDINA | **Delivery Location:** | 430 S CONGRESS AVE |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Direct Signature Required | | DELRAY BEACH, FL, 334454701 |
| | | **Delivery date:** | Aug 26, 2021 09:58 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 154228871348 | **Ship Date:** | Aug 25, 2021 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**
CLIENT SERVICES, CENTURY INTERNATIONAL ARMS INC
430 SOUTH CONGRESS AVENUE
SUITE 1A
DELRAY BEACH, FL, US, 334454701

**Shipper:**
JENNIFER COUGH, FIRST EXPRESS
61 COTTAGE ST
BAR HARBOR, ME, US, 04609

| | |
|---|---|
| **Reference** | STEVE SHADOWEN |
| **Purchase Order** | 717 303 8788 |

Thank you for choosing FedEx