UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 1:21-CV-11269-FDS

ESTADOS UNIDOS MEXICANOS,
    Plaintiff,

v.

SMITH & WESSON BRANDS, INC.;
BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,
    Defendants.

## **NOTICE OF APPEARANCE**

To the Clerk of the above-named Court:

    In accordance with Local Rule 83.5.2, please enter the appearance of Peter M. Durney of Cornell & Gollub as attorney for defendant Glock, Inc, in the above-referenced matter.

Dated: August 31, 2021

Respectfully submitted,

Defendant,
Glock, Inc.,
By its attorneys,

*/s/ Peter M. Durney*
Peter M. Durney, BBO No. 139260
pdurney@cornellgollub.com
Cornell & Gollub
88 Broad Street, 6th Floor
Boston, MA 02110
Telephone: 617-482-8100
Facsimile: 617-482-3917

## **CERTIFICATE OF SERVICE**

I, Peter M. Durney, attorney for the defendant, Glock, Inc. hereby certify that on the 31st day of August, 2021, a true copy of the foregoing was filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be served by first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

*/s/ Peter M. Durney*
Peter M. Durney