UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ESTADOS UNIDOS MEXICANOS
    Plaintiff,

v.

SMITH & WESSON BRANDS, INC.;
BARRETT FIREARMS MANUFACTURING,
INC.; BERETTA U.S.A. CORP.; BERETTA
HOLDING S.P.A.; CENTURY
INTERNATIONAL ARMS, INC.; COLT'S
MANUFACTURING COMPANY LLC;
GLOCK, INC.; GLOCK GES.M.B.H.;
STURM, RUGER & CO., INC.;
WITMER PUBLIC SAFETY GROUP, INC.
D/B/A INTERSTATE ARMS,
    Defendants.

C.A. NO: 1:21-CV-11269-FDS

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

The plaintiff, Estados Unidos Mexicanos, and defendants, Smith & Wesson Brands, Inc., Barrett Firearms Manufacturing, Inc., Beretta U.S.A. Corp., Colt's Manufacturing Company LLC, Glock, Inc., Sturm, Ruger & Co., Inc., Century International Arms, Inc., and Witmer Public Safety Group, Inc. hereby agree and stipulate to extend the time for any defendant served prior to September 3, 2021, to Answer or otherwise respond to plaintiff's Complaint to November 22, 2021. The parties will shortly be proposing a joint briefing schedule with equitable time for responsive briefs. The parties do not waive any defenses by entry of this stipulation including all substantive, jurisdictional and service of process defenses.

Dated: August 31, 2021

Respectfully submitted,

| | |
|---|---|
| Plaintiff, | Defendant, |
| Estados Unidos Mexicanos | Glock, Inc., |
| By its attorneys, | By its attorneys, |

     */s/ Richard M. Brunell*                        */s/ Peter M. Durney*

Richard M. Brunell, BBO No. 544236
rbrunell@shadowenpllc
Steve Shadowen (phv)
sshadowen@shadowenpllc.com
Nicholas Shadowen (phv)
nshadowen@shadowenpllc.com
SHADOWEN PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703
T: (855) 344-3298

and

Jonathan E. Lowy (phv)
jlowy@bradyunited.org
Brady United Against Gun Violence
840 1st Street, NE, #400
Washington, DC 20001
T: (202) 370-8104

Peter M. Durney, BBO No. 139260
pdurney@cornellgollub.com
Patricia A. Hartnett, BBO No. 568206
phartnett@cornellgollub.com
CORNELL & GOLLUB
88 Broad Street, Sixth Floor
Boston, MA 02110
T: (617) 482-8100

and

John F. Renzulli (phv motion forthcoming)
jrenzulli@renzullilaw.com
Christopher Renzulli (phv motion forthcoming)
crenzulli@renzullilaw.com
Jeffrey Malsch (phv motion forthcoming)
jmalsch@renzullilaw.com
RENZULLI LAW FIRM LLC
One North Broadway, Suite 1005
White Plains, NY 10601
T: (914) 285-0700

| Defendant,<br>Smith & Wesson Brands, Inc.,<br>By its attorneys, | Defendant,<br>Barrett Firearms Manufacturing, Inc.,<br>By its attorneys, |
|---|---|

Defendant,
Smith & Wesson Brands, Inc.,
By its attorneys,

　　　*/s/ Andrew E. Lelling*　　　
Andrew E. Lelling, BBO No. 631859
alelling@jonesday.com
JONES DAY
100 High Street
Boston, MA 02110-1781
T: (617) 449.6856

and

Noel J. Francisco (phv motion forthcoming)
njfrancisco@jonesday.com
Anthony J. Dick (phv motion forthcoming)
ajdick@jonesday.com
JONES DAY
51 Louisiana Ave NW
Washington DC 20001-2113
T: (202) 879.7679

Defendant,
Beretta U.S.A. Corp.,
By its attorneys,

　　　*/s/ John McDonald*　　　
John K. McDonald (phv motion forthcoming)
JMcDonald@cozen.com
Michael de Leeuw (phv motion forthcoming)
MdeLeeuw@cozen.com
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
T: (215) 864-8046

Defendant,
Barrett Firearms Manufacturing, Inc.,
By its attorneys,

　　　*/s/ James Campbell*　　　
James M. Campbell, BBO No.
jmcampbell@campbell-trial-lawyers.com
CAMPBELL CONROY & O'NEIL, P.C.
1 Constitution Wharf, Suite 310
Boston, MA 02129
T: (617) 241-3000

and

James W. Porter (phv motion forthcoming)
jwporterii@pphlaw.net
Warren Kinney (phv motion forthcoming)
wkinney@pphlaw.net
PORTER PORTER & HASSINGER, P.C.
880 Montclair Road, Suite 175
Birmingham, Alabama 35213
T: (205) 322-1744

Defendant,
Colt's Manufacturing Company LLC,
By its attorneys,

　　　*/s/ John O'Neill*　　　
John G. O'Neill, BBO No. 630272
oneill@sugarmanrogers.com
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, Suite #900
Boston, MA 02114
T: (617) 227-3030

and

Michael L. Rice (phv motion forthcoming)
mikerice@hlawllc.com
Harrison Law LLC
141 West Jackson Boulevard
Suite 2055
Chicago, IL 60604
T: (312) 638-8776

| | |
|---|---|
| Defendant,<br>Sturm, Ruger & Co., Inc.,<br>By its attorneys, | Defendant,<br>Witmer Public Safety Group, Inc., |

     */s/ Jonathan Handler*
Jonathan I. Handler, BBO No. 561475
jihandler@daypitney.com
Day Pitney LLP
One Federal Street, 29th Floor
Boston MA 02110
T: (617) 345 4734

and

James Vogts (phv motion forthcoming)
jvogts@smbtrials.com
SWANSON, MARTIN & BELL LLP
330 N. Wabash Suite 3300
Chicago, IL 60611
T: (312) 222-8517

Defendant,
Century International Arms, Inc.,
By its attorneys,

     */s/ Joseph Yannetti*
Joseph G. Yannetti, BBO No. 669008
jyannetti@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street, Boston, MA  02210
T: (617) 439-7585

and

Anthony Pisciotti (phv motion forthcoming)
apisciotti@pisciotti.com
Danny Lallis (phv motion forthcoming)
dlallis@pisciotti.com
Ryan Erdreich (phv motion forthcoming)
rerdreich@pisciotti.com
PISCIOTTI LALLIS ERDREICH
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
T: (973) 245-8100

## **CERTIFICATE OF SERVICE**

  I, Peter M. Durney, attorney for the defendant, Glock, Inc., hereby certify that on the <u>31st</u> day of August, 2021, a true copy of the foregoing was filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be served by first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

              */s/ Peter M. Durney*
              Peter M. Durney