UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> SMITH & WESSON BRANDS, INC., ET AL., ) <br> ) <br> *Defendants*. ) <br> ) | Civil Action No. 1:21-CV-11269-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Keith H. Bensten on behalf of Defendant Sturm, Ruger & Company, Inc. in the above-captioned matter.

Respectfully submitted,

STURM, RUGER & COMPANY, INC.,

By its attorney,

/s/ *Keith H. Bensten*
Keith H. Bensten (BBO #568780)
kbensten@daypitney.com
DAY PITNEY LLP
One Federal Street, 29th Floor
Boston, MA 02110
T: (617) 345-4600
F: (617) 345-4745

Dated:  September 2, 2021

-2-

## CERTIFICATE OF SERVICE

      I, Keith H. Bensten, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on September 2, 2021.

/s/ *Keith H. Bensten*

Keith H. Bensten