UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>               Plaintiff<br><br>V.<br><br>SMITH & WESSON BRANDS, INC., BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS<br><br>               Defendants | CIVIL ACTION NO. 1:21-cv-11269-FDS |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

      Kindly enter my appearance as counsel for the defendant Colt's Manufacturing Company LLC in the above-referenced matter.

                              Respectfully submitted,

                              */s/ Christine M. Netski*
                              Christine M. Netski (BBO NO. 546936)
                              Sugarman, Rogers, Barshak & Cohen, P.C.
                              101 Merrimac Street, 9th Floor
                              Boston, MA 02114
                              (617) 227-3030
Dated: September 2, 2021      netski@sugarmanrogers.com

## **CERTIFICATE OF SERVICE**

I, Christine M. Netski, hereby certify that on the above date, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                             */s/ Christine M. Netski*
                                             Christine M. Netski

4832-8119-4233, v. 1