UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 1:21-CV-11269-FDS

ESTADOS UNIDOS MEXICANOS,
     Plaintiff,

v.

SMITH & WESSON BRANDS, INC.;
BARRETT FIREARMS MANUFACTURING,
INC.; BERETTA U.S.A. CORP.; BERETTA
HOLDING S.P.A.; CENTURY
INTERNATIONAL ARMS, INC.; COLT'S
MANUFACTURING COMPANY LLC;
GLOCK, INC.; GLOCK GES.M.B.H.;
STURM, RUGER & CO., INC.;
WITMER PUBLIC SAFETY GROUP, INC.
D/B/A INTERSTATE ARMS,
     Defendants.

## NOTICE OF APPEARANCE

To the Clerk of the above-named Court:

     In accordance with Local Rule 83.5.2, please enter the appearance of Patricia A. Hartnett of Cornell & Gollub as attorney for defendant Glock, Inc, in the above-referenced matter.

Dated: September 7, 2021          Respectfully submitted,

                                       Defendant,
                                       Glock, Inc.,
                                       By its attorneys,

                                       */s/ Patricia A. Hartnett*
                                       Patricia A. Hartnett, BBO No. 568206
                                       phartnett@cornellgollub.com
                                       Cornell & Gollub
                                       88 Broad Street, 6th Floor
                                       Boston, MA 02110
                                       Telephone: 617-482-8100
                                       Facsimile: 617-482-3917

## **CERTIFICATE OF SERVICE**

  I, Patricia A. Hartnett, attorney for the defendant, Glock, Inc.., hereby certify that on the 7th day of September, 2021, a true copy of the foregoing was filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be served by first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

            */s/ Patricia A. Hartnett*
            Patricia A. Hartnett