UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ESTADOS UNIDOS MEXICANOS,** ) <br>　　　　Plaintiff, ) <br>　v. ) <br> ) <br>**SMITH & WESSON BRANDS, INC.;** ) <br>**BARRETT FIREARMS** ) <br>**MANUFACTURING, INC.; BERETTA** ) <br>**U.S.A. CORP; BERETTA HOLDINGS** ) <br>**S.P.A.; CENTURY INTERNATIONAL** ) <br>**ARMS, INC.; COLTS** ) <br>**MANUFACTURING COMPANY LLC;** ) <br>**GLOCK, INC.; GLOCK GES.M.B.H;** ) <br>**STURN, RUGER & CO., INC.; WITMER** ) <br>**PUBPLIC SAFETY GROUP, INC. D/B/A** ) <br>**INTERSATE ARMS,** ) <br>　　　　Defendants. ) | **CIVIL ACTION NO.: 1:21-cv-11269FDS** |

## NOTICE OF APPEARANCE

Please enter the appearance of Joseph G. Yannetti, Esq. as counsel for the Defendant, Century International Arms, Inc. the above-captioned matter.

　　　　　　　　　　　　　　　　THE DEFENDANT,
　　　　　　　　　　　　　　　　**CENTURY INTERNATIONAL ARMS, INC**
　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　/s/Joseph G. Yannetti
　　　　　　　　　　　　　　　　Joseph G. Yannetti, NH Bar ID #19347
　　　　　　　　　　　　　　　jyannetti@morrisonmahoney.com
　　　　　　　　　　　　　　　Morrison Mahoney LLP
　　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　(617) 439-7500

Date:  September 8, 2021

## CERTIFICATE OF SERVICE

      I, Joseph G. Yannetti, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 8th day of September 2021.

                                                          */s/ Joseph G. Yannetti*  
                                                          Joseph G. Yannetti