# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ESTADOS UNIDOS MEXICANOS,** )<br>**Plaintiff,** )<br> )<br> **v.** )<br> )<br>**SMITH & WESSON BRANDS, INC.;** )<br>**BARRETT FIREARMS** )<br>**MANUFACTURING, INC.; BERETTA** )<br>**U.S.A. CORP; BERETTA HOLDINGS** )<br>**S.P.A.; CENTURY INTERNATIONAL** )<br>**ARMS, INC.; COLTS MANUFACTURING** )<br>**COMPANY LLC; GLOCK, INC.; GLOCK** )<br>**GES.M.B.H; STURN, RUGER & CO.,** )<br>**INC.; WITMER PUBPLIC SAFETY** )<br>**GROUP, INC. D/B/A INTERSATE ARMS,** )<br>**Defendants.** )<br> ) | **CIVIL ACTION NO.: 1:21-cv-11268FDS** |

## CENTURY INTERNATIONAL ARMS, INC.'S ASSENTED-TO MOTION TO ADMIT ANTHONY PISCIOTTI, DANNY LALLIS, AND RYAN ERDLICH *PRO HAC VICE*

Pursuant to Local Rule Local Rule 83.5.3 and with the assent of all parties to this lawsuit, defendant Century International Arms, Inc., through its local counsel, Joseph G. Yannetti, a member of the Bar of the United States District Court for the District of Massachusetts, hereby moves the Court to admit Anthony Pisciotti, Danny Lallis, and Ryan Erdreich *pro hac vice*.  In support of this motion, counsel states as follows:

1.      Attorneys Pisciotti, Lallis, and Erdreich are partners with Pisciotti Lallis Erdreich, which has offices at 30 Columbia Turnpike, Suite 205, Florham Park, New Jersey 07932, 445 Hamilton Avenue, Suite 1102, White Plains, New York 10601, and One Liberty Place, 1650 Market Street, Suite 3600, Philadelphia, Pennsylvania 19103.

2.      On information and belief, attorneys Pisciotti, Lallis, and Erdreich are members in good standing of all courts to which they have been admitted, are not currently suspended,

100603431

disbarred, or the subject of any disciplinary proceeding in any jurisdiction, have not had a previous *pro hac vice* motion to this Court revoked, and are familiar with or will become familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3.      In accordance with Local Rule 85.5.3(e)(3), attached to this Assented-To Motion as Exhibit 1, is a declaration signed by attorney Pisciotti, which confirms the facts set forth above.

4.      In accordance with Local Rule 85.5.3(e)(3), attached to this Assented-To Motion as Exhibit 2, is a declaration signed by attorney Lallis, which confirms the facts set forth above.

5.      In accordance with Local Rule 85.5.3(e)(3), attached to this Assented-To Motion as Exhibit 3, is a declaration signed by attorney Erdreich, which confirms the facts set forth above.

WHEREFORE, the defendant respectfully moves that attorneys Anthony Pisciotti, Danny Lallis, and Ryan Erdreich be permitted to appear and practice before this Court in the above-captioned matter.  Payment of the requisite fee has been submitted to the Clerk of the Court.


Dated:  September 7, 2021

                                        Respectfully submitted,

                                        The defendant,
                                        CENTURY INTERNATIONAL ARMS, INC.,
                                        By its attorneys,
                                        **MORRISON MAHONEY LLP**


                                        */s/ Joseph G. Yannetti*
                                        Joseph G. Yannetti, BBO# 669008
                                        250 Summer Street
                                        Boston, MA  02210
                                        (617) 439-7500
                                        jyannetti@morrisonmahoney.com

100603431

<u>LOCAL RULE 7.1(A)(2) CERTIFICATION</u>

I Joseph G. Yannetti, local counsel for defendant Century International Arms, Inc. hereby certify that, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court of Massachusetts, that all counsel/parties have assented to this motion.

<u>CERTIFICATE OF SERVICE</u>

I, Joseph G. Yannetti, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 7th day of September 2021.

*/s/ Joseph G. Yannetti*
Joseph G. Yannetti

100603431