UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ESTADOS UNIDOS MEXICANOS,** )<br>        Plaintiff, )<br>  v. )<br> )<br>**SMITH & WESSON BRANDS, INC.;** )<br>**BARRETT FIREARMS** )<br>**MANUFACTURING, INC.; BERETTA** )<br>**U.S.A. CORP; BERETTA HOLDINGS** )<br>**S.P.A.; CENTURY INTERNATIONAL** )<br>**ARMS, INC.; COLTS** )<br>**MANUFACTURING COMPANY LLC;** )<br>**GLOCK, INC.; GLOCK GES.M.B.H;** )<br>**STURN, RUGER & CO., INC.; WITMER** )<br>**PUBPLIC SAFETY GROUP, INC. D/B/A** )<br>**INTERSATE ARMS,** )<br>        Defendants. ) | **CIVIL ACTION NO.: 1:21-cv-11269FDS** |

### ATTORNEY CERTIFICATION PURSUANT TO RULE 83.5.3(e)(3)

I, Anthony M. Pisciotti, hereby depose and state, under the pains and penalties of perjury:

1. I am a partner at the law firm of Pisciotti Lallis Erdreich;

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice, including:

   a. New Jersey;

   b. Pennsylvania;

   c. New York Court of Appeals;

   d. United States District Courts for all Districts of New York, the District of New Jersey, all Districts of Pennsylvania, the District of Colorado, the Western and Eastern District of Michigan;

   e. The United States Court of Appeals for the First, Second, Fifth, Sixth, Seventh, Eighth, and District of Columbia Circuits.

3. I am not and have never been the subject of any disciplinary proceedings in any jurisdiction in which I have been admitted to practice;

100603502

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated:  September 7, 2021          */s/ Anthony M. Pisciotti*
                                                            Anthony M. Pisciotti