UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br>            Plaintiff,<br>    v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP; BERETTA HOLDINGS S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLTS MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H; STURN, RUGER & CO., INC.; WITMER PUBPLIC SAFETY GROUP, INC. D/B/A INTERSATE ARMS,<br>            Defendants. | )<br>)<br>)<br>)  CIVIL ACTION NO.: 1:21-cv-11269FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ATTORNEY CERTIFICATION PURSUANT TO RULE 83.5.3(e)(3)**

I, Danny Charles Lallis, hereby depose and state, under the pains and penalties of perjury:

1. I am a partner at the law firm of Pisciotti Lallis Erdreich;

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice, including:

    a. New Jersey;

    b. Pennsylvania;

    c. New York Court of Appeals;

    d. United States District Court for the Eastern, Northern and Southern District of New York, the Eastern District of Pennsylvania, the Northern District of Florida, and the Eastern District of Michigan;

    e. United States Court of Appeals for the Second Circuit, Third Circuit, and District of Columbia Circuit.

3. I am not and have never been the subject of any disciplinary proceedings in any jurisdiction
    in which I have been admitted to practice;

100603556

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated:  September 7, 2021                     */s/ Danny Charles Lallis*
                                                          Danny Charles Lallis

100603556