UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ESTADOS UNIDOS MEXICANOS,** <br>          Plaintiff, <br> v. <br><br> **SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP; BERETTA HOLDINGS S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLTS MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H; STURN, RUGER & CO., INC.; WITMER PUBPLIC SAFETY GROUP, INC. D/B/A INTERSATE ARMS,** <br>          Defendants. | CIVIL ACTION NO.: 1:21-cv-11269FDS |

**ATTORNEY CERTIFICATION PURSUANT TO RULE 83.5.3(e)(3)**

I, Ryan Lawrence Erdreich, hereby depose and state, under the pains and penalties of perjury:

1. I am a partner at the law firm of Pisciotti Lallis Erdreich;

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice, including:

    a. New Jersey;

    b. Pennsylvania;

    c. Florida;

    d. New York Court of Appeals;

    e. United States Court of Appeals for the Third Circuit;

  f. United States District Courts for the District of New Jersey, District of Colorado, Southern District of Florida, and Southern, Eastern, Western, and Northern Districts of New York, and the Eastern District of Pennsylvania.

 3. I am not and have never been the subject of any disciplinary proceedings in any jurisdiction
     in which I have been admitted to practice;

100603568

_____

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated:  September 7, 2021         */s/ Ryan Lawrence Erdreich*
                                                Ryan Lawrence Erdreich