THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>      Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>      Defendants. | C.A. NO: 1:21-CV-11269-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Trevor J. Keenan, Esquire of Campbell Conroy & O'Neil, P.C. as counsel for the defendant Barrett Firearms Manufacturing, Inc. in the above-captioned matter.

          **BARRETT FIREARMS MANUFACTURING, INC.**

          By its Attorneys,

          **CAMPBELL CONROY & O'NEIL, P.C.**

          */s/Trevor J. Keenan*
          Trevor J. Keenan, BBO #652508
          1 Constitution Wharf, Suite 310
          Boston, MA 02129
          P: (617) 241-3000
          tkeenan@campbell-trial-lawyers.com

## **CERTIFICATE OF SERVICE**

    I, Trevor J. Keenan, hereby certify on this 8th day of September, 2021, I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM/ECF system, which will serve notice of all counsel of record.

                                         */s/ Trevor J. Keenan* _____
                                         Trevor J. Keenan