## THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ESTADOS UNIDOS MEXICANOS,

        Plaintiff,

v.

SMITH & WESSON BRANDS, INC.;
BARRETT FIREARMS MANUFACTURING,
INC.; BERETTA U.S.A. CORP.; BERETTA
HOLDING S.P.A.; CENTURY
INTERNATIONAL ARMS, INC.; COLT'S
MANUFACTURING COMPANY LLC;
GLOCK, INC.; GLOCK GES.M.B.H.;
STURM, RUGER & CO., INC.;
WITMER PUBLIC SAFETY GROUP, INC.
D/B/A INTERSTATE ARMS,

        Defendants.

C.A. NO: 1:21-CV-11269-FDS

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Barrett Firearms

Manufacturing, Inc., states the following:

1. Barrett Firearms Manufacturing, Inc. is a private Tennessee Corporation. No publicly
   owned company owns ten percent (10%) or more of Barrett Firearms Manufacturing,
   Inc.

**BARRETT FIREARMS
MANUFACTURING, INC.**

By its Attorneys,

**CAMPBELL CONROY & O'NEIL, P.C.**

*/s/James M. Campbell*
James M. Campbell BBO #541882
1 Constitution Wharf, Suite 310
Boston, MA 02129
P: (617) 241-3000
jmcampbell@campbell-trial-lawyers.com

## <u>CERTIFICATE OF SERVICE</u>

I, James M. Campbell, hereby certify on this 8th day of September, 2021, I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM/ECF system, which will serve notice of all counsel of record.

*/s/ James M. Campbell*_____
James M. Campbell