UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDINGS S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>Defendants. | Civil Action No. 1:21-cv-11269-FDS |

## NOTICE OF APPEARANCE OF ANDREW E. LELLING

Please enter my appearance as counsel for Defendant Smith & Wesson Brands, Inc. in the above-referenced matter.

Dated: September 8, 2021

Respectfully submitted,

By: */s/ Andrew E. Lelling*
Andrew E. Lelling (BBO #631859)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
617-449-6856 (telephone)
617-449-6999 (facsimile)
alelling@jonesday.com

*Counsel for Defendant Smith & Wesson Brands, Inc.*

## **CERTIFICATE OF SERVICE**

I, Andrew E. Lelling, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 8, 2021.

*/s/ Andrew E. Lelling*
Andrew E. Lelling