UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDINGS S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>Defendants. | Civil Action No. 1:21-cv-11269-FDS |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.5.3(b), the undersigned counsel of record hereby moves for the admission of Noel J. Francisco *pro hac vice* in this matter on behalf Smith & Wesson Brands, Inc. ("Smith & Wesson"). The undersigned counsel, Andrew E. Lelling, who is a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, will continue to represent Smith & Wesson if this motion is granted. Pursuant to the Local Rules, this motion is accompanied by the affidavit of Mr. Francisco.

Dated: September 9, 2021

Respectfully submitted,

Smith & Wesson Brands, Inc.

By its counsel,

*/s/ Andrew E. Lelling*
Andrew E. Lelling (BBO #631859)
JONES DAY
100 High Street, 21st Floor
Boston, Massachusetts 02110
Telephone:  (617) 449-6856
Facsimile:   (617) 449-6999
alelling@jonesday.com

## CERTIFICATE OF SERVICE

     I, Andrew E. Lelling, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 9, 2021.

                                                              */s/ Andrew E. Lelling*
                                                              Andrew E. Lelling