UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>    Plaintiff,<br><br>    v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDINGS S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>    Defendants. | Civil Action No. 1:21-cv-11269-FDS |

## AFFIDAVIT OF ANTHONY J. DICK, ESQ.

I, Anthony J. Dick, declare as follows:

    1.    I am a partner of the law firm Jones Day in its Washington, D.C. office. I make this declaration in support of the accompanying motion for my admission *pro hac vice*. I have personal knowledge of the facts stated below.

    2.    My business address is 51 Louisiana Avenue, N.W., Washington, D.C. 20001. My business telephone number is (202) 879-7679 and my business fax is (202) 626-1700. My email address is ajdick@jonesday.com.

    3.    I am a member of the bar and in good standing in the District of Columbia, New York, the United States District Courts for the District of Columbia, the Eastern District of Wisconsin, and the Southern District of New York, the United States Courts of Appeals for the

D.C. Circuit, First Circuit, Second Circuit, Fourth Circuit, Sixth Circuit, Seventh Circuit, Ninth Circuit, Tenth Circuit, Eleventh Circuit, and Federal Circuit, and the United States Supreme Court.

4. I am not the subject of any professional disciplinary action, nor do I have complaints or other proceedings pending against me before any disciplinary board, commission, court, or bar association.

5. I have not previously had an admission to this Court revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2021               */s/ Anthony J. Dick*
                                                            Anthony J. Dick

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 9, 2021, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.

*/s/ Andrew E. Lelling*
Andrew E. Lelling