IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br>     *Plaintiff,*<br><br>vs.<br><br>SMITH & WESSON BRANDS, INC.,<br>et al.<br>     *Defendants.* | Civil Action No. 1:21-cv-11269-FDS |

## ASSENTED-TO MOTION TO ADMIT JOHN F. RENZULLI *PRO HAC VICE*

I, Peter M. Durney, am a member in good standing of the bar of this Court and the attorney of record for Defendant, Glock, Inc. ("Glock") in this case. Pursuant to Local Rule 85.5.3, I am moving for the admission of John F. Renzulli to appear *pro hac vice* in this case as counsel for Glock. Mr. Renzulli is a member of the bar of the State of New York, the bars of the United States District Courts for the Western District of New York, Eastern District of New York, Southern District of New York, Northern District of New York, and the District of Connecticut, the bars of the United States Court of Appeals for the Second, Third and Ninth Circuits, and the Supreme Court of the United States. I have verified that Mr. Renzulli is a member in good standing of the bars to which he is admitted, and his Rule 83.5.3 (e)(3) signed certification is attached to this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting John F. Renzulli as co-counsel for Defendant, Glock, Inc. in the above-captioned case.

                                            Respectfully submitted,

| | |
|---|---|
| Date:  September 9, 2021 | */s/ Peter M. Durney* <br> Peter M. Durney, BBO# 139260 <br> Cornell & Gollub <br> 88 Broad Street, 6th Floor <br> Boston, MA 02110 <br> Tel: (617) 482-8100 <br> E-Mail: PDurney@CornellGollub.com |

## LOCAL RULE 7.1 (A) (2) CERTIFICATION

I, Peter M. Durney, counsel for Defendant, Glock, Inc. in the above-captioned matter, hereby certify that, pursuant to Rule 7.1 (A)(2) of the Local Rules of the United States District Court of Massachusetts, counsel for Glock, Inc., on September 7-9, 2021 my office conferred regarding this motion with counsel for all parties appearing in this action, including counsel for the plaintiff, and all parties advise that they assent to this motion.

Dated: September 9, 2021                                  */s/ Peter M. Durney*

## CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for the defendant, Glock, Inc., hereby certify that on the 9th day of September, 2021, a true copy of the foregoing was filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be served by first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

                                                                   */s/ Peter M. Durney*