## CERTIFICATION OF JOHN F. RENZULLI

I, John F. Renzulli, certify as follows:

1. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. Specifically, I am a member in good standing of the bar of the State of New York, the bars of the United States District Courts for the Western District of New York, Eastern District of New York, Southern District of New York, Northern District of New York, and the District of Connecticut, the bars of the United States Court of Appeals for the Second, Third and Ninth Circuits, and the Supreme Court of the United States. I am not the subject of any disciplinary proceedings pending in any jurisdiction.

2. I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

3. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Date:   August 31, 2021

John F. Renzulli
NY Bar No.: 1931476