THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>              Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>              Defendants. | C.A. NO: 1:21-CV-11269-FDS |

## **MOTION TO ADMIT JAMES W. PORTER, II *PRO HAC VICE***

      Trevor J. Keenan, counsel for Defendant, Barrett Firearms Manufacturing, Inc., pursuant to Local Rule 83.5.3, hereby moves that this Court enter an Order granting the admission *pro hac vice* of James W. Porter, II of Porter, Porter & Hassinger, 880 Monclair Road, Ste 175, Birmingham, Alabama, 35213, to appear and practice before this Court on behalf of Barrett Firearms Manufacturing, Inc. in connection with the above-captioned matter.

      As grounds for this motion, the undersigned represents the following:

      1.      James W. Porter, II is familiar with the facts giving rise to the present litigation.

      2.      James W. Porter, II is a member in good standing of the bar of the State of the Supreme Court of Alabama, and the bars of the United States District Courts for the Northern District of Alabama, the Middle District of Alabama, the Southern District of Alabama, the United

States Court of Appeals for the Second and Eleventh Circuits, and the Supreme Court of the United States.

3. There are no disciplinary proceedings pending against James W. Porter, II as a member of the bars to which he is admitted.

4. James W. Porter, II has familiarized himself with the Local Rules of The United States District Court for the District of Massachusetts.

5. In further support of this motion, James W. Porter, II has submitted herewith his Certification in Support of Motion for Admission *Pro Hac Vice* as required by Local Rule 83.5.3 (attached as Exhibit A).

6. The Motion of James W. Porter, II for leave to practice in this Court is upon the Motion of Trevor J. Keenan who is a member of the bar of this Court and who has also filed an appearance for Barrett Firearms Manufacturing, Inc. in this matter.

WHEREFORE, the Defendant, Barrett Firearms Manufacturing, Inc., respectfully requests the admission *pro hac vice* of James W. Porter, II to appear and practice before this Court on its behalf in this action.

                        **BARRETT FIREARMS MANUFACTURING, INC.**

                        By its Attorneys,

                        **CAMPBELL CONROY & O'NEIL, P.C.**

                        */s/ Trevor J. Keenan*
                        James M. Campbell, BBO #541882
                        Trevor J. Keenan, BBO#652508
                        1 Constitution Wharf, Suite 310
                        Boston, MA 02129
                        P: (617) 241-3000
                        jmcampbell@campbell-trial-lawyers.com
                        tkeenan@campbell-trial-lawyers.com

**Local Rule 7.1 Certification**

I, Trevor J. Keenan, counsel for Barrett Firearms Manufacturing, Inc. in the above-captioned action, hereby certify, pursuant to Local Rule 7.1(A)(2), that all counsel/parties assent to this motion.

                                              */s/ Trevor J. Keenan*
                                              Trevor J. Keenan

**CERTIFICATE OF SERVICE**

I, Trevor J. Keenan, hereby certify on this 9th day of September, 2021, I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM/ECF system, which will serve notice of all counsel of record.

                                              */s/ Trevor J. Keenan*
                                              Trevor J. Keenan