# EXHIBIT A

## CERTIFICATION OF JAMES W. PORTER, II

I, James W. Porter, II, certify as follows:

1. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. Specifically, I am a member in good standing of the Supreme Court of Alabama; the United States District Courts for the Northern, Southern and Middle Districts of Alabama; and the United States Court of Appeals for the Second and Eleventh Circuits.

2. I am not the subject of any disciplinary proceedings pending in any jurisdiction.

3. I have not previously had a pro hac vice admission to this court revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District Court of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug. 19, 2021

James W. Porter, II
Alabama Bar No. ASB3314T79J