THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>        Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.;<br>BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>        Defendants. | C.A. NO: 1:21-CV-11269-FDS |

**MOTION TO ADMIT RICHARD WARREN KINNEY, III *PRO HAC VICE***

Trevor J. Keenan, counsel for Defendant, Barrett Firearms Manufacturing, Inc., pursuant to Local Rule 83.5.3, hereby moves that this Court enter an Order granting the admission *pro hac vice* of Richard Warren Kinney, III of Porter, Porter & Hassinger, 880 Monclair Road, Ste 175, Birmingham, Alabama, 35213, to appear and practice before this Court on behalf of Barrett Firearms Manufacturing, Inc. in connection with the above-captioned matter.

As grounds for this motion, the undersigned represents the following:

1.  Richard Warren Kinney, III is familiar with the facts giving rise to the present litigation.

2.  Richard Warren Kinney, III is a member in good standing of the bar of the State of the Supreme Court of Alabama, and the bars of the United States District Courts for the Northern

District of Alabama, the Middle District of Alabama, and the Southern District of Alabama, the United States Court of Appeals for the Eleventh Circuit.

3. There are no disciplinary proceedings pending against Richard Warren Kinney, III as a member of the bars to which he is admitted.

4. Richard Warren Kinney, III has familiarized himself with the Local Rules of The United States District Court for the District of Massachusetts.

5. In further support of this motion, Richard Warren Kinney, III has submitted herewith his Certification in Support of Motion for Admission *Pro Hac Vice* as required by Local Rule 83.5.3 (attached as Exhibit A).

6. The Motion of Richard Warren Kinney, III for leave to practice in this Court is upon the Motion of Trevor J. Keenan who is a member of the bar of this Court and who has also filed an appearance for Barrett Firearms Manufacturing, Inc. in this matter.

WHEREFORE, the Defendant, Barrett Firearms Manufacturing, Inc., respectfully requests the admission *pro hac vice* of Richard Warren Kinney, III to appear and practice before this Court on its behalf in this action.

        **BARRETT FIREARMS MANUFACTURING, INC.**

        By its Attorneys,

        **CAMPBELL CONROY & O'NEIL, P.C.**

        */s/ Trevor J. Keenan*
        James M. Campbell, BBO #541882
        Trevor J. Keenan, BBO#652508
        1 Constitution Wharf, Suite 310
        Boston, MA 02129
        P: (617) 241-3000
        jmcampbell@campbell-trial-lawyers.com
        tkeenan@campbell-trial-lawyers.com

**Local Rule 7.1 Certification**

  I, Trevor J. Keenan, counsel for Barrett Firearms Manufacturing, Inc. in the above-captioned action, hereby certify, pursuant to Local Rule 7.1(A)(2), that all counsel/parties assent to this motion.

            */s/ Trevor J. Keenan*
            Trevor J. Keenan

**CERTIFICATE OF SERVICE**

  I, Trevor J. Keenan, hereby certify on this 9th day of September, 2021, I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM/ECF system, which will serve notice of all counsel of record.

            */s/ Trevor J. Keenan*
            Trevor J. Keenan