# EXHIBIT A

## CERTIFICATION OF RICHARD WARREN KINNEY, III

I, <u>Richard Warren Kinney, III</u>, certify as follows:

1.  I am a member of the bar in good standing in every jurisdiction to which I have been admitted to practice. Specifically, I am a member in good standing of the Supreme Court of Alabama; the United States District Courts for the Northern, Southern and Middle Districts of Alabama; and the United States Court of Appeals for the Eleventh Circuit.

2.  I am not the subject of any disciplinary proceedings in any jurisdiction in which I am a member of the bar.

3.  I have not previously had a *pro hac vice* admission to this Court, or to any other court, revoked for misconduct.

4.  I have read and agree to comply with the Local Rules of the United States District Court for the District Court of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug. 19, 2021

Richard Warren Kinney, III
Alabama Bar No. ASB5682D57K