# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ESTADOS UNIDOS MEXICANOS,
          *Plaintiff*,

vs.

SMITH & WESSON BRANDS, INC., et al.
          *Defendants.*

Civil Action No. 1:21-cv-11269-FDS

## ASSENTED-TO MOTION TO ADMIT CHRISTOPHER RENZULLI *PRO HAC VICE*

I, Patricia A. Hartnett, am a member in good standing of the bar of this Court and an attorney of record for Defendant, Glock, Inc. ("Glock") in this case. My bar number is 568206. Pursuant to Local Rule 85.5.3, I am moving for the admission of Christopher Renzulli to appear *pro hac vice* in this case as counsel for Glock. Mr. Renzulli is a member of the bars of the States of New York and Connecticut, the bars of the United States District Courts for the Eastern District of New York, Southern District of New York, Northern District of New York, Eastern District of Michigan, Western District of Michigan, and the District of Connecticut, and the bars of the United States Court of Appeals for the First, Second, Third, Eighth and Ninth Circuits. I have verified that Mr. Renzulli is a member in good standing of the bars to which he is admitted, and his Rule 83.5.3 (e)(3) signed certification is attached to this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting Christopher Renzulli as co-counsel for Defendant, Glock, Inc. in the above-captioned case.

        Respectfully submitted,

Date:   September 21, 2021      */s/ Patricia A. Hartnett*
    Patricia A. Hartnett, BBO# 568206
    Cornell & Gollub
    88 Broad Street, 6th Floor
    Boston, MA 02110
    Tel: (617) 482-8100
    E-Mail: PHartnett@CornellGollub.com

## LOCAL RULE 7.1 (A) (2) CERTIFICATION

I, Patricia A. Hartnett, counsel for Defendant, Glock, Inc. in the above-captioned matter, hereby certify that, pursuant to Rule 7.1 (A)(2) of the Local Rules of the United States District Court of Massachusetts, counsel for all parties appearing assent to the present motion.

Dated: September 21, 2021      */s/ Patricia A. Hartnett*

## CERTIFICATE OF SERVICE

I, Patricia A. Hartnett, attorney for the defendant, Glock, Inc., hereby certify that on the 21st day of September, 2021, a true copy of the foregoing was filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be served by first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

    */s/ Patricia A. Hartnett*