## CERTIFICATION OF CHRISTOPHER RENZULLI

I, Christopher Renzulli, certify as follows:

1. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. Specifically, I am a member in good standing of the bars of the States of New York and Connecticut, the bars of the United States District Courts for the Eastern District of New York, Southern District of New York, Northern District of New York, Eastern District of Michigan, Western District of Michigan, and the District of Connecticut, and the bars of the United States Court of Appeals for the First, Second, Third, Eighth and Ninth Circuits. I am not the subject of any disciplinary proceedings pending in any jurisdiction.

2. I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

3. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Date:   August 31, 2021

Christopher Renzulli
NY Bar No.: 2658433
CT Bar No.: 409974