**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br>*Plaintiff,*<br><br>vs.<br><br>SMITH & WESSON BRANDS, INC.,<br>et al.<br>*Defendants.* | Civil Action No. 1:21-cv-11269-FDS |

## ASSENTED-TO MOTION TO ADMIT JEFFREY M. MALSCH *PRO HAC VICE*

I, Patricia A. Hartnett, am a member in good standing of the bar of this Court and an attorney of record for Defendant, Glock, Inc. ("Glock") in this case. My bar number is 568206. Pursuant to Local Rule 85.5.3, I am moving for the admission of Jeffrey M. Malsch to appear *pro hac vice* in this case as counsel for Glock. Mr. Malsch is a member of the bars of the States of New York and Connecticut, the bars of the United States District Courts for the Western District of New York, Eastern District of New York, Southern District of New York, Northern District of New York, Western District of Michigan, and the District of Colorado, and the bars of the United States Court of Appeals for the First, Second, Fifth, Sixth, Seventh, Eighth and District of Columbia Circuits. I have verified that Mr. Malsch is a member in good standing of the bars to which he is admitted, and his Rule 83.5.3 (e)(3) signed certification is attached to this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting Jeffrey M. Malsch as co-counsel for Defendant, Glock, Inc. in the above-captioned case.

                                      Respectfully submitted,

Date:   September 21, 2021          */s/ Patricia A. Hartnett*
                                              Patricia A. Hartnett, BBO# 568206
                                              Cornell & Gollub
                                              88 Broad Street, 6th Floor
                                              Boston, MA 02110
                                              Tel: (617) 482-8100
                                              E-Mail: Phartnett@CornellGollub.com

## LOCAL RULE 7.1 (A) (2) CERTIFICATION

I, Patricia A. Hartnett, counsel for Defendant, Glock, Inc. in the above-captioned matter, hereby certify that, pursuant to Rule 7.1 (A)(2) of the Local Rules of the United States District Court of Massachusetts, counsel for all parties appearing assent to the present motion.

Dated: September 21, 2021          */s/ Patricia A. Hartnett*

## CERTIFICATE OF SERVICE

I, Patricia A. Hartnett, attorney for the defendant, Glock, Inc., hereby certify that on the 21st day of September, 2021, a true copy of the foregoing was filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be served by first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

                                              */s/ Patricia A. Hartnett*