UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>      Plaintiff,<br><br>      v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDINGS S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>      Defendants. | Civil Action No. 1:21-cv-11269-FDS |

**CORPORATE DISCLOSURE STATEMENT OF
<u>DEFENDANT SMITH & WESSON BRANDS, INC.</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Smith & Wesson Brands, Inc., ("SWBI"), hereby certifies that SWBI does not have a parent corporation and no other publicly held corporation currently owns more than 10% of SWBI's stock.

The following are wholly-owned subsidiaries of SWBI:

(a)    Smith & Wesson, Inc.

(b)    Smith & Wesson Sales Company

Dated: September 22, 2021                  Respectfully submitted

                                                                    */s/ Andrew E. Lelling*
                                                                    Andrew E. Lelling (BBO #631859)

- 2 -

        JONES DAY  
        100 High Street, 21st Floor  
        Boston, MA 02110  
        Telephone:  (617) 449-6856  
        Facsimile:   (617) 449-6999  
        alelling@jonesday.com

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 22, 2021, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.

*/s/ Andrew E. Lelling*
Andrew E. Lelling
