UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>               Plaintiff<br><br>   v.<br><br>SMITH & WESSON BRANDS, INC., BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS<br><br>               Defendants | CIVIL ACTION NO. 1:21-cv-11269-FDS |

**DEFENDANT COLT'S MANUFACTURING COMPANY LLC'S UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY MICHAEL L. RICE**

Pursuant to Local Rule 83.5.3, John G. O'Neill of the law firm Sugarman, Rogers, Barshak & Cohen, P.C., respectfully moves this Court to admit Michael L. Rice of the law firm of Harrison Law LLC to appear and practice *pro hac* vice in the above-captioned matter as co-counsel for Colt's Manufacturing Company LLC ("Colt's").

In support of this motion, the undersigned states as follows:

1. I am counsel of record for Colt's in this action.

2. I am a shareholder in the Boston law firm Sugarman, Rogers, Barshak & Cohen, P.C.

3. I am a member in good standing of the bars of the Commonwealth of

Massachusetts and the United States District Court for the District of Massachusetts.

    4.    As evidenced by the Certification of Michael L. Rice, attached as <u>Exhibit A</u>:

        a. Mr. Rice is an attorney with the law firm of Harrison Law LLC, 141 West Jackson Boulevard, Suite 2055, Chicago, IL, 60604, Telephone: (312) 638-8781;

        b. He is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice;

        c. He is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar;

        d. He has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct; and

        e. He has read and agrees to comply with the Local Rules of this Court.

    5.    The undersigned counsel will continue to represent Colt's in this action.

WHEREFORE, the undersigned counsel respectfully requests that this Court admit Michael L. Rice to appear and practice *pro hac vice* as co-counsel for Defendant Colt's Manufacturing Company LLC in all matters related to this action.

DATED:  September 30, 2021

          Respectfully submitted,

          */s/ John G. O'Neill*
          John G. O'Neill (BBO NO. 630272)
          Sugarman, Rogers, Barshak & Cohen, P.C.
          101 Merrimac Street, 9th Floor
          Boston, MA 02114
          (617) 227-3030
          oneill@sugarmanrogers.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a), counsel for Colt's Manufacturing Company LLC has conferred with counsel for the other parties to this action, and all parties have indicated their assent to this motion.

          */s/ John G. O'Neill*
          John G. O'Neill

**CERTIFICATE OF SERVICE**

    I, John G. O'Neill, hereby certify that on the above date, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and PDF copies will be emailed to those indicated as non-registered participants.

          */s/ John G. O'Neill*
          John G. O'Neill

4849-7562-7513, v. 1