# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>               Plaintiff<br><br>     v.<br><br>SMITH & WESSON BRANDS, INC., BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS<br><br>               Defendants | CIVIL ACTION NO. 1:21-cv-11269-FDS |

**CERTIFICATION OF ATTORNEY MICHAEL L. RICE**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Michael L. Rice, hereby depose and state as follows:

1.     I am an attorney with the law firm of Harrison Law LLC, 141 West Jackson Boulevard, Suite 2055, Chicago, IL, 60604, Telephone: (312) 638-8781.

2.     I am a member of the bars of the State of Texas and Illinois, and I have also been admitted to practice in the following courts:  U.S. Supreme Court; U.S. Court of Appeals for the Fifth, Ninth and Tenth Circuits; U.S. District Court for the Northern District of Illinois – General; and the U.S. District Court for the Northern, Southern, and Eastern Districts of Texas.

2

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of this Court.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 30th DAY OF SEPTEMBER, 2021.

*/s/ Michael L. Rice*
Michael L. Rice

4814-5247-7689, v. 1