UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-CV-11269-FDS |
| ) | |
| SMITH & WESSON BRANDS, INC., ET AL., ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

### ASSENTED-TO MOTION TO ADMIT JAMES B. VOGTS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Defendant Sturm, Ruger & Co., Inc. ("Sturm Ruger"), by and through its undersigned counsel, respectfully moves this Court to admit James B. Vogts *pro hac vice* as counsel for Sturm Ruger. The grounds for this motion are as follows:

1. Mr. Vogts is a member in good standing of the bar in every jurisdiction in which he has been admitted to practice. (Exhibit A, Declaration of James B. Vogts ("Vogts Dec.") at ¶ 2.)

2. Mr. Vogts is a member of the bar of the State of Illinois. He has been admitted to practice before the Supreme Court of the United States. He also has been admitted to practice before the United States Court of Appeals for the Federal Circuit, District of Columbia Circuit, First Circuit, Second Circuit, Fifth Circuit, Sixth Circuit, Seventh Circuit, Ninth Circuit, Tenth Circuit, and Eleventh Circuit. In addition, he has been admitted to practice before the United District Court for the Northern District of Illinois, Eastern District of Wisconsin, District of Colorado, and Western District of Michigan. (Vogts Dec. at ¶ 3.)

3. There are no disciplinary proceedings pending against Mr. Vogts as a member of the bar of any jurisdiction. (Vogts Dec. at ¶ 4.)

-2-

4.	Mr. Vogts is familiar with the Federal Rules of Civil Procedure and the rules for practice before the United States District Court for the District of Massachusetts. (Vogts Dec. at ¶ 5.)

5.	Mr. Vogts is familiar with Sturm Ruger and the issues in this lawsuit.  Mr. Vogts's appearance and participation in this matter in conjunction with attorneys from Day Pitney LLP is necessary for the proper and effective representation of Sturm Ruger.  (Vogts Dec. at ¶ 6.)

6.	This motion is made by a member in good standing of the bar who has entered an appearance on behalf of Sturm Ruger in this matter.

WHEREFORE, Defendant Sturm, Ruger & Co., Inc., by and through its counsel, moves this Court to admit James B. Vogts *pro hac vice* for the purpose of assisting in the representation of Sturm Ruger in this litigation.

Respectfully submitted,

STURM, RUGER & CO., INC.,

By its attorney,

_____
Jonathan I. Handler (BBO #561475)
jihandler@daypitney.com
DAY PITNEY LLP
One Federal Street, 29th Floor
Boston, MA 02110
T: (617) 345-4600
F: (617) 345-4745

Dated:  October 1, 2021

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Jonathan I. Handler, counsel for Defendant Sturm, Ruger & Co., Inc., in the above-captioned matter hereby certify that, pursuant to Rule 7.1 (A)(2) of the Local Rules of the United States District Court of Massachusetts, counsel for all parties appearing assent to the present motion.

## CERTIFICATE OF SERVICE

I, Jonathan I. Handler, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on October 1, 2021.

_____
Jonathan I. Handler