UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> SMITH & WESSON BRANDS, INC., ET AL., ) <br> ) <br> *Defendants.* ) <br> ) | Civil Action No. 1:21-CV-11269-FDS |

## **DECLARATION OF JAMES B. VOGTS**

I, James B. Vogts, hereby depose and say as follows:

    1.    I am a partner of Swanson, Martin & Bell, LLP, located at 330 N. Wabash, Suite 3300 Chicago, IL 60611.

    2.    I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

    3.    I am a member of the bar of the State of Illinois. I have been admitted to practice before the Supreme Court of the United States. I also have been admitted to practice before the United States Court of Appeals for the Federal Circuit, District of Columbia Circuit, First Circuit, Second Circuit, Fifth Circuit, Sixth Circuit, Seventh Circuit, Ninth Circuit, Tenth Circuit, and Eleventh Circuit. In addition, I have also been admitted to practice before the United District Court for the Northern District of Illinois, Eastern District of Wisconsin, District of Colorado, and Western District of Michigan.

    4.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

-2-

5. I am familiar with the Federal Rules of Civil Procedure and the rules for practice before the United States District Court for the District of Massachusetts.

6. I am familiar with Sturm, Ruger & Co., Inc. ("Sturm Ruger") and the issues in this lawsuit. My appearance and participation in this matter in conjunction with attorneys from Day Pitney LLP is necessary for the proper and effective representation of Sturm Ruger.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 1ST DAY OF OCTOBER, 2021.

*/s/ James B. Vogts*
James B. Vogts