UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>SMITH & WESSON BRANDS, INC., ET AL., )<br>)<br>*Defendants.* )<br>) | Civil Action No. 1:21-CV-11269-FDS |

## **CORPORATE DISCLOSURE OF DEFENDANT STURM, RUGER & CO., INC.**

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Sturm, Ruger & Co., Inc. ("Sturm Ruger") states that it does not have a parent corporation, and no publicly held corporation owns 10% or more of Sturm Ruger's stock.

Respectfully submitted,

STURM, RUGER & CO., INC.,

By its attorney,

/s/ Jonathan I. Handler
Jonathan I. Handler (BBO #561475)
Keith H. Bensten (BBO#568780)
jihandler@daypitney.com
kbensten@daypitney.com
DAY PITNEY LLP
One Federal Street, 29th Floor
Boston, MA 02110
T: (617) 345-4600
F: (617) 345-4745

Dated: October 1, 2021

## **CERTIFICATE OF SERVICE**

I, Jonathan I. Handler, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on October 1, 2021.

Jonathan I. Handler