UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ESTADOS UNIDOS MEXICANOS            C.A. NO: 1:21-CV-11269-FDS

    Plaintiff,

v.

SMITH & WESSON BRANDS, INC., et al.,

    Defendants.

### DEFENDANT GLOCK, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 of the Federal Rules of Civil Procedure, Defendant Glock, Inc. hereby identifies any parent corporation and any publicly held corporation owning 10% or more of its stock as follows:

1. Glock Ges.m.b.H.
2. INC Holding GmbH

DATED: October 1, 2021

Defendant,
Glock, Inc.,
By its attorneys,

| /s/ Peter M. Durney | /s/ Jeffrey Malsch |
|---|---|
| Peter M. Durney, BBO No. 139260 | John F. Renzulli (phv) |
| pdurney@cornellgollub.com | jrenzulli@renzullilaw.com |
| Patricia A. Hartnett, BBO No. 568206 | Christopher Renzulli (phv) |
| phartnett@cornellgollub.com | crenzulli@renzullilaw.com |
| CORNELL & GOLLUB | Jeffrey Malsch (phv) |
| 88 Broad Street, Sixth Floor | jmalsch@renzullilaw.com |
| Boston, MA 02110 | RENZULLI LAW FIRM LLC |
| T: (617) 482-8100 | One North Broadway, Suite 1005 |
|  | White Plains, NY 10601 |
|  | T: (914) 285-0700 |

## CERTIFICATE OF SERVICE

      I, Peter M. Durney, attorney for the defendant, Glock, Inc., hereby certify that on the 1st day of October, 2021, a true copy of the foregoing was filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be served by first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

                                              */s/ Peter M. Durney*
                                              Peter M. Durney