**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ESTADOES UNIDOS MEXICANOS,<br>       Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.;<br>BARRETT FIREARMS MANUFACTURING,<br>INC.; BERETTA U.S.A. CORP.; BERETTA<br>HOLDING S.P.A.; CENTURY INTERNATIONAL<br>ARMS, INC.; COLT'S MANUFACTURING<br>COMPANY LLC; GLOCK, INC.; GLOCK<br>GES.M.B.H.; STURM, RUGER & CO., INC.;<br>WITMER PUBLIC SAFETY GROUP, INC.<br>D/B/A INTERSTATE ARMS,<br>       Defendants. | C.A. NO.:  1:21-CV-11269-FDS |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the Defendant Witmer Public Safety Group, Inc., d/b/a Interstate Arms.

 

              Defendant Witmer Public Safety Group, Inc., d/b/a
              Interstate Arms
              By Its Attorney,

              */s/ Nora R. Adukonis*
              Nora R. Adukonis, BBO# 676932
              LITCHFIELD CAVO LLP
              6 Kimball Lane, Suite 200
              Lynnfield, MA 01940
               (781) 309-1500
Dated:  October 15, 2021      adukonis@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

I, Nora R. Adukonis, hereby certify the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 15, 2021

                                            */s/ Nora R. Adukonis*
                                            Nora R. Adukonis