# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOES UNIDOS MEXICANOS,<br>　　　　Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.;<br>BARRETT FIREARMS MANUFACTURING,<br>INC.; BERETTA U.S.A. CORP.; BERETTA<br>HOLDING S.P.A.; CENTURY INTERNATIONAL<br>ARMS, INC.; COLT'S MANUFACTURING<br>COMPANY LLC; GLOCK, INC.; GLOCK<br>GES.M.B.H.; STURM, RUGER & CO., INC.;<br>WITMER PUBLIC SAFETY GROUP, INC.<br>D/B/A INTERSTATE ARMS,<br>　　　　Defendants. | C.A. NO.: 1:21-CV-11269-FDS |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Nora R. Adukonis, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of S. Jan Hueber, a member of the Bar of the State of Texas to this Court for the purpose of representing Defendant Witmer Public Safety Group, Inc., d/b/a Interstate Arms in the above-captioned matter, and states as follows:

　　　　1.　　　　S. Jan Hueber is a partner with the law firm Litchfield Cavo, LLP in the Firm's Fort Worth, Texas office, located at 100 Throckmorton Street, Suite 500, and has a telephone number of (817) 945-8037.

　　　　2.　　　　S. Jan Hueber is a member in good standing of the state of Texas, and every jurisdiction where admitted to practice. There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction. *See* Affidavit of S. Jan Hueber, attached hereto as **Exhibit A**.

3. S. Jan Hueber is familiar with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

4. Nora R. Adukonis, a member of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, will continue to be actively associated with the defense of the Defendant if this motion is granted.

5. Pursuant to Local Rule 7.1(a), the Defendant has conferred with all other counsel in this matter and no counsel objects to this motion.

WHEREFORE, the Defendant respectfully requests that S. Jan Hueber be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for the Defendant in the above-referenced proceeding in accordance with the Local Rules of this Court.

> Defendant Witmer Public Safety Group, Inc., d/b/a Interstate Arms
> By Its Attorney,
>
> */s/ Nora R. Adukonis*
> Nora R. Adukonis, BBO# 676932
> LITCHFIELD CAVO LLP
> 6 Kimball Lane, Suite 200
> Lynnfield, MA 01940
> (781) 309-1500
> adukonis@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

      I, Nora R. Adukonis, hereby certify the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 15, 2021

                                             */s/ Nora R. Adukonis*
                                             Nora R. Adukonis