# EXHIBIT
# A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| ESTADOES UNIDOS MEXICANOS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SMITH & WESSON BRANDS, INC.; | ) | C.A. NO.:  1:21-CV-11269-FDS |
| BARRETT FIREARMS MANUFACTURING, | ) | |
| INC.; BERETTA U.S.A. CORP.; BERETTA | ) | |
| HOLDING S.P.A.; CENTURY INTERNATIONAL | ) | |
| ARMS, INC.; COLT'S MANUFACTURING | ) | |
| COMPANY LLC; GLOCK, INC.; GLOCK | ) | |
| GES.M.B.H.; STURM, RUGER & CO., INC.; | ) | |
| WITMER PUBLIC SAFETY GROUP, INC. | ) | |
| D/B/A INTERSTATE ARMS, | ) | |
| Defendants. | ) | |
| | ) | |

## AFFIDAVIT OF S. JAN HUEBER

I, S. Jan Hueber, depose and state as follows:

1.      I am an attorney licensed to practice law in Texas,

2.      I am a partner with the law firm Litchfield Cavo LLP, located at 100

Throckmorton Street, Suite 500, Fort Worth, Texas.  My telephone number is (817) 945-8037

and my email address is Hueber@litchfieldcavo.com.

3.      I have been admitted to the practice of law in Texas on November 10, 1988.

4.      I am authorized to practice law in Northern (admitted March 20, 1991), Southern

(admitted June 4, 2012), Western (admitted August 9, 2019), and Eastern (admitted April 11,

1997) Districts of Texas.

5.      I am a member in good standing in every jurisdiction where I am admitted to

practice and I have never been suspended or disbarred in any jurisdiction, and there are no

disciplinary actions pending against me in any federal or state court.

6.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7.      If the Court grants the Motion to appear *pro hac vice* in this matter, I will represent Defendant Witmer Public Safety Group, Inc., d/b/a Interstate Arms in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 15th day of October, 2021

_/s/ S. Jan Heuber_____
S. Jan Hueber

## **CERTIFICATE OF SERVICE**

I, Nora R. Adukonis, hereby certify the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 15, 2021

*/s/ Nora R. Adukonis*

Nora R. Adukonis