# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>SMITH & WESSON BRANDS, INC.; )<br>BARRETT FIREARMS MANUFACTURING, )<br>INC.; BERETTA U.S.A. CORP.; BERETTA )<br>HOLDING S.P.A.; CENTURY )<br>INTERNATIONAL ARMS, INC.; COLT'S )<br>MANUFACTURING COMPANY LLC; )<br>GLOCK, INC.; GLOCK GES.M.B.H.; )<br>STURM, RUGER & CO., INC.; )<br>WITMER PUBLIC SAFETY GROUP, INC. )<br>D/B/A INTERSTATE ARMS, )<br>)<br>   Defendants. ) | Case No. 1:21-CV-11269-FDS |

## NOTICE OF APPEARANCE OF MICHAEL L. RICE

Please enter my appearance as counsel for Defendant, Colt's Manufacturing Co. LLC, in the above-referenced matter.

Dated: October 27, 2021          Respectfully submitted:

                                                   */s/ Michael L. Rice*
                                                   Michael L. Rice (admitted *pro hac vice*)
                                                   HARRISON LAW LLC
                                                   141 W. Jackson Blvd.
                                                   Suite 2055
                                                   Chicago, IL 60604
                                                   (t) (312) 638-8776
                                                   (f) (312) 638-8793
                                                   mikerice@hlawllc.com

                                                   **Attorneys for Defendant, Colt's Manufacturing Co. LLC**

**CERTIFICATE OF SERVICE**

      I, Michael L. Rice, hereby certifies that on the 27th day of October, 2021, a true copy of the foregoing was filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be served by first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

                                                  *s/ Michael L. Rice*
                                                  Michael L. Rice
                                                  Attorney for Defendant
                                                  Colt's Manufacturing Co. LLC