# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION NO.: 1:21-cv-11269FDS** |
| ) | |
| v. ) | |
| ) | |
| SMITH & WESSON BRANDS, INC.; ) | |
| BARRETT FIREARMS ) | |
| MANUFACTURING, INC.; BERETTA ) | |
| U.S.A. CORP; BERETTA HOLDINGS ) | |
| S.P.A.; CENTURY INTERNATIONAL ) | |
| ARMS, INC.; COLTS MANUFACTURING ) | |
| COMPANY LLC; GLOCK, INC.; GLOCK ) | |
| GES.M.B.H; STURN, RUGER & CO., ) | |
| INC.; WITMER PUBPLIC SAFETY ) | |
| GROUP, INC. D/B/A INTERSATE ARMS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael A. Savino on behalf of Beretta U.S.A. Corp. in the above-captioned matter.

        Respectfully submitted,

        The defendant,
        BERETTA U.S.A. CORP.
        By its attorneys,
        **COZEN O'CONNOR**
        */s/ Michael A. Savino*
        Michael A. Savino, BBO# 568826
        3 WTC
        175 Greenwich Street – 55th Floor
        New York, NY 10007
        (212) 908-123
        msavino@cozen.com

Dated: November 22, 2021

## **CERTIFICATE OF SERVICE**

I, Michael A. Savino, hereby certifies that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 22nd day of November 2021.

*/s/ Michael A. Savino*
Michael A. Savino, BBO# 568826