## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, <br><br> *Plaintiff*, <br><br> v. <br><br> SMITH & WESSON BRANDS, INC., ET AL., <br><br> *Defendants.* | Civil Action No. 1:21-CV-11269-FDS |

## DEFENDANT STURM, RUGER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)

Defendant Sturm, Ruger & Company, Inc. ("Ruger") moves to dismiss Estados Unidos Mexicanos (the "Mexican Government")'s Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) (the "Motion").  In a separately filed a joint motion, Ruger has moved to dismiss the Mexican Government's Complaint under Federal Rule of Civil Procedure 12(b)(1) based on its lack of standing and under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

As set forth in detail in the accompanying Memorandum of Law, the Court should grant the Motion because Plaintiff cannot meet its burden of demonstrating that specific personal jurisdiction over Ruger is present here.  The relationship between Ruger's contacts with the Commonwealth of Massachusetts and the Mexican Government's claims against Ruger is far too attenuated to subject Ruger to personal jurisdiction in this case.

WHEREFORE, defendant Sturm, Ruger & Company, Inc. requests that the Court enter judgment in its favor on all counts of Plaintiff's Complaint.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Ruger hereby requests oral argument because it is likely to assist the Court in resolving the Motion.

                                  Respectfully submitted,

                                  STURM, RUGER & CO., INC.,

                                  By its attorneys,

                                      /s/ Johnathan I. Handler
                                Jonathan I. Handler (BBO #561475)
                                Keith H. Bensten (BBO#568780)
                                jihandler@daypitney.com
                                kbensten@daypitney.com
                                DAY PITNEY LLP
                                One Federal Street, 29th Floor
                                Boston, MA 02110
                                T: (617) 345-4600
                                F: (617) 345-4745

                                  and

                                JAMES B. VOGTS (admitted *Pro Hac Vice*)
                                jvogts@smbtrials.com
                                SWANSON MARTIN & BELL LLP
                                330 North Wabash, Suite 330
                                Chicago, IL 60611
                                T: (312) 222-8517
Dated:  November 22, 2021               F: (312) 321-0990

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(a)(2), I, Jonathan I. Handler, counsel for Defendant Sturm, Ruger & Company, Inc. ("Ruger"), hereby certify that on November 18, 2021, co-counsel for Ruger conferred with counsel for Plaintiff Estados Unidos Mexicanos in a good faith attempt to resolve or narrow the issues raised by this motion.

                                                 /s/ Johnathan I. Handler
                                                 Jonathan I. Handler

## CERTIFICATE OF SERVICE

    I, Jonathan I. Handler, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on November 22, 2021.

                                             /s/ Johnathan I. Handler
                                             Jonathan I. Handler