UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ESTADOS UNIDOS MEXICANOS,

      Plaintiff,

  v.

SMITH & WESSON BRANDS, INC.;
BARRETT FIREARMS MANUFACTURING,
INC.; BERETTA U.S.A. CORP.; BERETTA
HOLDINGS S.P.A.; CENTURY
INTERNATIONAL ARMS, INC.; COLT'S
MANUFACTURING COMPANY LLC;
GLOCK, INC.; GLOCK GES M.B.H.; STURM,
RUGER & CO., INC.; WITMER PUBLIC
SAFETY GROUP, INC. D/B/A INTERSTATE
ARMS,

      Defendants.

Civil Action No. 1:21-cv-11269-FDS

**BARRETT FIREARMS MANUFACTURING, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

      Defendant Barrett Firearms Manufacturing, Inc. ("Barrett") respectfully moves this Court to dismiss Plaintiff's Complaint under Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6). As set forth in the attached Memorandum of Law in Support of Defendant's Motion to Dismiss, the claims against Barrett must be dismissed because this Court lacks both subject matter jurisdiction and personal jurisdiction over Barrett. Barrett also moves pursuant to Fed. R. Civ. 12(b)(6) for an order dismissing Counts Two, Four, Six, and Nine of the Complaint for failing to state claims entitling the Plaintiff to relief. As explained below, the Plaintiff's Public Nuisance (Count Two) claim must be dismissed because Barrett had no control over the instrumentality of

the alleged nuisance.  The Plaintiff's Negligence Per Se (Count Four) claim must be dismissed because Massachusetts does not recognize a separate cause of action for negligence per se.  The Plaintiff's Unjust Enrichment (Count Six) claim fails in the absence of any allegation that it conferred a benefit on Barrett for which it did not receive compensation.  Finally, the Plaintiff's Punitive Damages (Count Nine) claim must be dismissed in the absence of any statutory authority permitting the recovery of punitive damages from Barrett in this case.

Respectfully Submitted,

*Attorneys for Barrett Firearms*:

s/ James W. Porter, II
James W. Porter, II (Admitted PHV)
jwporterii@pphlaw.net
Richard Warren Kinney (Admitted PHV)
wkinney@pphlaw.net
**Porter, Porter & Hassinger, P.C.**
880 Montclair Road, Ste. 175
Birmingham, AL 35213


s/ James M. Campbell
James M. Campbell (BBO No. 541882)
jmcampbell@Campbell-trial-lawyers.com
Trevor J. Keenan (BBO No. 652508)
keenan@Campbell-trial-lawyers.com
**CAMPBELL CONROY & O'NEIL, P.C.**
1 Constitution Wharf, Suite 310
Boston, MA 02129

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

 THIS IS TO CERTIFY that the undersigned counsel conferred in good faith with counsel for the Plaintiff, Jonathan Lowy, on November 18, 2021 via email before filing this Motion, and Mr. Lowy advised that the Plaintiff will not assent to this motion.

s/ R. Warren Kinney
R. Warren Kinney (Admitted PVH)

## CERTIFICATE OF SERVICE

 On November 22, 2021, I, James W. Porter, II, filed electronically and served by mail on anyone unable to accept electronic filing the foregoing document. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/ James W. Porter, II
James W. Porter, II (Admitted PHV)
