UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>        Plaintiff,<br><br>        v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDINGS S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>        Defendants. | Civil Action No. 1:21-cv-11269-FDS |

**MOTION BY DEFENDANT GLOCK, INC. TO DISMISS THE COMPLAINT PURSUANT TO FRCP 12(b)(1), 12(b)(2) AND 12(b)(6)**

Pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Glock, Inc. ("Glock") hereby moves to dismiss the Complaint filed by Plaintiff Estados Unidos Mexicanos ("Plaintiff") on the grounds that Plaintiff's claims must be dismissed for lack of Article III standing, this Court lacks personal jurisdiction over Glock, and Plaintiff has failed to state a claim.

In support of this Motion to Dismiss, Glock files the accompanying Memorandum of Law specifically addressing the personal jurisdiction issues, and relies upon the Joint Memorandum of Law filed on behalf of all Moving Defendants addressing the 12(b)(1) and 12(b)(6) issues.

WHEREFORE, Defendant respectfully requests that this Court dismiss the Complaint and all claims found therein as asserted against Glock and grant such other and further relief as is deemed just and appropriate.

## REQUEST FOR ORAL ARGUMENT

Defendant respectfully requests oral argument on this Motion because it is likely to help the Court in resolving the motion to dismiss.

                                            Respectfully submitted,

                                            */s/ Peter M. Durney*
                                            Peter M. Durney, BBO No. 139260
                                            pdurney@cornellgollub.com
                                            Patricia A. Hartnett BBO No. 568206
                                            phartnett@cornellgollub.com
                                            CORNELL & GOLLUB
                                            88 Broad Street, Sixth Floor
                                            Boston, MA 02110
                                            T: (617) 482-8100
                                            F : (617) 482-3917


                                            */s/ Jeffrey Malsch*
                                            John F. Renzulli (admitted PHV)
                                            jrenzulli@renzullilaw.com
                                            Christopher Renzulli (admitted PHV)
                                            crenzulli@renzullilaw.com
                                            Jeffrey Malsch (admitted PHV)
                                            jmalsch@renzullilaw.com
                                            RENZULLI LAW FIRM LLP
                                            One North Broadway, Suite 1005
                                            White Plains, NY 10601
                                            T: (914) 285-0700
                                            F: (914) 285-1213


## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Jeffrey Malsch, hereby certify pursuant to Local Rule 7.1(A)(2), that on November 19, 2021, I conferred by e-mail with Jonathan Lowy and Steve Shadowen regarding Defendant Glock, Inc.'s motion to dismiss (the "Motion"). Mr. Lowy and Mr. Shadowen stated that Plaintiff opposes the Motion.

                                            /s/ *Jeffrey Malsch*

## CERTIFICATE OF SERVICE

  I, Jeffrey Malsch, hereby certify that on November 22, 2021, I caused copies of the foregoing Defendant Glock, Inc.'s Motion To Dismiss to be served via the Court's electronic filing system upon all parties of record and paper copies will be sent to those indicated as non registered participants.

                   /s/ *Jeffrey Malsch*