**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>        Plaintiff,<br><br>    v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDINGS S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>        Defendants. | Civil Action No. 1:21-cv-11269-FDS |

**DEFENDANT COLT'S MANUFACTURING COMPANY LLC'S**
**INDIVIDUAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Colt's Manufacturing Company LLC ("Colt") respectfully moves this Court to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6). As set forth in the attached Memorandum of Law In Support of Colt's Manufacturing Company LLC's Motion to Dismiss, in addition to the grounds set forth in Defendants' Motion to Dismiss Plaintiff's Complaint and accompanying Joint Memorandum of Law In Support of Defendants' Motions to Dismiss, the Complaint should be dismissed as to Colt because the Court lacks personal jurisdiction over Colt and because Plaintiff's claim under the Connecticut Unfair Trade Practices Act must be dismissed for lack of Article III standing and failure to state a claim.

## REQUEST FOR ORAL ARGUMENT

Colt respectfully requests oral argument on this Motion because it is likely to help the Court in resolving the motion to dismiss.

Dated: November 22, 2021

Respectfully submitted,

Defendant,
Colt's Manufacturing Company LLC,
By its attorneys,

    */s/ Michael Rice*
Michael Rice (admitted PHV)
mikerice@hlawllc.com
Harrison Law LLC
141 West Jackson Boulevard
Suite 2055
Chicago, IL 60604
T: (312) 638-8776

and

*/s/ John G. O'Neill*
John G. O'Neill (BBO # 630272)
oneill@sugarmanrogers.com
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
Tel: (617) 227-3030

## **RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that counsel have conferred and have attempted in good faith to resolve or narrow the dispute and issues between the parties.

                                                  */s/ Michael Rice*
Michael Rice (admitted PHV)
mikerice@hlawllc.com
Harrison Law LLC
141 West Jackson Boulevard
Suite 2055
Chicago, IL 60604
T: (312) 638-8776

**CERTIFICATE OF SERVICE**

      I, John G. O'Neill, attorney for the defendant, Colt's Manufacturing Company LLC, hereby certify that on the 22nd day of November, 2021, a true copy of the foregoing was filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be served by first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

    /s/ John G. O'Neill
    John G. O'Neill