# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDINGS S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>　　　　　Defendants. | Civil Action No. 1:21-cv-11269-FDS |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants (Smith & Wesson Brands, Inc.; Barrett Firearms Manufacturing, Inc.; Beretta U.S.A. Corp.; Century International Arms, Inc.; Colt's Manufacturing Company LLC; Glock, Inc.; Sturm, Ruger & Co., Inc.; and Witmer Public Safety Group) respectfully move this Court to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). As set forth in the attached Joint Memorandum of Law In Support of Defendants' Motion to Dismiss, all of Plaintiff's claims must be dismissed for lack of Article III standing and failure to state a claim.[1]

---

[1] The complaint also names two foreign corporations as defendants: Beretta Holdings S.P.A.; and Glock Ges m.b.H. These two defendants have not yet been served, and thus they are not among the moving defendants.

**REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request oral argument on this Motion because it is likely to help the Court in resolving the motion to dismiss.

Dated: November 22, 2021

Respectfully submitted,

| | |
|---|---|
| Defendant,<br>Smith & Wesson Brands, Inc.,<br>By its attorneys, | Defendant,<br>Glock, Inc.,<br>By its attorneys, |
| /s/ *Andrew E. Lelling*<br>Andrew E. Lelling (BBO No. 631859)<br>alelling@jonesday.com<br>100 High Street<br>JONES DAY<br>Boston, MA 02110-1781<br>Phone: (617) 449-6856<br>Fax: (617) 449-6999 | /s/ *Peter M. Durney*<br>Peter M. Durney (BBO No. 139260)<br>pdurney@cornellgollub.com<br>Patricia A. Hartnett (BBO No. 568206)<br>phartnett@cornellgollub.com<br>CORNELL & GOLLUB<br>88 Broad Street, Sixth Floor<br>Boston, MA 02110<br>Phone: (617) 482-8100<br>Fax: (617) 482-3917 |
| and | and |
| Noel J. Francisco (admitted PHV)<br>njfrancisco@jonesday.com<br>Anthony J. Dick (admitted PHV)<br>ajdick@jonesday.com<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Phone: (202) 879-3939<br>Fax: (202) 626-1700 | John F. Renzulli (admitted PHV)<br>Christopher Renzulli (admitted PHV)<br>Jeffrey Malsch (admitted PHV)<br>RENZULLI LAW FIRM LLP<br>One North Broadway, Suite 1005<br>White Plains, NY 10601<br>Phone: (914) 285-0700<br>Fax: (914) 285-1213 |

<div style="display: flex;">

Defendant,
Barrett Firearms Manufacturing, Inc.,
By its attorneys,

     */s/ James W. Porter*
James W. Porter  (admitted PHV)
jwporterii@pphlaw.net
Warren Kinney (admitted PHV)
wkinney@pphlaw.net
PORTER PORTER & HASSINGER, P.C.
880 Montclair Road
Suite 175
Birmingham, Alabama 35213
Phone: (205) 322-1744

and

James M. Campbell (BBO No. 541882)
jmcampbell@Campbell-trial-lawyers.com
Trevor J. Keenan (BBO No. 652508)
keenan@Campbell-trial-lawyers.com
CAMPBELL CONROY & O'NEIL, P.C.
1 Constitution Wharf, Suite 310
Boston, MA 02129

</div>

Defendant,
Beretta U.S.A. Corp.,
By its attorneys,

     */s/ John McDonald*
John K. McDonald (PHV motion forthcoming)
JMcDonald@cozen.com
Michael de Leeuw (PHV motion forthcoming)
MdeLeeuw@cozen.com
Michael Savino (BBO No. 568826)
MSavino@cozen.com
COZEN O'CONNOR
1650 Market Street
Suite 2800
Philadelphia, PA 19103
Phone: (215) 864-8046

| | |
|---|---|
| Defendant,<br>Sturm, Ruger & Co., Inc.,<br>By its attorneys, | Defendant,<br>Colt's Manufacturing Company LLC,<br>By its attorneys, |
|     */s/ Jonathan Handler*<br>Jonathan I. Handler (BBO No. 561475)<br>jihandler@daypitney.com<br>Keith H. Bensten (BBO No. 568780)<br>kbensten@daypitney.com<br>DAY PITNEY LLP<br>One Federal Street, 29th Floor<br>Boston, MA 02110<br>Phone: (617) 345-4600<br>Fax: (617) 345-4745<br><br>and<br><br>James Vogts (admitted PHV)<br>jvogts@smbtrials.com<br>SWANSON, MARTIN & BELL LLP<br>330 N. Wabash Suite 3300<br>Chicago, IL 60611<br>Phone: (312) 222-8517<br>Cell: (630) 258-3987 |     */s/ Mike Rice*<br>Mike Rice (admitted PHV)<br>mikerice@hlawllc.com<br>Harrison Law LLC<br>141 West Jackson Boulevard<br>Suite 2055<br>Chicago, IL 60604<br>Phone: (312) 638-8776<br><br>and<br><br>John G. O'Neill (BBO No. 630272)<br>oneill@sugarmanrogers.com<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA 02114<br>Phone: (617) 227-3030 |

Defendant,
Witmer Public Safety Group, Inc.,
By its attorneys,

    */s/ S. Jan Hueber*
S. Jan Hueber (admitted PHV)
hueber@litchfieldcavo.com
LITCHFIELD CAVO LLP
100 Throckmorton St., Ste. 500
Fort Worth, Texas 76102
Phone: (817) 945-8025

and

Nora R. Adukonis (BBO No. 675932)
adukonis@litchfieldcavo.com
LITCHFIELD CAVO LLP
6 Kimball Lane, Suite 200
Lynnfield, MA  01940-2682
Phone: (781) 309-1500

Defendant,
Century International Arms, Inc.,
By its attorneys,

    */s/ Joseph Yannetti*
Joseph G. Yannetti (BBO No. 669008)
jyannetti@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street, Boston, MA 02210
Phone: (617) 439-7585

and

Anthony Pisciotti (admitted PHV))
apisciotti@pisciotti.com
Danny Lallis (admitted PHV)
dlallis@pisciotti.com
Ryan Erdreich (admitted PHV)
rerdreich@pisciotti.com
PISCIOTTI LALLIS ERDREICH
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
Phone: (973) 245-8100

## **RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that counsel have conferred and have attempted in good faith to resolve or narrow the dispute and issues between the parties.

                                                             */s/ Andrew E. Lelling*
                                        Andrew E. Lelling (BBO No. 631859)
                                        alelling@jonesday.com
                                        100 High Street
                                        JONES DAY
                                        Boston, MA  02110-1781
                                        Phone: (617) 449-6856
                                        Fax: (617) 449-6999

**CERTIFICATE OF SERVICE**

      I hereby certify that, on November 22, 2021, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.

                                            */s/ Andrew E. Lelling*
                                  Andrew E. Lelling (BBO No. 631859)
                                  alelling@jonesday.com
                                  100 High Street
                                  JONES DAY
                                  Boston, MA  02110-1781
                                  Phone: (617) 449-6856
                                  Fax: (617) 449-6999