# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SMITH & WESSON BRANDS, INC.; ) <br> BARRETT FIREARMS ) <br> MANUFACTURING, INC.; BERETTA ) <br> U.S.A. CORP; BERETTA HOLDINGS ) <br> S.P.A.; CENTURY INTERNATIONAL ) <br> ARMS, INC.; COLTS MANUFACTURING ) <br> COMPANY LLC; GLOCK, INC.; GLOCK ) <br> GES.M.B.H; STURN, RUGER & CO., ) <br> INC.; WITMER PUBPLIC SAFETY ) <br> GROUP, INC. D/B/A INTERSATE ARMS, ) <br> ) <br> Defendants. ) | **CIVIL ACTION NO.: 1:21-cv-11268FDS** |

## BERETTA U.S.A. CORP'S ASSENTED-TO MOTION TO ADMIT
## JOHN K. McDONALD AND MICHAEL B. de LEEUW *PRO HAC VICE*

Pursuant to Local Rule Local Rule 83.5.3 and with the assent of all parties to this lawsuit, defendant Beretta U.S.A. Corp., through its counsel, Michael A. Savino, a member of the Bar of the United States District Court for the District of Massachusetts, hereby moves the Court to admit John K. McDonald and Michael B. de Leeuw *pro hac vice*. In support of this motion, counsel states as follows:

1.  Attorneys McDonald and de Leeuw are members of Cozen O'Connor, which has offices nationwide, including One Liberty Place, 1650 Market Street, Suite 2800, Philadelphia, Pennsylvania 19103 and 3 WTC, 195 Greenwich Street, 55th Floor, New York, New York 10007.

2.  On information and belief, attorneys McDonald and de Leeuw are members in good standing of all courts to which they have been admitted, are not currently suspended, disbarred, or the subject of any disciplinary proceeding in any jurisdiction, have not had a previous *pro hac vice* motion to this Court revoked, and are familiar with or will become familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3. In accordance with Local Rule 85.5.3(e)(3), attached to this Assented-To Motion as Exhibit 1, is a declaration signed by attorney McDonald which confirms the facts set forth above.

4. In accordance with Local Rule 85.5.3(e)(3), attached to this Assented-To Motion as Exhibit 2, is a declaration signed by attorney de Leeuw, which confirms the facts set forth above

5. Attorneys McDonald and de Leeuw are familiar with Beretta U.S.A. Corp. and the issues in this lawsuit.  Attorneys McDonald and de Leeuw's appearances and participation in this matter are necessary for the proper and effective representation of Beretta U.S.A. Corp.

6. This motion is made by a member in good standing of the bar who has entered an appearance on behalf of Beretta U.S.A. Corp. in this matter.

**WHEREFORE**, defendant Beretta U.S.A. Corp. respectfully moves that attorneys John K. McDonald and Michael B. de Leeuw be permitted to appear and practice before this Court in the above-captioned matter. Payment of the requisite fee has been submitted to the Clerk of the Court.

Dated: November 22, 2021

        Respectfully submitted,

        The defendant,
        BERETTA U.S.A. CORP.
        By its attorneys,
        **COZEN O'CONNOR**

        */s/ Michael A. Savino*
        Michael A. Savino, BBO# 568826
        3 WTC
        175 Greenwich Street – 55th Floor
        New York, NY 10007
        (212) 908-1233
        msavino@cozen.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I Michael A. Savino, counsel for defendant Beretta U.S.A. Corp., hereby certifies that, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court of Massachusetts, that all counsel/parties have assented to this motion.

## CERTIFICATE OF SERVICE

I, Michael A. Savino, hereby certifies that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 22nd day of November 2021.

*/s/ Michael A. Savino*
Michael A. Savino, BBO# 568826

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SMITH & WESSON BRANDS, INC.; ) <br> BARRETT FIREARMS ) <br> MANUFACTURING, INC.; BERETTA ) <br> U.S.A. CORP; BERETTA HOLDINGS ) <br> S.P.A.; CENTURY INTERNATIONAL ) <br> ARMS, INC.; COLTS MANUFACTURING) <br> COMPANY LLC; GLOCK, INC.; GLOCK ) <br> GES.M.B.H; STURN, RUGER & CO., ) <br> INC.; WITMER PUBPLIC SAFETY ) <br> GROUP, INC. D/B/A INTERSATE ARMS, ) <br> ) <br> Defendants. ) <br> ) | **CIVIL ACTION NO.: 1:21-cv-11268FDS** |

## **ATTORNEY CERTIFICATION PURSUANT TO RULE 83.5.3(e)(3)**

I, John K. McDonald, hereby depose and state, under the pains and penalties of perjury:

1. I am a member at the law firm of Cozen O'Connor;

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice, including:

    a. Pennsylvania; and

    b. United States District Court for the Eastern District of Pennsylvania;

4

3. I am not and have never been the subject of any disciplinary proceedings in any Jurisdiction in which I have been admitted to practice;

4. I have not previously had a *pro hac* vice admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. I am familiar with Beretta U.S.A. Corp. and the issues in this lawsuit. My appearance and participation in this matter is necessary for the proper and effective representation of Beretta U.S.A. Corp.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: November 22, 2021

/s/ *John K. McDonald*
_____
John K. McDonald

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ESTADOS UNIDOS MEXICANOS,                    )<br>                                                                   )<br>                            Plaintiff,                      )<br>                                                                   )<br>             v.                                                  )<br>                                                                   )<br>SMITH & WESSON BRANDS, INC.;            )<br>BARRETT FIREARMS                               )<br>MANUFACTURING, INC.; BERETTA        )<br>U.S.A. CORP; BERETTA HOLDINGS          )<br>S.P.A.; CENTURY INTERNATIONAL          )<br>ARMS, INC.; COLTS MANUFACTURING)<br>COMPANY LLC; GLOCK, INC.; GLOCK   )<br>GES.M.B.H; STURN, RUGER & CO.,           )<br>INC.; WITMER PUBPLIC SAFETY              )<br>GROUP, INC. D/B/A INTERSATE ARMS, )<br>                                                                   )<br>                            Defendants.                   )<br>                                                                   ) | **CIVIL ACTION NO.: 1:21-cv-11268FDS** |

**ATTORNEY CERTIFICATION PURSUANT TO RULE 83.5.3(e)(3)**

I, Michael B. de Leeuw, hereby depose and state, under the pains and penalties of perjury:

1.      I am a member at the law firm of Cozen O'Connor;

2.      I am a member in good standing in every jurisdiction in which I have been admitted to practice, including:

    a.  New Jersey;

    b.  New York; and

6

    c. United States Supreme Court, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Fifth Circuit, United States District Court for the Eleventh Circuit, United States District Courts for the Southern and Northern Districts of New York; United States District Court for the District of New Jersey, United States District Court for the Eastern District of Michigan and United States District Court for the Southern District of Mississippi.

3. I am not and have never been the subject of any disciplinary proceedings in any Jurisdiction in which I have been admitted to practice;

4. I have not previously had a *pro hac* vice admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. I am familiar with Beretta U.S.A. Corp. and the issues in this lawsuit. My appearance and participation in this matter is necessary for the proper and effective representation of Beretta U.S.A. Corp.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: November 22, 2021

                                                                           Michael B. de Leeuw