UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDINGS S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>Defendants. | Civil Action No. 1:21-cv-11269-FDS |

## DEFENDANT SMITH & WESSON BRANDS, INC.'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Smith & Wesson Brands, Inc. ("Smith & Wesson") respectfully moves this Court to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). As set forth in detail in the attached Individual Memorandum of Law in Support of Smith & Wesson's Motion to Dismiss, Plaintiff lacks Article III standing and Plaintiff's claims against Smith & Wesson fail as a matter of law.

**REQUEST FOR ORAL ARGUMENT**

Defendant Smith & Wesson respectfully requests oral argument on this Motion.

Dated: November 22, 2021

                                  */s/ Andrew E. Lelling*
Andrew E. Lelling (BBO No. 631859)
alelling@jonesday.com
100 High Street
JONES DAY
Boston, MA 02110-1781
Phone: (617) 449-6856
Fax: (617) 449-6999

and

Noel J. Francisco (admitted PHV)
njfrancisco@jonesday.com
Anthony J. Dick (admitted PHV)
ajdick@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700

## **RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that counsel have conferred and have attempted in good faith to resolve or narrow the dispute and issues between the parties.

*/s/ Andrew E. Lelling*
Andrew E. Lelling (BBO No. 631859)
alelling@jonesday.com
100 High Street
JONES DAY
Boston, MA  02110-1781
Phone: (617) 449-6856
Fax: (617) 449-6999

and

Noel J. Francisco (admitted PHV)
njfrancisco@jonesday.com
Anthony J. Dick (admitted PHV)
ajdick@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700

**CERTIFICATE OF SERVICE**

  I hereby certify that, on November 22, 2021, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.

                 */s/ Andrew E. Lelling*
              Andrew E. Lelling (BBO No. 631859)
              alelling@jonesday.com
              100 High Street
              JONES DAY
              Boston, MA  02110-1781
              Phone: (617) 449-6856
              Fax: (617) 449-6999

              and

              Noel J. Francisco (admitted PHV)
              njfrancisco@jonesday.com
              Anthony J. Dick (admitted PHV)
              ajdick@jonesday.com
              JONES DAY
              51 Louisiana Avenue, N.W.
              Washington, D.C. 20001
              Phone: (202) 879-3939
              Fax: (202) 626-1700