IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY, LLC; GLOCK, INC.; GLOCK GES M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. d/b/a INTERSTATE ARMS;<br><br>Defendants. | Case No.: 1:21-CV-11269-FDS |

**DEFENDANT CENTURY INTERNATIONAL ARMS, INC.'S
SEPARATE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Century International Arms, Inc. ("Century"), by and through its undersigned counsel, respectfully moves this Court to dismiss Plaintiff's Complaint under Rule 12(b)(2) of the Federal Rules of Civil Procedure. As set forth more specifically in the attached Memorandum of Law in Support, Plaintiff's claims against Century should be dismissed for lack of personal jurisdiction.

Defendant Century respectfully requests oral argument on this Motion because it is likely to assist the Court in resolving the matter.

Dated: November 22, 2021

[SIGNATURE ON SUBSEQUENT PAGE]

1

Respectfully submitted,

The defendant,
CENTURY INTERNATIONAL ARMS, INC.,

By its attorneys,

**MORRISON MAHONEY LLP**

*/s/ Joseph G. Yannetti*
Joseph G. Yannetti, BBO# 669008
250 Summer Street
Boston, MA  02210
(617) 439-7500
jyannetti@morrisonmahoney.com

and

**PISCIOTTI LALLIS ERDREICH**

*/s/ Danny C. Lallis*
Anthony M. Pisciotti (Pro Hac Vice)
Danny C. Lallis (Pro Hac Vice)
Ryan L. Erdreich (Pro Hac Vice)
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
(973) 245-8100
apisciotti@pisciotti.com
dlallis@pisciotti.com
rerderich@pisciotti.com

## **RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that counsel for all parties conferred on November 19, 2021, and have attempted in good faith to resolve or narrow the dispute and issues between the parties.

>  */s/ Joseph G. Yannetti*
>  Joseph G. Yannetti, BBO# 669008
>  MORRISON MAHONEY LLP
>  250 Summer Street
>  Boston, MA  02210
>  (617) 439-7500
>  jyannetti@morrisonmahoney.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 22, 2021, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.

*/s/ Joseph G. Yannetti*
Joseph G. Yannetti, BBO# 669008
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500
jyannetti@morrisonmahoney.com

100749594