# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP; BERETTA HOLDINGS S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLTS MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H; STURN, RUGER & CO., INC.; WITMER PUBPLIC SAFETY GROUP, INC. D/B/A INTERSATE ARMS,<br><br>Defendants. | **CIVIL ACTION NO.: 1:21-cv-11268FDS** |

## BERETTA U.S.A. CORP'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)

Defendant Beretta U.S.A. Corp. ("Beretta") moves to dismiss Estados Unidos Mexicanos (the "Mexican Government")'s Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) (the "Motion"). In a separately filed a joint motion, Beretta has moved to dismiss the Mexican Government's Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

As set forth in detail in the accompanying Memorandum of Law, the Court should grant the Motion because Plaintiff cannot meet its burden of demonstrating that specific personal jurisdiction over Beretta is present here. The relationship between Beretta's contacts with the Commonwealth of Massachusetts and the Mexican Government's claims against Beretta is far too attenuated to subject Beretta to personal jurisdiction in this case.

LEGAL\55268165\1

WHEREFORE, defendant Beretta U.S.A. Corp. requests that the Court enter judgment in its favor on all counts of Plaintiff's Complaint.

Dated: November 22, 2021              Respectfully submitted,

                                      COZEN O'CONNOR


                                      By: */s/ Michael A. Savino*
                                          Michael S. Savino, Esq.
                                          Michael B. de Leeuw, Esq. (*pro hac vice* admission pending)
                                          John K. McDonald
                                          3 WTC, 175 Greenwich Street, 55th Floor
                                          New York, New York 10007
                                          Phone - (212) 908-1233
                                          MSavino@cozen.com
                                          Mdeleeuw@cozen.com

                                          -and-

                                          John K. McDonald, Esq. (*pro hac vice* admission pending)
                                          One Liberty Place
                                          1650 Market Street
                                          Suite 2800
                                          Philadelphia, PA 19103
                                          Phone - (215) 864-8046
                                          JMcDonald@cozen.com

                                          *Attorneys for Beretta U.S.A. Corp.*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Beretta's counsel hereby certifies that, on or about November 19, 2021, they have conferred in good faith with Plaintiff's counsel in order to resolve or narrow the issues presented in the above motion. The parties did not agree on the resolution of any part of the motion.

*/s/ Michael A. Savino*
Michael A. Savino, BBO# 568826

**CERTIFICATE OF SERVICE**

I, Michael A. Savino, hereby certifies that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 22nd day of November 2021.

*/s/ Michael A. Savino*
Michael A. Savino, BBO# 568826