# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,        )<br>                                                              )<br>            Plaintiff,                        )<br>                                                              )<br>     v.                                                   )<br>                                                              )<br>SMITH & WESSON BRANDS, INC.;     )<br>BARRETT FIREARMS                          )<br>MANUFACTURING, INC.; BERETTA  )<br>U.S.A. CORP; BERETTA HOLDINGS  )<br>S.P.A.; CENTURY INTERNATIONAL   )<br>ARMS, INC.; COLTS MANUFACTURING)<br>COMPANY LLC; GLOCK, INC.; GLOCK )<br>GES.M.B.H; STURN, RUGER & CO.,       )<br>INC.; WITMER PUBPLIC SAFETY         )<br>GROUP, INC. D/B/A INTERSATE ARMS, )<br>                                                              )<br>            Defendants.                     )<br>                                                              ) | **CIVIL ACTION NO.: 1:21-cv-11269FDS** |

## BERETTA U.S.A. CORP'S RULE 7.1 STATMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel for Beretta U.S.A. Corp. certifies that Beretta U.S.A. Corp. is owned 98% by Beretta Holding S.A. and no publicly traded company owns 10% or more of its stock.

Dated: November 22, 2021          Respectfully submitted,

COZEN O'CONNOR

By:  */s/ Michael A. Savino*
       Michael S. Savino, Esq.
       Michael B. de Leeuw, Esq. (*pro hac vice* admission pending)
       John K. McDonald
       3 WTC, 175 Greenwich Street, 55th Floor

2

New York, New York 10007
Phone - (212) 908-1233
MSavino@cozen.com
Mdeleeuw@cozen.com

-and-

John K. McDonald, Esq. (*pro hac vice* admission pending)
One Liberty Place
1650 Market Street
Suite 2800
Philadelphia, PA 19103
Phone - (215) 864-8046
JMcDonald@cozen.com

*Attorneys for Beretta U.S.A. Corp.*