# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ESTADOES UNIDOS MEXICANOS,<br>    Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.;<br>BARRETT FIREARMS MANUFACTURING,<br>INC.; BERETTA U.S.A. CORP.; BERETTA<br>HOLDING S.P.A.; CENTURY INTERNATIONAL<br>ARMS, INC.; COLT'S MANUFACTURING<br>COMPANY LLC; GLOCK, INC.; GLOCK<br>GES.M.B.H.; STURM, RUGER & CO., INC.;<br>WITMER PUBLIC SAFETY GROUP, INC.<br>D/B/A INTERSTATE ARMS,<br>    Defendants. | C.A. NO.:  1:21-CV-11269-FDS |

## **AFFIDAVIT OF DANIEL G. LITCHFIELD**

I, Daniel G. Litchfield, depose and state as follows:

1. I am an attorney licensed to practice law in Illinois and Pennsylvania.

2. I am a partner with the law firm Litchfield Cavo LLP, located at 303 West Madison Street, Suite 300, Chicago, Illinois.  My telephone number is (312) 781-6669 and my email address is Litchfield@litchfieldcavo.com.

3. I have been admitted to the practice of law in the Illinois on November 9, 1983 and Pennsylvania on December 30, 1994.

4. I am authorized to practice law in the below federal district courts:

| Court | Date Admitted |
|---|---|
| United States District Court, Northern District of Illinois[1] | 12/21/83 |
| United States Court of Appeals, Seventh Circuit | 4/20/84 |
| United States Court of International Trade | 9/28/84 |
| United States District Court, Central District of Illinois | 2/28/92 |
| United States Court of Appeals, Eighth Circuit | 12/28/92 |
| United States District Court, Eastern District of Wisconsin | 3/29/94 |
| United States District Court, District of Colorado | 2/3/99 |
| United States District Court, District of Nebraska | 1/21/03 |
| United States District Court, Southern District of Illinois | 3/21/06 |
| United States District Court, Western District of Wisconsin | 1/25/08 |
| United States District Court, Western District of Michigan | 9/2/09 |
| United States Court of Appeals, Second Circuit | 1/30/17 |
| United States Court of Appeals, Ninth Circuit | 10/18/17 |
| United Sates District Court, Eastern District of Pennsylvania | 05/22/20 |
| United States Court of Appeals, Tenth Circuit | 01/27/2021 |
| United States District Court, Western District of Pennsylvania | 01/28/2021 |
| United States Court of Appeals, Third Circuit | 02/05/2021 |
| United States District Court, District of New Mexico | 03/30/2021 |
| United States Court of Appeals, Eleventh Circuit | 04/16/2021 |
| United States Court of Appeals, Fourth Circuit | 04/22/2021 |
| United States Court of Appeals, Sixth Circuit | 06/25/2021 |
| United States Court of Appeals, First Circuit | 10/01/2021 |
| United States court of Appeals, Fifth Circuit | 11/12/2021 |

5. I am a member in good standing in every jurisdiction where I am admitted to practice and I have never been suspended or disbarred in any jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. If the Court grants the Motion to appear *pro hac vice* in this matter, I will represent Defendant Witmer Public Safety Group, Inc., d/b/a Interstate Arms in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings,

---

[1] Admitted to Trial Bar April, 1998.

2

I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 17th day of December, 2021

_____
Daniel G. Litchfield