IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, *Plaintiff,* <br><br> v. <br><br> SMITH & WESSON BRANDS, INC., et al., *Defendants.* | Civil Action No. 1:21-cv-11269 <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS BERETTA HOLDING S.P.A. AND GLOCK GES.M.B.H.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Estados Unidos Mexicanos, by and through its undersigned counsel, hereby voluntarily dismisses from this action without prejudice defendants Beretta Holding S.p.A. and Glock Ges.m.b.H.

Dated: December 31, 2021

*s/ Steve D. Shadowen*
Steve D. Shadowen (*pro hac vice*)
Nicholas W. Shadowen (*pro hac vice*)
SHADOWEN PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703
Phone: 855-344-3298
sshadowen@shadowenpllc.com
nshadowen@shadowenpllc.com

*s/ Richard M. Brunell*
Richard M. Brunell (BBO# 544236)
SHADOWEN PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703

Respectfully submitted,

*s/ Jonathan E. Lowy*
Jonathan E. Lowy (*pro hac vice*)
BRADY
840 First Street, N.E. Suite 400
Washington, DC 20002
Phone: 202-370-8104
jlowy@bradyunited.org

Phone: 855-344-3298
rbrunell@shadowenpllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2021, the foregoing document was served upon all counsel of record through the Court's electronic filing service.

Respectfully submitted,

/s/ *Steve D. Shadowen*
Steve D. Shadowen