UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>*Plaintiff*,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURN, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS<br><br>*Defendants.* | Civil Action No. 1:21-cv-11269-FDS |

## NOTICE OF APPEARANCE OF THOMAS M. SOBOL

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for a non-party group of professors of international law, which will be seeking leave to file an amicus brief in support of the plaintiff's opposition to the defendants' motions to dismiss.

I certify that I am admitted to practice in this Court.

Dated: January 28, 2022

Respectfully submitted,

/s/ Thomas M. Sobol
Thomas M. Sobol (BBO #471770)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com

## CERTIFICATE OF SERVICE

I, Thomas M. Sobol, certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: January 28, 2022                                 /s/ Thomas M. Sobol
                                                        Thomas M. Sobol