**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>   *Plaintiff,*<br>       v.<br><br>SMITH & WESSON BRANDS, INC.;<br>BARRETT FIREARMS MANUFACTURING,<br>INC.; BERETTA U.S.A. CORP.; BERETTA<br>HOLDING S.P.A.; CENTURY<br>INTERNATIONAL ARMS, INC.; COLT'S<br>MANUFACTURING COMPANY LLC;<br>GLOCK, INC.; GLOCK GES.M.B.H.; STURM,<br>RUGER & CO., INC.; WITMER PUBLIC<br>SAFETY GROUP, INC. D/B/A INTERSTATE<br>ARMS,<br><br>   *Defendants.* | Civil Action No: 1:21-cv-11269-FDS |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF ELLEN V. LEONIDA**

Thomas M. Sobol, a member of this Court, respectfully moves for the admission *pro hac vice*, of Ellen V. Leonida as counsel for amici curiae.  In support of this Motion, counsel states as follows:

1.     BraunHagey & Borden LLP has been retained to represent amici curiae in the above-captioned action.  BraunHagey and Borden LLP is located at 351 California Street, 10th Floor, San Francisco, CA 94104. The telephone number is (415) 599-0210.

2.     Ellen V. Leonida, a BraunHagey & Borden attorney who is resident in BHB's San Francisco office, is a member of the bar in good standing of the Bars of the jurisdictions in which she has been admitted to practice. No disciplinary proceedings are pending against her, nor has she been suspended or disbarred in any jurisdiction. Attorney Leonida has read and agrees to

comply with the Local Rules of the United States District Court for the District of Massachusetts.

3.    In accordance with Local Rule 85.5.3, attached hereto as <u>Exhibit A</u> is the Certification

of Attorney Leonida in support of this Motion.

4.    Plaintiff assents to the filing of this Motion.

WHEREFORE, counsel respectfully requests that this Court:

A.    Allow the admission, *pro hac vice*, of Attorney Leonida; and

B.    Grant such other and further relief as is just and proper.

Respectfully submitted,

 /s/ Thomas M. Sobol
Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 475-1963
tom@hbsslaw.com

**CERTIFICATE OF SERVICE**

I, Thomas M. Sobol, certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: January 28, 2022

/s/ Thomas M. Sobol
Thomas M. Sobol