IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>    *Plaintiff,*<br>                v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>    *Defendants.* | Civil Action No: 1:21-cv-11269-FDS |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF MAX B. BERNSTEIN**

Thomas M. Sobol, a member of this Court, respectfully moves for the admission *pro hac vice*, of Max B. Bernstein as counsel for amici curiae. In support of this Motion, counsel states as follows:

1. BraunHagey & Borden LLP has been retained to represent amici curiae in the above-captioned action. BraunHagey and Borden LLP is located at 7 Times Square, 27th Floor, New York, NY 10036. The telephone number is (646) 829-9403.

2. Max B. Bernstein, a BraunHagey & Borden attorney who is resident in BHB's New York office, is a member of the bar in good standing of the Bars of the jurisdictions in which he has been admitted to practice. No disciplinary proceedings are pending against him, nor has he been suspended or disbarred in any jurisdiction. Attorney Bernstein has read and agrees to comply

with the Local Rules of the United States District Court for the District of Massachusetts.

3. In accordance with Local Rule 85.5.3, attached hereto as <u>Exhibit A</u> is the Certification of Attorney Bernstein in support of this Motion.

4. Plaintiff assents to the filing of this Motion.

WHEREFORE, counsel respectfully requests that this Court:

A. Allow the admission, *pro hac vice*, of Attorney Bernstein; and

B. Grant such other and further relief as is just and proper.

Respectfully submitted,

/s/ Thomas M. Sobol
Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 475-1963
tom@hbsslaw.com

## CERTIFICATE OF SERVICE

I, Thomas M. Sobol, certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: January 28, 2022                               /s/ Thomas M. Sobol
                                                                                                       Thomas M. Sobol