**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>   *Plaintiff,*<br>        v.<br><br>SMITH & WESSON BRANDS, INC.;<br>BARRETT FIREARMS MANUFACTURING,<br>INC.; BERETTA U.S.A. CORP.; BERETTA<br>HOLDING S.P.A.; CENTURY<br>INTERNATIONAL ARMS, INC.; COLT'S<br>MANUFACTURING COMPANY LLC;<br>GLOCK, INC.; GLOCK GES.M.B.H.; STURM,<br>RUGER & CO., INC.; WITMER PUBLIC<br>SAFETY GROUP, INC. D/B/A INTERSTATE<br>ARMS,<br><br>   *Defendants.* |

Civil Action No: 1:21-cv-11269-FDS

**AFFIDAVIT OF MAX B. BERNSTEIN**
**IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

I, Max B. Bernstein, declare as follows:

1.     I am an attorney at the law firm of BraunHagey & Borden LLP. I am located in New York, NY. I make this declaration in support of the accompanying motion for leave to appear *pro hac vice*. I have personal knowledge of each of the facts stated below.

2.     My business address is BraunHagey & Borden LLP, 7 Times Square, 27th Floor, New York, NY 10036. My business number is (646) 829-9403. My business email address is bernstein@braunhagey.com.

3.     I am a member of the bar in good standing in every jurisdiction to which I have been admitted to practice, including the New York State Bar.

4.     I have never been suspended or disbarred in any jurisdiction, nor have I been the

subject of any professional disciplinary action, nor do I have complaints or other proceedings pending against me before any disciplinary board, commission, court, or bar association. I have not previously had a *pro hac vice* admission to this Court (or any other admission to this Court) revoked for misconduct.

5.     I have reviewed and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**SIGNED UNDER THE PENALTY OF PERJURY ON JANUARY 28, 2022.**

Respectfully submitted,

*/s/ Max B. Bernstein*
Max B. Bernstein
BraunHagey & Borden LLP
7 Times Square, 27th Floor
New York, NY 10036
Tel: (646) 829-9403
bernstein@braunhagey.com