IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>  *Plaintiff,*<br>              v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>  *Defendants.* | Civil Action No: 1:21-cv-11269-FDS |

**AFFIDAVIT OF SARAH SALOMON**
**IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

I, Sarah Salomon, declare as follows:

1.   I am an attorney at the law firm of BraunHagey & Borden LLP. I am located in San Francisco, CA. I make this declaration in support of the accompanying motion for leave to appear *pro hac vice*. I have personal knowledge of each of the facts stated below.

2.   My business address is BraunHagey & Borden LLP, 351 California Street, 10th Floor, San Francisco, CA 94104. My business number is (415) 599-0210. My business email address is salomon@braunhagey.com.

3.   I am a member of the bar in good standing in every jurisdiction to which I have been admitted to practice, including the California State Bar.

4.   I have never been suspended or disbarred in any jurisdiction, nor have I been the

subject of any professional disciplinary action, nor do I have complaints or other proceedings pending against me before any disciplinary board, commission, court, or bar association. I have not previously had a *pro hac vice* admission to this Court (or any other admission to this Court) revoked for misconduct.

5. I have reviewed and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**SIGNED UNDER THE PENALTY OF PERJURY ON JANUARY 28, 2022.**

Respectfully submitted,

*/s/ Sarah Salomon*
Sarah Salomon
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 599-0210
salomon@braunhagey.com