IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>  *Plaintiff,*<br>               v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>  *Defendants.* | Civil Action No: 1:21-cv-11269-FDS |

## NOTICE OF APPEARANCE OF MATTHEW BORDEN

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for a non-party group of district attorneys from around the United States, which will be seeking leave to file an amicus brief in support of the plaintiff's opposition to the defendants' motions to dismiss

I certify that I am admitted to practice in this Court *pro hac vice*.

Dated: January 28, 2022                                    Respectfully submitted,

                                                                                    */s/ Matthew Borden*
                                                                                    Matthew Borden (admitted *pro hac vice*)
                                                                                    BRAUNHAGEY & BORDEN LLP
                                                                                    351 California Street, 10th Floor
                                                                                    San Francisco, CA 94104
                                                                                    Tel: (415)599-0210
                                                                                    Email: borden@braunhagey.com

1

2

## **CERTIFICATE OF SERVICE**

      I, Matthew Borden, certify that, on this date, I filed the foregoing document via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: January 28, 2022                             */s/ Matthew Borden*
                                                                          Matthew Borden