IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>  *Plaintiff,*<br>              v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>  *Defendants.* | Civil Action No: 1:21-cv-11269-FDS |

## NOTICE OF APPEARANCE OF SARAH SALOMON

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for a non-party group of district attorneys from around the United States, which will be seeking leave to file an amicus brief in support of the plaintiff's opposition to the defendants' motions to dismiss

I certify that I am admitted to practice in this Court *pro hac vice*.

Dated: January 28, 2022                                  Respectfully submitted,

                                                         */s/ Sarah Salomon*
                                                         Sarah Salomon (admitted *pro hac vice*)
                                                         BRAUNHAGEY & BORDEN LLP
                                                         351 California Street, 10th Floor
                                                         San Francisco, CA 94104
                                                         Tel: (415)599-0210
                                                         Email: salomon@braunhagey.com

1

2

## **CERTIFICATE OF SERVICE**

      I, Sarah Salomon, certify that, on this date, I filed the foregoing document via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: January 28, 2022            */s/ Sarah Salomon*
                                                     Sarah Salomon