IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>  *Plaintiff,*<br>                v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>  *Defendants.* | Civil Action No: 1:21-cv-11269-FDS |

## NOTICE OF APPEARANCE OF MAX B. BERNSTEIN

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for a non-party group of district attorneys from around the United States, which will be seeking leave to file an amicus brief in support of the plaintiff's opposition to the defendants' motions to dismiss

I certify that I am admitted to practice in this Court *pro hac vice*.

Dated: January 31, 2022                              Respectfully submitted,

*/s/ Max B. Bernstein*
Max B. Bernstein (admitted *pro hac vice*)
BRAUNHAGEY & BORDEN LLP
7 Times Square, 27th Floor
New York, NY 10036
Tel: (646) 828-9470
Email: bernstein@braunhagey.com

2

**<u>CERTIFICATE OF SERVICE</u>**

     I, Max B. Bernstein, certify that, on this date, I filed the foregoing document via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.


Dated: January 31, 2022                      <u>*/s/ Max B. Bernstein*</u>
                                                           Max B. Bernstein