UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br>    *Plaintiff*,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.;<br>BARRETT FIREARMS MANUFACTURING,<br>INC.; BERETTA U.S.A. CORP.; BERETTA<br>HOLDING S.P.A.; CENTURY<br>INTERNATIONAL ARMS, INC.; COLT'S<br>MANUFACTURING COMPANY LLC;<br>GLOCK, INC.; GLOCK GES.M.B.H.;<br>STURM, RUGER & CO., INC.;<br>WITMER PUBLIC SAFETY GROUP, INC.<br>D/B/A INTERSTATE ARMS,<br>    *Defendants*. | Docket No. 21-CV-11269-FDS |

**NOTICE OF APPEARANCE ON BEHALF OF *AMICI CURIAE*
MEXICAN ACTIVISTS, SCHOLARS AND VICTIMS**

The undersigned enters his appearance in this case on behalf of *amici curiae,* Mexican activists, scholars and victims, listed in Appendix A hereto.

/s/ David Duncan
David Duncan (BBO #546121)
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020
dduncan@zalkindlaw.com

Dated: January 31, 2022

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on this date.

/s/ David Duncan

# APPENDIX A
Amici Curiae Mexican Activists, Scholars, and Victims

ACAFAM (Familias Acapulqueñas) A.C.
Adrian LeBarón
Dr. Arturo Cervantes Trejo
Dr. Carlos Pérez Ricart
Dr. Cecilia Farfán Méndez
Centro de Derechos Humanos Miguel Agustín Pro Juárez A.C. Human Rights Center (Centro Prodh)
Centro de Estudios Ecuménicos A.C. (CEE)
Ciudadanos por una Causa en Común A.C.
Colectivo Buscadoras Guanajuato
Rev. Dan González-Ortega Rector of the Theological Community of Mexico
Evelina Guzman Castaneda
Global Exchange
Iglesias por la Paz
Instituto RIA, A.C.
María Herrera
María Isabel Cruz Bernal
Mexico Violence Resource Project
Paulina Vega González
Plataforma por la Paz y la Justicia en Guanajuato
Proyecto de Búsqueda de Guanajuato
Red por los Derechos de la Infancia (REDIM)
Santiago Aguirre Espinosa, Director, Centro Prodh
Sara San Martín Romero, Member, CEE
Seminario Bautista de México
Dr. Sergio Aguayo Quezada