IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> SMITH & WESSON BRANDS, INC.; ) <br> BARRETT FIREARMS MANUFACTURING, ) <br> INC.; BERETTA U.S.A. CORP.; CENTURY ) <br> INTERNATIONAL ARMS, INC.; COLT'S ) <br> MANUFACTURING COMPANY LLC; ) <br> GLOCK, INC.; STURM, RUGER & CO., INC.; ) <br> WITMER PUBLIC SAFETY GROUP, INC. ) <br> D/B/A INTERSTATE ARMS, INC., ) <br> ) <br> *Defendants*. ) <br> ) | C.A. NO: 1:21-CV-11269-FDS |

**MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF MEXICAN ACTIVISTS, SCHOLARS AND VICTIMS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS**

The above-identified movants respectfully seek the Court's permission for leave to file a brief as *amici curiae* in this case. The proposed brief is attached to this motion as Exhibit A. A full and complete list of all *amici* are identified in Appendix A. Plaintiff consents to the filing of this brief and Defendants' counsel have informed us that Defendants take no position on the motion.

Pursuant to Local Rule 7.1(d), no request for oral argument is made. A Memorandum of Points and Authorities in support of the motion follows.

## MEMORANDUM OF POINTS AND AUTHORITIES

The U.S. District Court for the District of Massachusetts has "inherent authority and discretion to appoint amici," and regularly does so in cases of significance. *Boston Gas Co. v. Century Indem. Co.*, No. 02-cv-12062, at 2 n.1 (D. Mass. June 21, 2006); *see, e.g., Ruthardt v. United States*, 164 F. Supp. 2d 232, 235 n.1 (D. Mass. 2001); *Strahan v. Coxe*, 939 F. Supp. 963, 966-67 (D. Mass. 1996); *London-Sire Records, Inc. v. Doe 1*, 542 F. Supp. 2d 153, 162 (D. Mass. 2008). "The role of an amicus curiae, meaning 'friend of the court,' is to assist the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass. 2015) (*quoting Sierra Club v. Wagner*, 581 F. Supp. 2d 246, 250 n.1 (D.N.H. 2008)), *aff'd*, 807 F.3d 472 (1st Cir. 2015). Leave to file is generally granted where the proposed brief has "(a) an adequate interest, (b) desirability, and (c) relevance" to the case. *Neonatology Assocs., PA v. Commissioner*, 293 F.3d 128, 131 (3d Cir. 2002).

Movants are well-equipped to serve this role. Movants are twenty-five Mexican activists, scholars, and victims who have personal and professional experience with the violence and the societal and economic harm caused by firearms that illegally find their way into Mexico. Their names, positions, and qualifications are set out in the proposed *amicus* brief. The proposed *amicus* brief addresses only the effects of gun violence on individual Mexican citizens and on Mexican society as a whole; it does not address the merits of the legal issues in dispute.

For the foregoing reasons, the tendered brief will be of assistance to the Court, and the Movants respectfully request that the motion for leave to file as *amici curiae* be granted.

Respectfully submitted,
By their Attorney,

*/s/ David Duncan*
David Duncan (BBO #546121)
ZALKIND DUNCAN & BERNSTEIN LLP
65A Atlantic Avenue
Boston, MA 02510
(617) 742-6020
dduncan@zalkindlaw.com

Dated: January 31, 2022

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for movants have conferred with counsel for both plaintiff and defendant in a good-faith effort to resolve or narrow the issues raised by this motion. Plaintiff consents to the filing of this amicus brief and Defendants take no position on the motion.

*/s/ David Duncan*
David Duncan

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, a true copy of the above document was served upon all parties by electronic filing.

*/s/ David Duncan*
David Duncan

# APPENDIX A

*Amici Curiae* Mexican Activists, Scholars, and Victims

ACAFAM (Familias Acapulqueñas) A.C.

Adrian LeBarón

Dr. Arturo Cervantes Trejo

Dr. Carlos Pérez Ricart

Dr. Cecilia Farfán Méndez

Centro de Derechos Humanos Miguel Agustín Pro Juárez A.C. Human Rights Center (Centro Prodh)

Centro de Estudios Ecuménicos A.C. (CEE)

Ciudadanos por una Causa en Común A.C.

Colectivo Buscadoras Guanajuato

Rev. Dan González-Ortega Rector of the Theological Community of Mexico

Evelina Guzman Castaneda

Global Exchange

Iglesias por la Paz

Instituto RIA, A.C.

María Herrera

María Isabel Cruz Bernal

Mexico Violence Resource Project

Paulina Vega González

Plataforma por la Paz y la Justicia en Guanajuato

Proyecto de Búsqueda de Guanajuato

Red por los Derechos de la Infancia (REDIM)

Santiago Aguirre Espinosa, Director, Centro Prodh

Sara San Martín Romero, Member, CEE

Seminario Bautista de México

Dr. Sergio Aguayo Quezada