IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, <br><br> *Plaintiff*, <br><br> v. <br><br> SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS, <br><br> *Defendants*. | C.A. NO: 1:21-CV-11269-FDS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter my appearance on behalf of the Professors Of Transnational Litigation, as movants to participate as amici curiae in the above-captioned matter.

Respectfully submitted,

Dated: January 31, 2022

*/s/ L. Scott Harshbarger*
L. Scott Harshbarger (BBO # 224000)
Casner & Edwards LLP
303 Congress Street
Boston, MA 02110
(617) 426-5900
harshbarger@casneredwards.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 31, 2022      */s/ Edward V. Colbert III*
                             Edward V. Colbert III