IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>SMITH & WESSON BRANDS, INC.; )<br>BARRETT FIREARMS MANUFACTURING, )<br>INC.; BERETTA U.S.A. CORP.; BERETTA )<br>HOLDING S.P.A.; CENTURY )<br>INTERNATIONAL ARMS, INC.; COLT'S )<br>MANUFACTURING COMPANY LLC; )<br>GLOCK, INC.; GLOCK GES.M.B.H.; )<br>STURM, RUGER & CO., INC.; )<br>WITMER PUBLIC SAFETY GROUP, INC. )<br>D/B/A INTERSTATE ARMS, )<br>)<br>*Defendants*. )<br>) | C.A. NO: 1:21-CV-11269-FDS |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), please enter my appearance on behalf of Professors Of Transnational Litigation, as movants to participate as amici curiae in the above-captioned matter.

                                                             Respectfully submitted,

Dated: January 31, 2022                */s/ Edward V. Colbert III*
                                                          Edward V. Colbert III (BBO #566187)
                                                          Casner & Edwards LLP
                                                          303 Congress Street
                                                          Boston, MA 02110
                                                          (617) 426-5900
                                                          colbert@casneredwards.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 31, 2022                     */s/ Edward V. Colbert III*
                                            Edward V. Colbert III