# Exhibit 5



MY ACCOUNT

# BARRETT

PRODUCTS    TRAINING    COMPANY    PURCHASE    SUPPORT    MEDIA    SHOP

## US DEALERS AND RETAILERS

## Find Your Dealer

Search near (address, city, state, or zip code)

Enter a search phrase to find locations near you. You can search by a city, state, zip code, or even a full address.



Map    Satellite