# Exhibit 6

**Barrett**
December 2, 2020

Featuring a fixed stock and barrel, the Barrett MRAD SMR, or Single Mission Rifle, transforms the military platform to fit civilian precision shooters.



TACTICAL-LIFE.COM
**Barrett MRAD SMR: New 'Single Mission Rifle' Lightens Standard MRAD**
Featuring a fixed stock and barrel, the Barrett MRAD SMR, or Single Mission Rifle, transfor...

607     32 Comments   42 Shares

Like     Comment     Share