# Exhibit 8


(default.aspx)



(https://www.facebook.com/barrettfirearms)
(https://twitter.com/barrettrifles)
(https://www.instagram.com/barrettfirearms)
(https://www.youtube.com/user/BarrettFirearmsUSA)

**Orders placed after 8:00 am CST will usually be shipped next business day.**

**What are my shipping options?**

- Parts and accessories orders will be shipped FedEx Ground whenever possible.
- **FedEx will not accept a PO Box # as delivery - those orders require USPS delivery.** Barrett is not responsible for additional delays if a customer selects FedEx shipping methods for PO Box delivery.
- Merchandise is generally shipped within 48 hours (1-2 business days).  *Shipping methods indicate transit times and do not include time required to process the order*.
- Customer will be responsible for freight charges on all refused shipments (No Exceptions).
- Our shipping rates are automatically calculated through FedEx.com and USPS.com.

**Ammunition**

ALL ammunition will be shipped only by FedEx ground and requires an adult signature.  We can not ship ammunition to Alaska or Hawaii.  (Those customers will need to call to make special arrangements and will need to cover the additional fees.)

*Some states have additional steps required to purchase ammunition online. For more information regarding forms of firearms identification please contact your state law enforcement agency. Please check your local regulations before ordering.*

Here is how the process works:

1. Order your ammunition just like any other product and select FedEx Ground Shipping during checkout.

2. Obtain at least ONE of the following valid forms of identification:

<u>California:</u> (Required starting Jan. 1, 2018)
-Federal Firearms License (FFL) or California-approved ammunition dealer

<u>Connecticut:</u>
-Ammunition Eligibility Certificate and Government-Issued Photo ID
-Pistol Eligibility Certificate and Government-Issued Photo ID
-Long Gun Eligibility Certificate and Government-Issued Photo ID
-Permit to sell a Pistol or Revolver at Retail and Government-Issued Photo ID
-Concealed Carry Permit and Government-Issued Photo ID
-Federal Firearms License

<u>Illinois</u>:
-FOID Card and State-Issued ID
-CCL and State-Issued ID

<u>Massachusetts</u>:
-License to Carry
-FID (Firearms ID)

<u>New Jersey</u>:
-Firearms Purchase ID
-Permit to Purchase a Handgun
-Permit to Carry a Handgun
-Federal Firearms License (FFL)

<u>New York</u>:
-Federal Firearms License (FFL)

3. EMAIL a legible pdf or jpg copy of the above document(s) to Barrett by replying to your order email, or provide us with an email for the FFL holder, or have the FFL holder email us a copy directly.  *Please reference the order number in all correspondence.*

4. A confirmation email reply will be sent to you in about 1 business day.

**Other Restricted Items**

Some products includes "Some restrictions may apply" in the description.  Due to the complexity of shipping restrictions and international, federal, state and/or local laws we are unable to list restrictions in their entirety here.

In addition, some of the products offered for purchase may be further restricted by Federal, State and/or

local law. Barrett is an authorized seller of all the goods offered for purchase, but does not and cannot grant the right or authority for persons to purchase or possess items which may be regulated pursuant to such laws. *Please check your local laws for restrictions before ordering.* Barrett is not liable for any customer failing to adhere to applicable laws or restrictions.

**International Shipping**

*Rifle accessories and ammunition will not be shipped internationally.* Nor will any items subject to the Arms Export Control Act (22 U.S.C. 2778) and the International Traffic in Arms Regulations (22 C.F.R. Parts 120-130). A prior authorization or license from the U.S. State Department Directorate of Defense Trade Controls is required for the export, re-export or re-transfer of these items to any foreign person whether in the United States or abroad. Size and or weight of the package may also restrict an item from being shipped to USA and/or International addresses.

**Shipping Damages / Liability**

Barrett is not responsible for damages at the fault of the shipping company. If an order arrives to you with obvious shipping damage, please refuse the delivery. If you have accepted delivery and then find shipping damage, please call the shipping company immediately or initiate a claim online. Please take photos of the package and save all packaging material and paperwork for the order if shipping damage is a possible issue. If you dispose of packaging material or attempt to return the merchandise without contacting the shipping company, you jeopardize the chances of making a claim, and you may not receive credit for the return.

Please note, all delivery times are estimates and Barrett is not responsible for delays due to weather, delivery carrier factors, customer error, holiday-related delays, international customs regulations, or any other unforeseen factors. Delivery methods such as 2-day indicate transit time and are not intended to

guarantee a delivery date. Additionally, shipping charges incurred for your order are non-refundable.

**Lost Shipments**

Barrett is not responsible for lost deliveries or delivery errors at the fault of the shipping company.  You will need to file a claim with the shipping company directly.

**Shipping Claim Links**

FedEx Claims (http://www.fedex.com/us/fcl/pckgenvlp/online-claims/)
USPS Claims - Domestic (https://www.usps.com/help/claims.htm)
USPS Claims - International (https://www.usps.com/help/claims.htm#international )

---

### CUSTOMER SERVICE

Contact Us (t-contact.aspx)

Order Tracking (account.aspx#OrderHistory)

Wishlist (wishlist.aspx)

Your Account (account.aspx)

## STORE POLICIES & INFO

FAQs (/t-faq.aspx)

Shipping (/t-shipping.aspx)

Returns & Exchanges

(/t-returns.aspx)

Privacy Policy (/t-privacy.aspx)

Terms and Conditions (/t-termsandconditions.aspx)

## HELPFUL LINKS

About Us (t-about.aspx)

Site Map (sitemap.aspx)

## PAYMENT METHODS

© 2022 Barrett (http://barrett.net). All Rights Reserved.