Exhibit 9

 

0

# Find a Location

Locate a Beretta dealer near you to get a first-hand look at our line of firearms, accessories and apparel.

Search by:

● City, State ○ Zip Code

City:

Natik

State:

MA ⌄   100 mile ⌄

CLEAR    SEARCH BERETTA







Map data ©2022 Google

**1** of -40   |   View Paged

# NATICK OUTDOOR STORE

**State**:
MA
**City**:
NATICK
**Address**:
38 NORTH AVENUE
**ZIP/Postal Code**:
01760
**Email**:
derick.nos@gmail.com
**Phone**:
5086539400

**0.6 miles** | Directions | Map | Store Details



# MASS FIREARMS SCHOOL

**State**:
MA
**City**:
HOLLISTON
**Address**:
100 KUNIHOLM DR.
**ZIP/Postal Code**:

01746
**Email**:
ESTORE@MASSFIREARMS.COM
**Phone**:
800308-6212

**6.53 miles** | <u>Directions</u> | <u>Map</u> | <u>Store Details</u>



# BASS PRO SHOPS OUTDOOR WORLD FOXBOROUGH

**State**:
MA
**City**:
FOXBOROUGH
**Address**:
#1 PATRIOT PLACE
**ZIP/Postal Code**:
02035
**Email**:
**Phone**:

**13.99 miles** | <u>Directions</u> | <u>Map</u> | <u>Store Details</u>

# ATLANTIC TACTICAL (NY)

**State**:
MA
**City**:
WESTWOOD
**Address**:
379 UNIVERSITY AVE
**ZIP/Postal Code**:
02090
**Email**:
**Phone**:

**14.21 miles** | <u>Directions</u> | <u>Map</u> | <u>Store Details</u>



# SMARK OUTDOORS LLC

**State**:
MA
**City**:
BROOKLINE
**Address**:
DBA SPORTS AND GADGETS
**ZIP/Postal Code**:
02445
**Email**:
**Phone**:

**15.62 miles** | <u>Directions</u> | <u>Map</u> | <u>Store Details</u>



# CABELA'S 063

**State**:
MA
**City**:
BERLIN
**Address**:
44 HIGHLAND COMMON EAST
**ZIP/Postal Code**:
01503
**Email**:
**Phone**:

**18.99 miles** | <u>Directions</u> | <u>Map</u> | <u>Store Details</u>

# FOUR SEASONS G SHOP

**State**:
MA
**City**:
WOBURN
**Address**:
76 R WINN ST
**ZIP/Postal Code**:
01801
**Email**:
fsguns@comcast.net
**Phone**:
7819323133

**19.34 miles** | Directions | Map | Store Details



# ON TARGET

**State**:

MA

**City**:

DRACUT

**Address**:

1852 BRIDGE STREET

**ZIP/Postal Code**:

01826

**Email**:

JOE@DRACUTGUNRANGE.COM

**Phone**:

978967-4933

**28.38 miles** | <u>Directions</u> | <u>Map</u> | <u>Store Details</u>



# ON TARGET

**State**:
MA
**City**:
DRACUT
**Address**:
1852 BRIDGE ST
**ZIP/Postal Code**:
01826
**Email**:
JOE@DRACUTGUNRANGE.COM
**Phone**:
978967-4933

**28.38 miles** | <u>Directions</u> | <u>Map</u> | <u>Store Details</u>



# ROBIN HOLLOW OUTFITTERS

**State**:
RI
**City**:
MAPLEVILLE
**Address**:
200 B PHEASANT DRIVE
**ZIP/Postal Code**:
02839
**Email**:
rhoemail@aol.com
**Phone**:
4015680331

**29.66 miles** | Directions | Map | Store Details



# DICK'S SPORTING GOODS 166

**State**:
MA
**City**:
SEEKONK
**Address**:
275 HIGHLAND AVE
**ZIP/Postal Code**:
02771
**Email**:
**Phone**:

**33.18 miles** | Directions | Map | Store Details

# D L SHOOTING SUPPLIES

**State**:
RI
**City**:
WARWICK
**Address**:
3314 WEST SHORE ROAD
**ZIP/Postal Code**:
02886
**Email**:
dlshooting@gmail.com
**Phone**:
4017381889

