# Exhibit 10

COUNTRY: UNITED STATES                                              CUSTOMER SERVICE    SIGN IN | REGISTER

 FIREARMS    MILITARY & LE    ACCESSORIES    CLOTHING    GALLERY    COMPANY    SALE     0

# Find a Location

Locate a Beretta dealer near you to get a first-hand look at our line of firearms, accessories and apparel.

Search by:
◉ City, State  ◯ Zip Code

City: [              ]

State: [-- ALL --]  [25 mile]

[ CLEAR ]  [ SEARCH BERETTA ]



1  2  3  4  5  6  7  of 216  ›

## BASS PRO OUTPOST - ANCHORAGE

State: AK
City: ANCHORAGE
Address: 3046 MT. VIEW DR.
ZIP/Postal Code: 99501
Email:
Phone:

Directions | Map | Store Details

## CABELA'S 052

State: AK
City: ANCHORAGE
Address: 155 W 104TH AVE
ZIP/Postal Code: 99515
Email:
Phone:

Directions | Map | Store Details