# Exhibit 11

Hello, Guest!    Login    Request Account    View



**YOUR WHOLESALE DISTRIBUTOR**
Firearms, Ammunition, & Accessories
**1-800-243-3006**

Search All Products

| ALL CATEGORIES | ALL BRANDS | GUNS | AR-SHOP | AMMO | USED GUNS | CLEAR |

## SHOP FROM 79 BRANDS

Search Brands

A | B | C | D | E | F | G | H | I | J | K | L | M | N | P | R | S | T | U | V | W | Y

### A

ADCO             ALG Defense       American Defense Manufacturing    AmeriGlo
Anderson Manufacturing    Apex    ARMS    ASC
ASP

### B

Bear & Son       Beretta           BlackHawk         Blue Force Gear
Break-Free       Bushnell

### C

Century Arms     Charter Arms      Colt Firearms     CTS

### D

D&H              DoubleStar        DSI

# E

Elite Tactical Systems    Excel Arms

# F

FNH USA

# G

Galco    Geissele    Glock    Gould & Goodrich

# H

Hogue    Hoppe's

# I

Israel Weapon Industries    IWI

# K

Kahr    Kel-Tec    Kershaw

# L

| | | | |
|---|---|---|---|
| Lancer Systems | LaserMax | Law Enforcement Targets, Inc. | Leatherman |
| Leupold | Lone Wolf | | |

# M

| | | | |
|---|---|---|---|
| Mace | Magnum Research | Mechanix Wear | Meprolight |
| Mesa Tactical | MGM Targets | MGW | Mission First Tactical |
| Mossberg | | | |

# N

| | | | |
|---|---|---|---|
| National Target | Nightstick Flashlights | | |

# P

| | | | |
|---|---|---|---|
| Pearce Grips | Pelican Case | Plano | PMC Ammunition |
| PTR | | | |

# R

| | | | |
|---|---|---|---|
| Radical Firearms | Remington | Rise Armament | Ruger |

# S

| | | | |
|---|---|---|---|
| Sabre | Safariland | Seal 1 | Shield Arms |
| Sig Sauer | Spike's Tactical | Springfield Armory | Streamlight Inc. |

# T

Tetra Gun Care    Trijicon    Troy Industries

# U

Uncle Mike's    US Palm

# V

Viking Tactics

# W

Warfytr    Windham Weaponry

# Y

Yankee Hill Machine

EMAIL   Stay up-to-date with our newsletter.

## COMPANY
About Us

## OUR PARTNERS
National Shooting Sports Foundation

COPYRIGHT ©2019
INTERSTATE ARMS
6 G DUNHAM ROAD

| | | |
|---|---|---|
| Policies | GLOCK Sport Shooting Foundation | BILLERICA, MA, 01821 |
| Contact Us | National Association of Sporting Goods Wholesalers | 800-243-3006 |
| Dealer login | The National Rifle Association | Sales@InterstateArms.co |
| | TheFireStore | |