# Exhibit 12

ARX 100 | Tactical Military 5.56

beretta.com/en-us/arx-100/

COUNTRY: UNITED STATES    CUSTOMER SERVICE    SIGN IN | REGISTER

# BERETTA

FIREARMS    MILITARY & LE    ACCESSORIES    CLOTHING    GALLERY    COMPANY    SALE

Home | Firearms | ARX 100

★★★★★ Read Reviews

# ARX 100

The ARX100 is the ultimate evolution of the modern tactical semiauto rifle. Find out more about its fully-ambidextrous operation, tool-free disassembl y--plus the sort of flawless reliability that make it perfect for the most demanding tactical shooter. Read Less

**VIEW MODELS**





| | |
|---|---|
| Model Code | JXR11B00 |
| Model Name | ARX 100 |
| MSRP | $ 1950.00 |