Exhibit 13

COUNTRY: UNITED STATES ⬍     CUSTOMER SERVICE    SIGN IN | REGISTER

# BERETTA

FIREARMS    MILITARY & LE    ACCESSORIES    CLOTHING    GALLERY    COMPANY    SALE    🔍    🛒 0

Home | Firearms | ARX160



★★★★★ Read Reviews

# ARX160

The ARX160 is a .22 LR tactical training rifle that does not cut corners. With this rifle, you get serious features for serious training. Ambidextrous controls, endless accessorization options and the look and operation of the centerfire ARX100, this is a rifle that won't let down even the most demanding shooter. Read Less

**VIEW MODELS**

f   t   p




ARX 160 Carbine ⌄