# Exhibit 14

COUNTRY: UNITED STATES | Due to high-volume orders, all ground shipments are expected to be delayed. | CUSTOMER SERVICE | SIGN IN | REGISTER

BERETTA | FIREARMS | MILITARY & LE | ACCESSORIES | CLOTHING | GALLERY | COMPANY | SALE



FILTER

3 items for Firearms Finder

# Beretta Firearms


Follow @Beretta_USA

## Beretta Long Guns

It is elegant yet efficient. Sleek yet strong. With slim, graceful lines that leave an indelible impression at first sight, it is the product of commitment to craftsmanship and manufacturing excellence that has inspired Beretta's endeavors for nearly 500 years. It is the Beretta long gun.

## Beretta Pistols, Carbines and Rifles

The most tested and trusted handguns in history. The adoption of the legendary model 92 by the United States Armed Forces is one of the greatest success stories in the history of pistol manufacturing. Pistols - Carbines & Rifle