# Exhibit 15



Click on a State to see a list of dealers below



## MASSACHUSETTS



**GFA ArmsTec**
47 Summer St
Natick, MA 01760
(508) 314-3094
Website