# Exhibit 16

 (/)

search... 󰒋 0 ☰

Home (/)  /  Century

Everything shown is in our inventory at our showroom in Worcester, Massachusetts. If you are coming to our store please call, email, chat or place your order on our website to confirm that it is still in stock & available for pickup.

IMPORTANT! Certain Firearms, Ammo & Accessories may be restricted in your State. Your order will be delayed or canceled if items are restricted in your state.

Cancelation Policy
-ALL SALES ARE FINAL; In the event an exception is made to allow a cancelation on an order a restocking fee of 15% will be charged to the customer. When the refund is done it will be less -15% for the restocking fee.

▼ Show Filters ▼

# Century

🔍 | Search... | **Search**

Sort by popularity ⌄



**CENTURY ARMS WASR-M POLYMER FURNITURE 16" 9 MM**

Century

9mm Luger

**$799.99**

**Add To Cart**

(/products/century-787450690905-787450690905-3873)

Out of Stock



**CENTURY ARMS ROMANIAN PSL54 7.62X54R**

Century

7.62x54R

✉ **Email for Price**

**Notify Me** ✉

(/products/century-787450518186-787450518186-3873)



**CENTURY ARMS MKE AP5-P 9MM**

Century

9mm Luger

$2,949.99

Add To Cart

(/products/century-787450668560-787450668560-3873)



**CENTURY ARMS VSKA DRACO PISTOL 7.62X39MM**

Century

7.62x39mm

$1,099.99

Add To Cart

(/products/century-787450712027-787450712027-3873)

Out of Stock



**CENTURY ARMS WASR-M 9MM**

Century

9mm Luger

✉ Email for Price

Notify Me ✉

(/products/century-787450608948-787450608948-3873)

**Out of Stock**



**CENTURY ARMS VSKA RIFLE 7.62X39MM**

Century

7.62x39mm

✉ Email for Price

**Notify Me** ✉

(/products/century-787450660427-787450660427-3873)



**CENTURY ARMS VSKA TROOPER C10 7.62X39MM**

Century

7.62x39mm

**$975.00**

**Add To Cart**

(/products/century-787450662605-787450662605-3873)



### CENTURY ARMS AK 75RD DRUM 7.62X39MM

Century

7.62x39mm

✉ Email for Price

Notify Me ✉

(/products/century-787450317529-787450317529-3873)

**Out of Stock**



### CENTURY ARMS WASR-10 V2 7.62X39MM

Century

7.62x39mm

✉ Email for Price

Notify Me ✉

(/products/century-787450690936-787450690936-3873)

**Out of Stock**



**CENTURY ARMS C308 18" 20RD WOOD**

Century

.308 Win

✉ Email for Price

Notify Me ✉

(/products/century-787450514669-3873)

**Out of Stock**



**CENTURY ARMS VSKA 7.62 X 39MM**

Century

7.62x39mm

✉ Email for Price

Notify Me ✉

(/products/century-787450660397-3873)

**Out of Stock**



### CENTURY ARMS VSKA 7.62 X 39MM

Century

7.62x39mm

✉ Email for Price

Notify Me ✉

(/products/century-787450512832-3873)

**Out of Stock**



### CENTURY ARMS HOTSHOT 230 GRAIN .45ACP

Century

.45 ACP/Auto

✉ Email for Price

Notify Me ✉

(/products/ammo-century-787450378223-787450378223-3873)

**Out of Stock**



**CENTURY ARMS VSKA WOOD FURNITURE 16.2" 7.62X39**

Century

7.62x39mm

✉ Email for Price

Notify Me ✉

(/products/rifles-century-78745010630-cari3284-n-3873)

**Out of Stock**



**CENTURY ARMS C39V2 WOOD FURNITURE 7.62X39 MM**

Century

7.62x39mm

✉ Email for Price

Notify Me ✉

(/products/rifles-century-787450426788-787450426788-3873)


(/pages/training)


(/pages/preowned-all)   (/pages/ammo-in-store)   (/pages/preban-firearms)


(/pages/handguns-in-store)   (/pages/rifles-in-store)   (/pages/shotguns-in-store)

## SUPPORT

📞 **(508) 982-0722** (tel:+1(508) 982-0722)

✉ Contact Us (/contact-us)

  (https://twitter.com/thegunparlor)

## SHOP

(https://www.facebook.com/thegunparlor/)

(https://www.instagram.com/thegunparlor/)

Shop by brand (/brands)

Handguns (/catalog/handguns)

Rifles (/catalog/rifles)

Ammo (/catalog/ammo)

Magazines (/catalog/magazines)

Accessories (/catalog/accessories)

## ABOUT US

About Us: The Gun Parlor Inc. was established in 2010. In the summer of 2013, we opened our first retail location in Worcester, MA. At our location, we carry a wide range of firearms, ammunition, and accessories from all major manufacturers. We have a state of the art indoor shooting range that handles rifle,pistol ,shotgun & machine gun fire. We also offer a wide range of firearms training classes as well .We can also order any accessories or firearms you desire, including law enforcement i...  ⇒ Continue Reading

Store Policies (https://www.thegunparlor.com/store-policies)    Privacy Policies (https://www.thegunparlor.com/privacy-policy)

 (https://verify.authorize.net/anetseal/?pid=4ae5d3d1-3e25-4270-af16-b81e9711f369&rurl=https:/)

 (https://membership.nra.org/recruiters/join/XR036244)

© 2022 The Gun Parlor – All rights reserved

