# Exhibit 17



# CENTURY ARMS DEALER LOCATOR

Click on a State to see a list of dealers below

