# Exhibit 20

facebook

Email or phone          Password          **Log In**    Forgot Account?



**Century Arms**
July 16, 2020 · Instagram · 🌐

Onwards towards victory!

🎥 cred: @clandestine_media

👍❤️ 192          30 Comments  6 Shares

👍 Like          💬 Comment          ➦ Share

Most relevant ▾

**Ezra Jay Hagan**
Shit I'd love to sell mine

1y

↳ 16 Replies

**Terry Woods III**
Yeah, looks great. However since I
cant seem to get century to send
me what I ordered a month ago, or
respond to me about it, or even
just so much astell me to fu** off...
I think I'm done buying their
products.

1y                                    👍 1

**Anthony Shaw**