# Exhibit 21



# COLT STOCKING DEALER LOCATOR

Enter Zip Code / Address    **SEARCH**    **CLEAR**

