# Exhibit 22


# COLT STOCKING DEALER LOCATOR

Enter Zip Code / Address     **SEARCH**

