# Exhibit 23

