# Exhibit 24

*May 22, 2020*

# The Colt AR-15. Performance Is Proof

Mail call today was an old single page advertisement out of 'American Hunter' magazine. Unfortunately, I do not know what year it was published. The ad references "18 years ago" so I will dig into it a bit deeper at a later date.



**Search …**

## SUBSCRIBE TO BLOG VIA EMAIL

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Join 122 other followers

**SUBSCRIBE**

## ARCHIVES

January 2022
December 2021
November 2021
October 2021
September 2021
August 2021
July 2021
May 2021
April 2021
March 2021
February 2021
January 2021
December 2020
November 2020
October 2020
September 2020
August 2020
July 2020
June 2020
May 2020

## TRANSLATE

Select Language

Powered by  Google **Translate**

 Follow The Colt AR-15 Resource

## FOLLOW ME ON TWITTER

**Tweets** by @Ar15Colt

**TheColtAR15Resource**
@Ar15Colt

Part Markings on an SP6920 Trigger Group
thecoltar15resource.com/2022/01/23/par…



**Part Markings on an SP6920 Trigg…**
Part markings on an SP6920 trigger …
thecoltar15resource.com

Embed          View on Twitter

## GALLERY







Rock Colt