Exhibit 26



Pistols    Revolvers    Rifles    Accessories    Search 🔍

# COLT M4 CARBINE

UPC: 098289019332
Model: LE6920 M4 Carbine
SKU: LE6920



Throughout the world today, Colt's reliability, performance, and accuracy provide our Armed Forces the confidence required to accomplish any mission. Colt's LE6920 series shares many features of its combat-proven brother, the Colt M4.

Ships with Magpul MBUS (no carry handle) and a 30-round Magpul PMAG.

Restrictions:  California, Colorado, Connecticut, Massachusetts, Maryland, New Jersey, New York, Vermont, Hawaii



## $1099.00

✛  Add to Watchlist

FIND A DEALER

+ Specifications

Spec Sheet (PDF)