# Exhibit 30

