# Exhibit 31



# G17

Standard | 9x19mm

**BUY NOW**

🏠 › Pistols › G17

## GLOCK 17 – The Original

Designed for professionals, the GLOCK 17 is trusted by law enforcement officers and military personnel around the globe because of its unsurpassed reliability, optimal magazine capacity of 17 rounds in the standard magazine and its low weight. With the signature "Safe Action" trigger system, the GLOCK 17 9 mm Luger pistol is safe, easy, and quick - precisely what you need in critical situations.

Share

COMPARE   WISHLIST

