# Exhibit 32



## GLOCK is Awarded Contract for U.S. Customs and Border Protection

**SMYRNA, Ga. – April 10, 2019 GLOCK, Inc.**, a global leader in firearm manufacturing, was awarded a contract to supply U.S. Customs and Border Protection with the newest generation of GLOCK pistols after an extensive solicitation process.

With more than 45,000 sworn agents and officers, U.S. Customs and Border Protection controls and protects the nation's borders and has operations at over 330 ports of entry.

The contract calls for the replacement of existing .40 caliber duty handguns with 9X19 GLOCK pistols by 2021. Duty weapons will be replaced for CBP law enforcement personnel and additional Department of Homeland Security units which have chosen to purchase through the contract.

"This contract provides CBP law enforcement personnel the latest in handgun technology and represents our commitment to providing the highest quality use-of-force tools and equipment to our law enforcement personnel who defend America's frontline every day," said Deputy Commissioner Robert E. Perez.

CBP's extensive solicitation process included independent testing by the Institute of Justice Laboratories, extensive field evaluations, and direct input from 16,000 CBP law enforcement personnel.

"It is indeed a great honor to serve those who go in harm's way to protect all Americans and defend our borders every day," said Josh Dorsey, Vice President of GLOCK, Inc. "The comprehensive and arduous testing and evaluation process demonstrates that GLOCK pistols continue to deliver unmatched performance and value, giving all agents the confidence they need to succeed and survive in any situation."

The award incorporates several models, all featuring GLOCK's newest 5th generation technology. Included are the GLOCK 19 Gen5 MOS, the GLOCK 26 Gen5, and the newly developed GLOCK 47. The GLOCK 47 incorporates a full-size slide with a G45 frame. The GLOCK 47 was developed for the solicitation and is not available to consumers. All three models feature a flared magwell for faster magazine changes, the match-grade GLOCK Marksman Barrel (GMB) for enhanced accuracy, and will be outfitted with Ameriglo BOLD sights.

**About GLOCK, Inc.**

GLOCK is a leading global manufacturer of firearms. The simple, safe design of GLOCK's polymer-based pistols revolutionized the firearms industry and made GLOCK pistols a favorite of military and law enforcement agencies worldwide and among pistol owners. In 2019, GLOCK celebrates its 33rd Anniversary in the United States. Renowned for featuring three safeties, GLOCK pistols offer users of every lifestyle confidence they can rely on. GLOCK, Inc. is based in Smyrna, Georgia. For more information, please visit us.glock.com.

## COMPANY

Contact Us

Press

Careers

Donations & Sponsorships

Downloadable Materials

## NEED HELP?

Customer Service

FAQs

Return Policy

Warranty

## DEALERS & PROFESSIONALS

Become a Stocking Dealer

Dealer Materials

Blue Label Program

Professionals

Training

## LEGAL

Do Not Sell My Personal Information

©2022 GLOCK, Inc. All rights reserved.