# Exhibit 34



# Corporations Division

## Business Entity Summary

ID Number: 581652822

Summary for: GLOCK, INC.

| | |
|---|---|
| The exact name of the Foreign Corporation: | GLOCK, INC. |
| Entity type: | Foreign Corporation |
| Identification Number: | 581652822 |
| Date of Registration in Massachusetts: | 11-19-1991 |
| Last date certain: | |
| Organized under the laws of: State: GA Country: USA on: 11-27-1985 | |
| Current Fiscal Month/Day: 03/31 | Previous Fiscal Month/Day: 00/00 |

**The location of the Principal Office:**

Address: 6000 HIGHLANDS PARKWAY SE

City or town, State, Zip code, Country: SMYRNA, GA 30082 USA

**The location of the Massachusetts office, if any:**

Address:

City or town, State, Zip code, Country:

**The name and address of the Registered Agent:**

Name: NATIONAL REGISTERED AGENTS, INC.

Address: 155 FEDERAL STREET, SUITE 700

City or town, State, Zip code, Country: BOSTON, MA 02110 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | GUNTER GIGACHER | 6000 HIGHLANDS PARKWAY SMYRNA, GA 30082 USA |
| VICE PRESIDENT & SECRETARY | CARLOS GUEVARA | 6000 HIGHLANDS PARKWAY SMYRNA, GA 30082 USA |
| VICE PRESIDENT | JOSHUA DORSEY | 6000 HIGHLANDS PARKWAY SMYRNA, GA 30082 USA |
| VICE PRESIDENT | CHANDLER MATHIS | 6000 HIGHLANDS PARKWAY SMYRNA, GA 30082 USA |
| DIRECTOR | JOSHUA DORSEY | 6000 HIGHLANDS PARKWAY SMYRNA, GA 30082 USA |
| DIRECTOR | CARLOS GUEVARA | 6000 HIGHLANDS PARKWAY SMYRNA, GA 30082 USA |