# Exhibit 35

MA SOC  Filing Number: 202154849210  Date: 5/14/2021 9:42:00 AM



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Minimum Fee: $100.00

## Annual Report
(General Laws, Chapter 156D, Section 16.22; 950 CMR 113.57)

**Identification Number:** 581652822

**1. Exact name of the corporation:** GLOCK, INC.

**2. Jurisdiction of Incorporation:**  State: GA   Country: USA

**3,4. Street address of the corporation registered office in the commonwealth and the name of the registered agent at that office:**

Name: NATIONAL REGISTERED AGENTS, INC.
No. and Street: 155 FEDERAL STREET, SUITE 700
City or Town: BOSTON   State: MA   Zip: 02110   Country: USA

**5. Street address of the corporation's principal office:**
No. and Street: 6000 HIGHLANDS PARKWAY SE
City or Town: SMYRNA   State: GA   Zip: 30082   Country: USA

**6. Provide the name and business street address of the officers and of all the directors of the corporation:**
*(A president, treasurer, secretary and at least one director are required.)*

| Title | Individual Name (First, Middle, Last, Suffix) | Address (no PO Box) (Address, City or Town, State, Zip Code) |
|---|---|---|
| PRESIDENT | GUNTER GIGACHER | 6000 HIGHLANDS PARKWAY SMYRNA, GA 30082 USA |
| VICE PRESIDENT & SECRETARY | CARLOS GUEVARA | 6000 HIGHLANDS PARKWAY SMYRNA, GA 30082 USA |
| VICE PRESIDENT | JOSHUA DORSEY | 6000 HIGHLANDS PARKWAY SMYRNA, GA 30082 USA |
| VICE PRESIDENT | CHANDLER MATHIS | 6000 HIGHLANDS PARKWAY SMYRNA, GA 30082 USA |
| DIRECTOR | JOSHUA DORSEY | 6000 HIGHLANDS PARKWAY SMYRNA, GA 30082 USA |
| DIRECTOR | CARLOS GUEVARA | 6000 HIGHLANDS PARKWAY SMYRNA, GA 30082 USA |
| DIRECTOR | CHANDLER MATHIS | 6000 HIGHLANDS PARKWAY SMYRNA, GA 30082 USA |

**7. Briefly describe the business of the corporation:**

MANUFACTURER & DISTRIBUTOR OF GLOCK BRAND PISTOLS

**8. Capital stock of each class and series:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
| :---: | :---: | :---: | :---: | :---: |
| | | *Num of Shares* | *Total Par Value* | *Num of Shares* |
| CWP | $1.00000 | 500,000 | $500,000.00 | 500,000 |

**9. Check here if the stock of the corporation is publicly traded:**

**10. Report is filed for fiscal year ending:** 03/31/ 2021

**Signed by   CARLOS GUEVARA , its   OTHER OFFICER
on this 14 Day of May, 2021**

© 2001 - 2021 Commonwealth of Massachusetts
All Rights Reserved