# Exhibit 36



PISTOLS    REVOLVERS    RIFLES    CUSTOM SHOP    ACCESSORIES    FIREARM SEARC

## RETAILER LOCATOR



To locate an independent retailer of Ruger® firearms, simply enter the zip code for the area you want to search, select the desired search radi click submit. Availability of Ruger® products varies from store to store, and hours of operation are subject to change without notice, so pleas the store before visiting. Results include United States retail locations only. **International Customers**, visit our **INTERNATIONAL RESOURCES**

Zip Code: `01760`    Select Radius: `100 miles`    [Search by Zip Code]    [Search Using My Current Location]

---

**NATICK OUTDOOR STORE** - 0 miles
38 N. AVE
NATICK, MA 01760 (map)
**Phone:** 508-653-9400
**Website:** http://www.natickoutdoor.com

**MASS FIREARMS SCHOOL** - 7 miles
100 KUNIHOLM DRIVE
HOLLISTON, MA 01746 (map)
**Phone:** 800-308-6212
**Website:** http://massfirearms.com/

**LAW ENFORCEMENT EQUIPMENT** - 8 miles
305 RIVER ST
WALTHAM, MA 02453 (map)
**Phone:** 781-894-2879

**THE NORWOOD ARMORY** - 10 miles
1095 PLEASANT ST
NORWOOD, MA 02062 (map)
**Phone:** 781-769-4587
**Website:** http://www.norwoodarmory.net/

**FIN & FEATHER SPORTS OF UPTON** - 14 miles
10 MILFORD ST
RT 140
UPTON, MA 01568 (map)
**Phone:** 508-529-3901
**Website:** http://www.finandfeathersports.com

**CABELA'S** - 15 miles
44 HIGHLAND COMMON EAST
BERLIN, MA 01503 (map)
**Phone:** 978-212-6200
**Website:** http://www.cabelas.com/

**FOUR SEASONS FIREARMS** - 16 miles
76 WINN ST #R
WOBURN, MA 01801-2895 (map)
**Phone:** 781-932-3133
**Website:** http://www.fsguns.com

**THE SPORTSMAN'S DEN** - 17 miles
666 SOUTHERN ARTERY
QUINCY, MA 02169 (map)
**Phone:** 617-770-3884
**Website:** http://www.thesportsmansden.net

**THE COLLECTORS COIN GALLERY INC** - 17 miles
89 HANCOCK ST

**IDC FIREARMS** - 19 miles
627 HIGH STREET

---



RUGER SAFETY    TELL THE CEO    CUSTOMER SERVICE    INSTRUCTION MANUALS

**Phone:** 781-438-4013
**Website:** http://www.collectorsguns.com

**MIKE'S GUN SHOP, INC.** - 19 miles
1 PLUMMERS CORNER
WHITINSVILLE, MA 01588 (map)

**OUTER LIMITS PRO-SHOP** - 20 miles
148 CENTRE STREET
HOLBROOK, MA 02343 (map)
**Phone:** 781-767-0046
**Website:** http://outerlimitsproshop.com

**THE GUN PARLOR** - 21 miles
210 SUMMER ST
WORCESTER, MA 01604 (map)
**Phone:** 508-982-0722

**HUNTER'S TRADING POST** - 21 miles
287 WASHINGTON ST
WEYMOUTH, MA 02188 (map)
**Phone:** 781-331-1151
**Website:** http://htpltd.com/

**BULLSEYE SHOOTING SUPPLIES INC** - 21 miles
837 PARK AVE
WOONSOCKET, RI 02895-5872 (map)
**Phone:** 401-766-4409
**Website:** http://www.bullseyeshootingsupplies.com

**FIRST DEFENSE FIREARMS** - 21 miles
6 N MAIN ST.
SUITE 202B
UXBRIDGE, MA 01569-1871 (map)
**Phone:** 508-278-6844
**Website:** http://firstdefensefirearms.com

