# Exhibit 38

