Exhibit 41

 
# REVOLVERS AVAILABLE IN MA



**Bearcat®**
Model 00912
**22 LR - Single-Action Revolver**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**Bearcat®**
Model 00913
**22 LR - Single-Action Revolver**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**GP100® : Standard**
Model 01702
**357 Mag - Double-Action Revolver**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**GP100® : Standard**
Model 01704
**357 Mag - Double-Action Revolver**

Spec Sheet

All Models

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**GP100® : Standard**
Model 01705
**357 Mag - Double-Action Revolver**

Spec Sheet

All Models

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**GP100® : Standard**
Model 01707
**357 Mag - Double-Action Revolver**

Spec Sheet

All Models

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**GP100® : Standard**
Model 01715
**357 Mag - Double-Action Revolver**

Spec Sheet

All Models

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**GP100® : Match Champion®**
Model 01754
**357 Mag - Double-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**GP100® : Match Champion®**
Model 01755
**357 Mag - Double-Action Revolver**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**GP100® : Standard**
Model 01757
**22 LR - Double-Action Revolver**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**GP100® : Match Champion®**
Model 01775
**10mm Auto - Double-Action Revolver**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**LCR®**
Model 05401
**38 Spl +P - Double-Action Revolver**
Spec Sheet
All Models

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**LCR®**
Model 05410
**22 LR - Double-Action Revolver**
[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**LCR®**
Model 05450
**357 Mag - Double-Action Revolver**
[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**LCR®**
Model 05452
**327 Fed Mag - Double-Action Revolver**
[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**LCR®**
Model 05456
**9mm Luger - Double-Action Revolver**
[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)

Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**LCRx®**
Model 05430
**38 Spl +P - Double-Action Revolver**

[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**LCRx®**
Model 05431
**38 Spl +P - Double-Action Revolver**

[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**LCRx®**
Model 05435
**22 LR - Double-Action Revolver**

[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**LCRx®**
Model 05437
**22 WMR - Double-Action Revolver**

[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)

Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**LCRx®**
Model 05439
**22 WMR - Double-Action Revolver**

Spec Sheet
All Models

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**LCRx®**
Model 05444
**357 Mag - Double-Action Revolver**

Spec Sheet
All Models

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**LCRx®**
Model 05460
**357 Mag - Double-Action Revolver**

Spec Sheet
All Models

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**LCRx®**
Model 05462
**327 Fed Mag - Double-Action Revolver**

Spec Sheet
All Models

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)

Buy now at [The Shooting Store](#)



**New Model Blackhawk® : Blued**
Model 00306
**357 Mag - Single-Action Revolver**
[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Blackhawk® : Convertible**
Model 00308
**357 Mag - Single-Action Revolver**
[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Blackhawk® : Stainless**
Model 00309
**357 Mag - Single-Action Revolver**
[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Blackhawk® : Blued**
Model 00316
**357 Mag - Single-Action Revolver**
[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Blackhawk® : Convertible**
Model 00318
**357 Mag - Single-Action Revolver**
[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Blackhawk® : Stainless**
Model 00319
**357 Mag - Single-Action Revolver**
[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Blackhawk® : Blued**
Model 00405
**41 Rem Mag - Single-Action Revolver**
[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Blackhawk® : Blued**
Model 00406
**41 Rem Mag - Single-Action Revolver**
[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Blackhawk® : Blued**
Model 00445
**45 Colt - Single-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**New Model Blackhawk® : Convertible**
Model 00446
**45 Colt - Single-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**New Model Blackhawk® : Blued**
Model 00455
**45 Colt - Single-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**New Model Blackhawk® : Convertible**
Model 00463
**45 Colt - Single-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**New Model Blackhawk® : Blued**
Model 00465
**45 Colt - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Blackhawk® : Blued**
Model 00505
**30 Carb - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Blackhawk® : Convertible**
Model 05242
**45 Colt - Single-Action Revolver**

