# Exhibit 42



## PISTOLS AVAILABLE IN MA



**EC9s®**
Model 13211
**9mm Luger - Centerfire Pistol**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**LCP® II**
Model 13714
**22 LR - Rimfire Pistol**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at The Shooting Store



**Mark IV™ : Target**
Model 40159
**22 LR - Rimfire Pistol**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**Mark IV™ : Hunter**
Model 40160
**22 LR - Rimfire Pistol**

Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**Mark IV™ : 22/45™ Lite**
Model 43921
**22 LR - Rimfire Pistol**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**NEW**
**MAX-9™**
Model 03502
**9mm Luger - Centerfire Pistol**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at The Shooting Store



**Ruger-57™**
Model 16402
**5.7x28mm - Centerfire Pistol**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**Security-9®**
Model 03819
**9mm Luger - Centerfire Pistol**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**Security-9®**
Model 03829
**9mm Luger - Centerfire Pistol**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**SR1911® : Standard**
Model 06700
**45 Auto - Centerfire Pistol**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**SR1911® : Commander-Style**
Model 06702
**45 Auto - Centerfire Pistol**
Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**SR1911® : Commander-Style**
Model 06722
**9mm Luger - Centerfire Pistol**
Spec Sheet
All Models

Buy now at Gallery of Guns

Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



### SR1911® : Target
Model 06736
**45 Auto - Centerfire Pistol**

Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



### SR1911® : Target
Model 06739
**10mm Auto - Centerfire Pistol**

Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



### SR1911® : Officer-Style
Model 06758
**9mm Luger - Centerfire Pistol**

Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



### SR22®
Model 03600
**22 LR - Rimfire Pistol**

Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire

Buy now at GunBroker
Buy now at The Shooting Store



**SR22®**
Model 03606
**22 LR - Rimfire Pistol**
**Distributor Exclusive**

Spec Sheet
All Models

Buy now at Gearfire
Buy now at GunBroker



**SR22®**
Model 03607
**22 LR - Rimfire Pistol**

Spec Sheet
All Models

Buy now at Gallery of Guns
Buy now at Gearfire
Buy now at GunBroker
Buy now at The Shooting Store



**SR22®**
Model 03611
**22 LR - Rimfire Pistol**
**Distributor Exclusive**

Spec Sheet
All Models

Buy now at Gearfire
Buy now at GunBroker



**SR22®**
Model 03613
**22 LR - Rimfire Pistol**
**Distributor Exclusive**

Spec Sheet
All Models

Buy now at GunBroker



**SR22®**
Model 03620
**22 LR - Rimfire Pistol**

[Spec Sheet](#)
[All Models](#)

Buy now at [Gallery of Guns](#)
Buy now at [Gearfire](#)
Buy now at [GunBroker](#)
Buy now at [The Shooting Store](#)



**SR22®**
Model 03622
**22 LR - Rimfire Pistol**
**Distributor Exclusive**

[Spec Sheet](#)
[All Models](#)

Buy now at [GunBroker](#)



Sturm, Ruger & Co., Inc. is one of the nation's leading manufacturers of rugged, reliable firearms for the commercial sporting market. With products made in America, Ruger offers consumers almost 800 variations of more than 40 product lines. For more than 70 years, Ruger has been a model of corporate and community responsibility. Our motto, "Arms Makers for Responsible Citizens®," echoes our commitment to these principles as we work hard to deliver quality and innovative firearms.

**CONTACT**   |   **PATENTS**   |   **PRIVACY POLICY**   |   **TERMS OF USE**   |   **SOCIAL MEDIA RULES**

 **RUGGED, RELIABLE FIREARMS®**

CONNECT WITH
**RUG**
PRODUCT REGISTRATI
JOIN OUR EMAIL LI

   

Copyright © 2022 by Sturm, Ruger & Co., Inc.