# Exhibit 43



**YOUR WHOLESALE DISTRIBUTOR**

Firearms, Ammunition, & Accessories

**1-800-243-3006**

Search All Products

| ALL CATEGORIES | ALL BRANDS | GUNS | AR-SHOP | AMMO | USED GUNS | CLEARANCE |

## About Us

InterstateArms is a 40+ year-old wholesale distributor supplying licensed firearm dealers nationwide with firearms and related products.  Specialties include handguns, home defense guns, used guns, and modern sporting rifles.

We are also a leading distributor of law enforcement equipment. Dealers are invited to contact our sales staff to become an Interstate Arms Public Safety Dealer.  Our Public Safety Dealers receive enhanced products and extra discounts for their law enforcement officers, active military personnel and security customers.

If you are a member of the law enforcement community (active/reserve/retired public safety officers: active & retired sheriff deputies: active/reserve/retired military personnel; National Guard; fire, EMT's & TSA personnel; private security firms & officers; federal agents; district attorney's and judges), please contact our Law Enforcement sales team and enjoy outstanding customer service.

EMAIL    Stay up-to-date with our newsletter.

## COMPANY

About Us
Policies
Contact Us
Dealer login

## OUR PARTNERS

National Shooting Sports Foundation
GLOCK Sport Shooting Foundation
National Association of Sporting Goods Wholesalers
The National Rifle Association
TheFireStore

COPYRIGHT ©2019
INTERSTATE ARMS
6 G DUNHAM ROAD
BILLERICA, MA, 01821
800-243-3006
Sales@InterstateArms.com