# Exhibit 44

## Help&information

- For FFL dealers
- For distributors
- For manufacturers
- Sell on AmmoTerra
- How it works
- Get quotations



Catalog

## Select a category menu

Firearms/ Small arms›
Ammunition›
Ammunition Components/Reloading›
Optics/ Mounts/ Electronics›
Shooting accessories/Guns storage/Training›
Gun Care›
Gun Parts›
Machinery/Manufacture›
Operational equipment/ Survival gear›
Airguns›
Clothing›
Hunting accessories›
Services/Trade solutions/Logistics/Media/EventsVehicles

Select a section from
the category menu on the left

What are you looking for

Products

- Products
- Requests
- Companies

- Requests
- Products


Home

Catalog

Messages


Requests

Profile
Sign inSign up

## Hello everyone 👋

To make purchases and use the full site services, register or login your account

Sign upSign in

- Home
- >
- Companies
- >
- Interstate Arms Corp
- 

# Interstate Arms Corp

Company:

Interstate Arms Corp

Type of company:

Trading company (dealer, distributor)

Country:

United States of America

Languages:

English

[Products List](#)[Contact company](#)

## About Company

Interstate Arms Corp is a 37 year-old wholesale distributor supplying licensed firearm dealers nationwide with firearms and related products. Specialties include handguns, home defense guns, used guns and military-style weapons.

We are also one of the leading law enforcement distributors in the country. Law enforcement personnel are invited to browse our law enforcement sales section, and enjoy outstanding customer service. Dealers are invited to contact our sales staff to become an Interstate Arms Public Safety Dealer. Our Public Safety Dealers receive enhanced products and extra discounts for their law enforcement officers, active military personnel and security customers.

Become an Interstate Arms dealer and increase your profits by taking advantage of our competitive pricing, flat-rate shipping policy and our huge used gun inventory.

## Categories

- [Shotguns](#)5
- [Pistols](#)1

2022 AmmoTerra. All rights reserved.
[Privacy Policy](#)[Product Policy](#)[Services Agreement](#)[About us](#)[Help](#)[Contact us](#)[Blog](#)