**40.39 miles** | <u>Directions</u> | <u>Map</u> | <u>Store Details</u>



# DICK'S SPORTING GOODS 161

**State**:
RI
**City**:
WARWICK
**Address**:
1350 EAST BALD HILL RD
**ZIP/Postal Code**:
02886
**Email**:
**Phone**:

**41.03 miles** | [Directions](#) | [Map](#) | [Store Details](#)

# HERITAGE GUN COIN CO INC

**State**:

RI

**City**:

WEST WARWICK

**Address**:

250 COWESETT AVE 4

**ZIP/Postal Code**:

02893

**Email**:

info@heritagegunandcoin.com

**Phone**:

401826-000

**42.39 miles** | Directions | Map | Store Details



# OLD GLORY GUNS & AMMO LLC

**State**:
NH
**City**:
GREENVILLE
**Address**:
781 FITCHBURG ROAD
**ZIP/Postal Code**:
03048
**Email**:
SALES@OLDGLORYGUNSANDAMMO.COM
**Phone**:
6038782854

**44.45 miles** | Directions | Map | Store Details



# DICK'S SPORTING GOODS 237

**State**:
MA
**City**:
N DARTMOUTH
**Address**:
475 STATE RD
**ZIP/Postal Code**:
02747
**Email**:
**Phone**:

**50.12 miles** | Directions | Map | Store Details

# SHOOTERS OUTPOST, LLC.

**State**:
NH
**City**:
HOOKSETT
**Address**:
1158 HOOKSETT RD
**ZIP/Postal Code**:
03106
**Email**:
cmcloud@gunsnh.com
**Phone**:
603232-6125

**52.6 miles** | Directions | Map | Store Details



# BASS PRO SHOPS SPORTSMANS CENTER #075

**State**:
NH
**City**:
HOOKSETT
**Address**:
2 COMMERCE DR
**ZIP/Postal Code**:
03106
**Email**:
**Phone**:

**53.33 miles** | Directions | Map | Store Details

# PEACE DALE SHOOTING PRESERVE

**State**:
RI
**City**:
WAKEFIELD
**Address**:
130 PEARLS WAY
**ZIP/Postal Code**:
02879
**Email**:
**Phone**:

**56.34 miles** | <u>Directions</u> | <u>Map</u> | <u>Store Details</u>



# PEACE DALE SHOOTING PRESERVE

**State**:
RI
**City**:
WAKEFIELD
**Address**:
130 PEARLS WAY
**ZIP/Postal Code**:
02879
**Email**:
**Phone**:

**56.34 miles** | Directions | Map | Store Details

# FARMARS USA LLC PREMIUM

**State**:
RI
**City**:
WYOMING
**Address**:
87 KINGSTOWN ROAD
**ZIP/Postal Code**:
02898
**Email**:
alec@thepreserveri.com
**Phone**:

**58.08 miles** | <u>Directions</u> | <u>Map</u> | <u>Store Details</u>

# FAMARS USA LLC OLD

**State**:

RI

**City**:

WYOMING

**Address**:

87 KINGSTOWN ROAD

**ZIP/Postal Code**:

02898

**Email**:

david@thepreserveri.com

**Phone**:

401247-4867

58.08 miles | Directions | Map | Store Details

# FAMARS USA LLC

**State**:
RI
**City**:
WYOMING
**Address**:
87 KINGSTOWN ROAD
**ZIP/Postal Code**:
02898
**Email**:
david@thepreserveri.com
**Phone**:
401247-4867

**58.09 miles** | Directions | Map | Store Details



# FAMARS USA LLC

**State**:
RI
**City**:
WOMING
**Address**:
87 KINGSTOWN ROAD
**ZIP/Postal Code**:
02898
**Email**:
david@the preserveri.com
**Phone**:
401247-4867

**58.09 miles** | Directions | Map | Store Details



# PELLETIER'S SPORT SHOP

**State**:
NH
**City**:
JAFFERY
**Address**:
105 PETERBORO STREET
**ZIP/Postal Code**:
03452
**Email**:
brucepss1@comcast.net
**Phone**:
6035327180

**59.3 miles** | Directions | Map | Store Details



# WHITE BIRCH ARMORY

**State**:
NH
**City**:
DOVER
**Address**:
80 INDUSTRIAL PARK DRIVE
**ZIP/Postal Code**:
03820
**Email**:
**Phone**:

**69.72 miles** | <u>Directions</u> | <u>Map</u> | <u>Store Details</u>



# WHITE BIRCH ARMORY

**State**:
NH
**City**:
DOVER
**Address**:
80 INDUSTRIAL PARK DRIVE
**ZIP/Postal Code**:
03820
**Email**:
**Phone**:

**69.72 miles** | Directions | Map | Store Details

# KITTERY TRADING POST

**State**:
NH
**City**:
DOVER
**Address**:
115 INDUSTRIAL PARK
**ZIP/Postal Code**:
03820
**Email**:
firearms@ktp.com
**Phone**:
2074392700