**STONEY ACRE SPORTS** - 23 miles
437 MENDON RD
SUTTON, MA 01590 (map)
**Phone:** 508-865-4401

**F. B. KRAUSE & SONS INC** - 24 miles
322 LINCOLN ST
HINGHAM, MA 02043-1722 (map)
**Phone:** 781-749-1303

**HITMAN FIREARMS** - 25 miles
404 MIDDESEX ROAD
#5
TYNGSBOROUGH, MA 01879 (map)
**Phone:** 978-649-4867

**ON TARGET TRAINING, INC.** - 27 miles
516 NORTH BEDFORD STREET
EAST BRIDGEWATER, MA 02333 (map)
**Phone:** 508-456-1093
**Website:** HTTP://WWW.ONTARGETTRAINING.US

**ROYAL ARMS** - 29 miles
147 S. RD
PEPPERELL, MA 01463 (map)
**Phone:** 978-433-9458

**BOBS GUN & ARCHERY PRO SHOP** - 30 miles
144 GORE RD
WEBSTER, MA 01570 (map)
**Phone:** 508-943-6309
**Website:** http://www.bobga.com

 RUGER SAFETY    TELL THE CEO   CUSTOMER SERVICE    INSTRUCTION MANUALS

401 PUTNAM PIKE
HARMONY, RI 02829 (map)
**Phone:** 401-949-0339
**Website:** http://www.bigbearhuntingandfirearms.com

18 WALTHAM DR
NASHUA, NH 03060 (map)
**Phone:** 603-888-1717

**PHEASANT RIDGE ENTERPRISES** - 31 miles
204 TAUNTON AVE RTE 44
SEEKONK, MA 02771 (map)
**Phone:** 508-366-4867
**Website:** http://www.pheasantridgeguns.com

**PETE'S GUN & TACKLE** - 32 miles
2 DRACUT RD
HUDSON, NH 03051 (map)
**Phone:** 603-889-0684
**Website:** http://www.petesgunandtackle.com

**SPORTSMAN'S OUTFITTER INC** - 34 miles
76 PADELFORD ST
BERKLEY, MA 02779 (map)
**Phone:** 508-823-0442

**GUN & SPORT NORTH** - 35 miles
488 S. BROADWAY
SALEM, NH 03079 (map)
**Phone:** 603-952-4675
**Website:** http://www.gunandsportnorth.com

**TACTICAL WORKBENCH** - 35 miles
282 MAIN ST
SUITE 104
SALEM, NH 03079 (map)
**Phone:** 603-520-8382

**IRON GATE FIREARMS** - 36 miles
50 HAVERHILL RD UNIT #4
WINDHAM, NH 03087 (map)
**Phone:** 603-770-2525

**PATRIOT ARMS OF NEW ENGLAND** - 37 miles
77 TURNPIKE RD
IPSWICH, MA 01938 (map)
**Phone:** 978-356-1908
**Website:** http://www.patriotarmsofne.com

**MIDDLEBORO GUN SHOP** - 37 miles
194 EAST GROVE STREET
MIDDLEBORO, MA 02346 (map)
**Phone:** 508-947-5900
**Website:** http://www.middleborogunshop.com

**BROPHY'S FINE FIREARMS INC.** - 37 miles
121 WOOD STREET
MIDDLEBORO, MA 02346 (map)
**Phone:** 833-276-7497
**Website:** http://www.brophyguns.com

**POST ROAD GUNS** - 37 miles
2158 PLAINFIELD PIKE
STE 4
CRANSTON, RI 02921-2018 (map)
**Phone:** 401-464-8228

**COMMONWEALTH FIREARMS AND TRAIL** - 38 miles
1016 COUNTY ST
SOMERSET, MA 02726 (map)
**Phone:** 774-294-5445

**TOMBSTONE TRADING CO** - 38 miles
1 POST RD
BROOKFIELD, MA 01506 (map)
**Phone:** 508-867-6800

 RUGER SAFETY     TELL THE CEO     CUSTOMER SERVICE     INSTRUCTION MANUALS

**FOSTER BEAR ARMS TRADING POST** - 39 miles
52 DANIELSON PIKE
FOSTER, RI 02825 (map)
**Phone:** 401-647-4867
**Website:** http://www.fosterguns.com

**MERRIMACK FIREARMS** - 39 miles
416 D W HIGHWAY
MERRIMACK, NH 03054 (map)
**Phone:** 603-424-4867
**Website:** http://www.nhgunshop.com