**Distributor Exclusive**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gearfire](#)
Buy now at [GunBroker](#)



**New Model Single-Six® : Convertible**
Model 00621
**22 LR - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Single-Six® : Convertible**
Model 00622
**22 LR - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Single-Six® : Convertible**
Model 00623
**22 LR - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Single-Six® : Convertible**
Model 00624
**22 LR - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Single-Six® : Convertible**
Model 00625
**22 LR - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Single-Six® : Convertible**
Model 00626
**22 LR - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Single-Six® : Convertible**
Model 00629
**22 LR - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Single-Six®**
Model 00661
**17 HMR - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Single-Six® : Convertible**
Model 00662
**22 LR - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Single-Six® : Single-Ten®**
Model 08100
**22 LR - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Single-Six® : Single-Nine®**
Model 08150
**22 WMR - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Super Blackhawk® : Standard**
Model 00802
**44 Rem Mag - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Super Blackhawk® : Standard**
Model 00804
**44 Rem Mag - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**New Model Super Blackhawk® : Standard**
Model 00806
**44 Rem Mag - Single-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**New Model Super Blackhawk® : Standard**
Model 00807
**44 Rem Mag - Single-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**New Model Super Blackhawk® : Standard**
Model 00810
**44 Rem Mag - Single-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**New Model Super Blackhawk® : Standard**
Model 00811
**44 Rem Mag - Single-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**New Model Super Blackhawk® : Standard**
Model 00813
**44 Rem Mag - Single-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**New Model Super Blackhawk® : Standard**
Model 00814
**44 Rem Mag - Single-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**New Model Super Blackhawk® : Hunter**
Model 00860
**44 Rem Mag - Single-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**Redhawk®**
Model 05041
**44 Rem Mag - Double-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**Redhawk®**
Model 05043
**44 Rem Mag - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Redhawk®**
Model 05044
**44 Rem Mag - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Redhawk®**
Model 05050
**45 Auto - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Redhawk®**
Model 05051
**357 Mag - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Redhawk®**
Model 05059
**357 Mag - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Redhawk®**
Model 05060
**357 Mag - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Ruger Vaquero® : Blued**
Model 05101
**45 Colt - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Ruger Vaquero® : Blued**
Model 05102
**45 Colt - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Ruger Vaquero® : Stainless**
Model 05104
**45 Colt - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Ruger Vaquero® : Stainless**
Model 05105
**45 Colt - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Ruger Vaquero® : Blued**
Model 05106
**357 Mag - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Ruger Vaquero® : Blued**
Model 05107
**357 Mag - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Ruger Vaquero® : Stainless**
Model 05108
**357 Mag - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Ruger Vaquero® : Stainless**
Model 05109
**357 Mag - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Ruger Vaquero® : Bisley™**
Model 05129
**45 Colt - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Ruger Vaquero® : Bisley™**
Model 05130
**357 Mag - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Ruger Vaquero® : SASS®**
Model 05133
**357 Mag - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Ruger Vaquero® : SASS®**
Model 05134
**45 Colt - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**SP101® : Standard**
Model 05718
**357 Mag - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**SP101® : Standard**
Model 05719
**357 Mag - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**SP101® : Standard**
Model 05720
**357 Mag - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**SP101® : Standard**
Model 05737
**38 Spl +P - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**SP101® : Standard**
Model 05765
**22 LR - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**SP101® : Standard**
Model 05771
**357 Mag - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**SP101® : Standard**
Model 05773
**327 Fed Mag - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Super GP100®**
Model 05065
**357 Mag - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Super Redhawk : Alaskan®**
Model 05301
**454 Casull - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Super Redhawk : Alaskan®**
Model 05302
**480 Ruger - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Super Redhawk : Alaskan®**
Model 05303
**44 Rem Mag - Double-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**Super Redhawk® : Standard**
Model 05501
**44 Rem Mag - Double-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**Super Redhawk® : Standard**
Model 05502
**44 Rem Mag - Double-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**Super Redhawk® : Standard**
Model 05505
**454 Casull - Double-Action Revolver**

Spec Sheet

All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**Super Redhawk® : Standard**
Model 05507
**480 Ruger - Double-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Wrangler®**
Model 02002
**22 LR - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Wrangler®**
Model 02003
**22 LR - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**Wrangler®**
Model 02004
**22 LR - Single-Action Revolver**

[Spec Sheet](#)

[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)

Sturm, Ruger & Co., Inc. is one of the nation's leading manufacturers of rugged, reliable firearms for the commercial sporting market. With products made in America, Ruger offers consumers almost 800 variations of more than 40 product lines. For more than 70 years, Ruger has been a model of corporate and community responsibility. Our motto, "Arms Makers for Responsible Citizens®," echoes our commitment to these principles as we work hard to deliver quality and innovative firearms.

CONTACT  |  PATENTS  |  PRIVACY POLICY  |  TERMS OF USE  |  SOCIAL MEDIA RULES

 RUGGED, RELIABLE FIREARMS®

Copyright © 2022 by Sturm, Ruger & Co., Inc.

CONNECT W

**RUG**

PRODUCT REGISTRATI

JOIN OUR EMAIL LI