**69.93 miles** | Directions | Map | Store Details



# REN ARMS INC.

**State**:
NH
**City**:
BARRINGTON
**Address**:
55 CALEF HWY STE 1
**ZIP/Postal Code**:
03825
**Email**:
devon@renarms.com
**Phone**:
6039944867

**71.11 miles** | Directions | Map | Store Details



# REN ARMS INC.

**State**:
NH
**City**:
BARRINGTON
**Address**:
55 CALEF HWY STE 1
**ZIP/Postal Code**:
03835
**Email**:
DERON@RENARMS.COM
**Phone**:
6039944867

**71.11 miles** | Directions | Map | Store Details



# KITTERY TRADING POST

**State**:
ME
**City**:
KITTERY
**Address**:
301 US ROUTE 1
**ZIP/Postal Code**:
03904-0904
**Email**:
firearms@ktp.com
**Phone**:
2074399222

**71.4 miles** | Directions | Map | Store Details



# R & R SPORT SHOP LLC

**State**:
MA
**City**:
BELCHERTOWN
**Address**:
16 FEDERAL STREET
**ZIP/Postal Code**:
01007
**Email**:
richatrr@aol.com
**Phone**:

**73.24 miles** | <u>Directions</u> | <u>Map</u> | <u>Store Details</u>



# RENAISSANCE FIREARMS

**State**:
NH
**City**:
GONIC
**Address**:
19 MAIN STREET
**ZIP/Postal Code**:
03839
**Email**:
redwood@metrocast.net
**Phone**:
6033354116

**73.37 miles** | Directions | Map | Store Details

# COYOTE CREEK OUTFITTERS

**State**:
NH
**City**:
ROCHESTER
**Address**:
22 FARMINGTON RD
**ZIP/Postal Code**:
03867
**Email**:
DavidT@coyote-creek-outfitters.com
**Phone**:
6033323270

**76.12 miles** | Directions | Map | Store Details



# FOUR SEASONS GUNS

**State**:
NH
**City**:
ROCHESTER
**Address**:
21 MAIN STREET
**ZIP/Postal Code**:
03839
**Email**:
fsguns@comcast.net
**Phone**:
7819323133

**78.15 miles** | Directions | Map | Store Details



# BARN STORE OF NEW ENGLAND

**State**:
NH
**City**:
SALISBURY
**Address**:
96 OLD TURNPIKE RD
**ZIP/Postal Code**:
03268
**Email**:
Katie.Mason@barnstore.com
**Phone**:
6036482888

**79.47 miles** | Directions | Map | Store Details



# CAPE GUN WORKS

**State**:
MA
**City**:
HYANNIS
**Address**:
96 AIRPORT ROAD
**ZIP/Postal Code**:
02601
**Email**:
MICHAEL@CAPEGUNWORKS.COM
**Phone**:
508771-3600

**83.69 miles** | Directions | Map | Store Details



# POWDERHORN

**State**:
MA
**City**:
HYANNIS
**Address**:
210 BARNSTABLE RD
**ZIP/Postal Code**:
02601
**Email**:
mark@powderhornoutfitters.com
**Phone**:
5087758975

**84.87 miles** | <u>Directions</u> | <u>Map</u> | <u>Store Details</u>



# DICK'S SPORTING GOODS 168

**State**:
CT
**City**:
ENFIELD
**Address**:
130 ELM ST
**ZIP/Postal Code**:
06082
**Email**:
**Phone**:

**87.17 miles** | Directions | Map | Store Details

---

# CABELA'S

**State**:
CT
**City**:
EAST HARTFORD
**Address**:
475 EAST HARTFORD BLVD, NORTH
**ZIP/Postal Code**:
06118
**Email**:
**Phone**:

**95.16 miles** | Directions | Map | Store Details

**FIREARMS**

**CUSTOMER SERVICE**

**COMMUNITY**

**ALSO OF INTEREST**

New York Gallery - GALLERY

Store Locations - Shop By

Our-Distributors

# STAY INFORMED

SIGN UP FOR NEWS &
UPDATES



**FOLLOW US**

©  Beretta USA | Site designed and developed by Americaneagle.com

Terms & Conditions | Privacy Policy | Do Not Sell My Info -  CA Residents | CA Privacy Rights | CA Transparency in Supply Chain Act | Website Accessibility Statement | User Submissions | Site Map