**MILFORD FIREARMS** - 40 miles
286 ELM ST
STE 3
MILFORD, NH 03055 (map)
**Phone:** 603-672-1001

**BYRON SPORTING GOODS** - 40 miles
111 PLAISTOW RD
#2
PLAISTOW, NH 03865-2829 (map)
**Phone:** 603-974-2071
**Website:** http://byronssportinggoods.com

**STATELINE GUNS & AMMO** - 40 miles
153 PLAISTOW RD
PLASTOW, NH 03865 (map)
**Phone:** 603-382-4131
**Website:** http://www.stateineguns.com

**D & L SHOOTING SUPPLIES INC** - 40 miles
3314 W SHORE RD
WARWICK, RI 02886 (map)
**Phone:** 401-738-1889
**Website:** http://www.dlshootingsupplies.com

**GREAT NORTHERN SPORTS CENTER** - 41 miles
237 ROCKINGHAM RD
DERRY, NH 03038-4520 (map)
**Phone:** 603-432-3742

**AL'S GUN & REEL SHOP, INC.** - 41 miles
5 LINWOOD AVE
DERRY, NH 03038 (map)
**Phone:** 603-432-2708

**CHESTER ARMS, LLC** - 41 miles
115 BY-PASS 28
DERRY, NH 03038 (map)
**Phone:** 603-235-4169
**Website:** http://www.chesterarmsllc.com

**WHISKEY HILL SPORTS** - 44 miles
P.O. BOX 558220 WARE RD
WEST WARREN, MA 01092 (map)
**Phone:** 413-436-5885
**Website:** http://www.whiskeyhillsports.com

**MANCHESTER FIRING LINE RANGE** - 45 miles
2540 BROWN AVE.
MANCHESTER, NH 03103-6815 (map)
**Phone:** 603-668-9015
**Website:** http://www.gunsnh.com

**JAMES L MCLOUD & SONS** - 45 miles
2540 BROWN AVE
MANCHESTER, NH 03103 (map)
**Phone:** 603-668-9015
**Website:** http://www.gunsnh.com

RANGE

**AMERICAN WEAPON SYSTEMS** - 45 miles

**COSTA ARMS** - 45 miles

 RUGER SAFETY      TELL THE CEO      CUSTOMER SERVICE      INSTRUCTION MANUALS

**Phone:** 603-899-8400
**Website:** http://www.americanweaponsystems.com

### M & M PLYMOUTH BAY OUTFITTERS - 46 miles
6 MAIN ST.
PLYMOUTH, MA 02360 (map)
**Phone:** 508-747-6338

### WILDLIFE TAXIDERMY SPORT - 47 miles
2188 CANDIA RD
MANCHESTER, NH 03109-5703 (map)
**Phone:** 603-625-9958

### SAKONNET RIVER OUTFITTERS - 47 miles
404 MAIN RD
P O BOX 593
TIVERTON, RI 02878 (map)
**Phone:** 401-816-0815
**Website:** https://sakonnetriveroutfitters.com/

### CRANSTON GUN & COIN - 48 miles
6595 POST ROAD
NORTH KINGSTOWN, RI 02852-1831 (map)
**Phone:** 401-885-8474
**Website:** http://www.cgcri.com

### VILLAGE SPORTS - 48 miles
737 STATE ROAD
WESTPORT, MA 02790 (map)
**Phone:** 508-672-4284
**Website:** https://www.village-sports.com

### SHOOTING SUPPLY - 48 miles
848 STATE ROAD
WESTPORT, MA 02790 (map)
**Phone:** 774-319-5477

### NICKS SPORT SHOP INC - 49 miles
1029 PARK ST
PALMER, MA 01069-1711 (map)
**Phone:** 413-283-3920

### FTS GUNS - 50 miles
700 PLEASANT ST., SUITE LL2
NEW BEDFORD, MA 02740 (map)
**Phone:** 508-388-9840
**Website:** http://www.ftsguns.com

### PAWTUCKAWAY TRADING POST - 51 miles
61 NH-27 COZY CORNER PLAZA #6
RAYMOND, NH 03077 (map)
**Phone:** 603-244-2463
**Website:** https://www.pawtuckawaytradingpost.com

### PELLETIERS SPORT SHOP - 51 miles
105 PETERBOROUGH ST RT 202
JAFFREY, NH 03452-6830 (map)
**Phone:** 603-532-7180
**Website:** http://www.pelletiersports.biz

### BUCK-RUB SPORTING GOODS - 53 miles
164 E. MAIN ST
ORANGE, MA 01364-1219 (map)
**Phone:** 978-544-2145

### R & R SPORT SHOP - 53 miles
16 FEDERAL ST
RT 9 & 202
BELCHERTOWN, MA 01007 (map)
**Phone:** 413-323-6785
**Website:** http://www.randrsportshop.net

 RUGER SAFETY  TELL THE CEO  CUSTOMER SERVICE  INSTRUCTION MANUALS

13 B RUSSELLS MILLS RD
S. DARTMOUTH, MA 02748 (map)
**Phone:** 508-994-8211

1575 HOOKSETT RD
#2
HOOKSETT, NH 03106-1687 (map)
**Phone:** 603-485-5000
**Website:** http://www.rileysguns.com

**SHOOTERS OUTPOST** - 54 miles
1158 HOOKSETT RD
HOOKSETT, NH 03106 (map)
**Phone:** 603-232-6125
**Website:** https://outpostnh.com/

**LEWIS ARMS LLC** - 59 miles
550 RT 3A
BOW, NH 03304-3211 (map)
**Phone:** 603-228-9994
**Website:** http://www.lewisarms.homestead.com

**UNIVERSAL FIREARMS LTD** - 60 miles
265 MAIN ST
WAKEFIELD, RI 02879-3527 (map)
**Phone:** 401-782-4867
**Website:** http://www.universalfirearms.com

**FREEDOM SPORTS AND ARMS** - 60 miles
236 HIGH STREET
WAKEFIELD, RI 02879 (map)
**Phone:** 401-782-1140

**TRADER JOHNS GUN SHOP** - 60 miles
10 KEENE RD
WINCHESTER, NH 03470-2325 (map)
**Phone:** 603-239-4032
**Website:** http://www.traderjohns.com

**REVERE ARMS** - 61 miles
4 RIVERVIEW RD
DURHAM, NH 03824 (map)
**Phone:** 603-617-9861
**Website:** http://www.reverearms.com

**CENTER SPORTS** - 64 miles
3 ORLANDO DR RT 66
COLUMBIA, CT 06237 (map)
**Phone:** 860-228-1666
**Website:** http://www.centersportsct.com

**MORSE SPORTING GOODS** - 64 miles
85 CONTOOCOOK FALLS RD
HILLSBORO, NH 03244-5521 (map)
**Phone:** 603-464-3444
**Website:** http://www.morsesporting.com

**KITTERY TRADING POST** - 64 miles
301 US RT 1
KITTERY, ME 03904-5510 (map)
**Phone:** 207-439-2700
**Website:** http://www.ktp.com

**INDIAN VILLAGE FIREARMS** - 65 miles
283 ROUTES 202 & 9
BARRINGTON, NH 03825 (map)
**Phone:** 603-664-9972
**Website:** http://www.indianvillagefirearms.com

**SHERWOOD SHOOTERS SUPPLY** - 66 miles
55 KNOX MARSH RD
DOVER, NH 03820 (map)
**Phone:** 603-742-0463

**GUNS AND GEAR LLC** - 66 miles
168 ELM ST.
AGAWAM, MA 01001 (map)
**Phone:** 413-786-0100

RUGER SAFETY     TELL THE CEO    CUSTOMER SERVICE     INSTRUCTION MANUALS

**GUNS INC** - 66 miles
738 MAIN ST
WEST SPRINGFIELD, MA 01089-3936 (map)
**Phone:** 413-731-7666
**Website:** http://www.guns-inc.com

**AMERICAN TRIKE AND MOTORSPORTS** - 67 miles
223 WINCHESTER STREET
KEENE, NH 03431 (map)
**Phone:** 603-354-7740

**THE POWDERHORN** - 69 miles
210 BARNSTABLE RD
HYANNIS, MA 02601-2930 (map)
**Phone:** 508-775-8975

**KC SMALL ARMS** - 70 miles
412 MAIN STREET
EASTHAMPTON, MA 01027 (map)
**Phone:** 413-284-4739
**Website:** https://www.kcsmallarms.com

**RENAISSANCE FIREARMS LLC** - 70 miles
19 MAIN ST
GONIC, NH 03839-5255 (map)
**Phone:** 800-399-4116
**Website:** http://www.renarms.com

**MARSHALL FIREARMS INC** - 71 miles
154 N. MAIN ST
BOSCAWEN, NH 03303-1121 (map)
**Phone:** 603-753-4313

**COYOTE CREEK OUTFITTERS** - 72 miles
22 FARMINGTON RD
ROCHESTER, NH 03867 (map)
**Phone:** 603-332-3270
**Website:** http://www.coyote-creek-outfitters.com

**GOLD & THINGS TRADING CENTER** - 72 miles
50 SOUTH MAIN ST
ROCHESTER, NH 03867 (map)
**Phone:** 603-332-1551

**B & G SPORTING INC** - 73 miles
1460 RUSSELL RD
WESTFIELD, MA 01085-2123 (map)
**Phone:** 413-568-7569

**THE OUTDOOR SHOP INC** - 73 miles
50 LONG POND DR
SOUTH YARMOUTH, MA 02664 (map)
**Phone:** 508-394-3819
**Website:** http://www.odsguns.com

**CABELA'S** - 74 miles
475 E HARTFORD BLVD N
EAST HARTFORD, CT 06118 (map)
**Phone:** 860-290-6200
**Website:** http://www.cabelas.com/

**THE AMMO DUMP** - 75 miles
422 SPRING STREET
FARMINGTON, NH 03835 (map)
**Phone:** 603-755-9800

**ALSTEAD GUN SHOP INC** - 76 miles

**BARN STORE OF NEW ENGLAND** - 77 miles

 RUGER SAFETY    TELL THE CEO    CUSTOMER SERVICE    INSTRUCTION MANUALS

**Phone:** 603-835-6122

**Phone:** 603-648-2888
**Website:** http://www.barnstore.com

**RONS GUNS** - 77 miles
194 BOSTON POST RD
EAST LYME, CT 06333 (map)
**Phone:** 860-739-6805

**GOOSE HUMMOCK** - 80 miles
15 RTE 6A BOX 57
ORLEANS, MA 02653 (map)
**Phone:** 508-255-0455
**Website:** http://www.goose.com

**HOFFMAN'S GUN CENTER** - 82 miles
2686 BERLIN TURNPIKE
NEWINGTON, CT 06111 (map)
**Phone:** 860-666-8827
**Website:** http://www.hoffgun.com

RUGER RANGE PROGRAM

This retailer has various Ruger firearms on-site available for rental.

**NEWINGTON GUN EXCHANGE** - 82 miles
210 MARKET SQ
NEWINGTON, CT 06111-2916 (map)
**Phone:** 860-667-2658
**Website:** http://www.gunexchangenewington.com

**AVERY ARMS LLC** - 82 miles
6 PEARSON RD
ALTON, NH 03809 (map)
**Phone:** 603-875-3054

**SPORTING & HUNTING DEPOT** - 84 miles
11 WOODRISE RD
CHARLESTON, NH 03603 (map)
**Phone:** 603-826-3535

**STONEAGLE** - 85 miles
199 SUNAPEE ST
NEWPORT, NH 03773-1238 (map)
**Phone:** 603-863-6411
**Website:** http://www.stoneagle.com

**RODYS GUN SHOP** - 85 miles
3 CHATEAU DR
NEWPORT, NH 03773-1480 (map)
**Phone:** 603-863-3356

**PINNACLE TACKLE** - 85 miles
322 SUNAPEE STREET
NEWPORT, NH 03773 (map)
**Phone:** 603-865-5411
**Website:** http://www.pinnacletackle.com

**RUNNINGS** - 88 miles
403 WASHINGTON STREET
CLAREMONT, NH 03743 (map)
**Phone:** 603-542-1574
**Website:** http://www.runnings.com/

**THE GUN CLOSET** - 90 miles
2 DOCKSIDE AVE
WOLFEBORO, NH 03894 (map)
**Phone:** 603-569-6996

**WOLFS INDOOR RANGE** - 91 miles
597 MIDDLE STREET
BRISTOL, CT 06010 (map)
**Phone:** 860-585-0447

 RUGER SAFETY    TELL THE CEO    CUSTOMER SERVICE    INSTRUCTION MANUALS

**JOJO'S GUN WORKS** - 91 miles
122 SPRING ST D9
SOUTHINGTON, CT 06489 (map)
**Phone:** 860-426-9414
**Website:** http://www.jojosgunworks.com

**THE SEMI AUTO GUN SHOP** - 92 miles
518 MAIN ST.
WINSTED, CT 06098 (map)
**Phone:** 860-738-1600
**Website:** http://www.semi-autogunshop.com

**NORTHEST SPORTING GOODS** - 92 miles
178 ROWLEY ST
WINSTED, CT 06098 (map)
**Phone:** 860-738-8999

**PETE'S GUN SHOP** - 93 miles
9 GROVE ST.
ADAMS, MA 01220 (map)
**Phone:** 413-743-0780
**Website:** http://www.petesgunshop.com

**SKIPS GUN SHOP** - 94 miles
837 LAKE ST
BRISTOL, NH 03222-4506 (map)
**Phone:** 603-744-3100
**Website:** http://www.nhskip.com

**BLUE TRAIL RANGE** - 94 miles
316 N. BRANFORD RD
WALLINGFORD, CT 06492 (map)
**Phone:** 203-269-3280
**Website:** http://www.bluetrailrange.com

**CHRIS' INDOOR SHOOTING RANGE** - 95 miles
2458 BOSTON POST RD
GUILFORD, CT 06437-1354 (map)
**Phone:** 203-453-1570
**Website:** http://www.chrisindoorrange.net

**SPORTSMENS OUTPOST** - 96 miles
415 WOLCOTT RD
WOLCOTT, CT 06716-2613 (map)
**Phone:** 203-879-1139
**Website:** http://www.sportsmensoutpost.com

**JOHNS FIREARMS LTD** - 96 miles
183 COUNTRY CLUB RD
TORRINGTON, CT 06790-3038 (map)
**Phone:** 860-482-7402

**ICEBOX ARMORY, LLC** - 97 miles
368 GREENWOODS RD. WEST
NORFOLK, CT 06058 (map)
**Phone:** 860-307-8757

**CONNECTICUT SPORTING ARMS** - 98 miles
1179 FOXON RD
NORTH BRANFORD, CT 06471 (map)
**Phone:** 203-484-7474
**Website:** http://www.connecticutsportingarms.com

**DAVES SPORTING GOODS INC** - 99 miles
1164 NORTH ST
PITTSFIELD, MA 01201-1578 (map)
**Phone:** 413-442-2960
**Website:** http://www.davessporting.com

**AVID SPORTS** - 99 miles
1575 W HOUSATONIC ST

 RUGER SAFETY     TELL THE CEO     CUSTOMER SERVICE     INSTRUCTION MANUALS

Don't see your store listed? **Join the Ruger Retailer Database**

Sturm, Ruger & Co., Inc. is one of the nation's leading manufacturers of rugged, reliable firearms for the commercial sporting market. With products made in America, Ruger offers consumers almost 800 variations of more than 40 product lines. For more than 70 years, Ruger has been a model of corporate and community responsibility. Our motto, "Arms Makers for Responsible Citizens®," echoes our commitment to these principles as we work hard to deliver quality and innovative firearms.

CONTACT   |   PATENTS   |   PRIVACY POLICY   |   TERMS OF USE   |   SOCIAL MEDIA RULES



Copyright © 2022 by Sturm, Ruger & Co., Inc.

CONNECT WITH
RUG
PRODUCT REGISTRATI
JOIN OUR EMAIL LI

   

RUGER SAFETY     TELL THE CEO     CUSTOMER SERVICE     INSTRUCTION MANUALS