Exhibit 45



## William Francis Galvin
### Secretary of the Commonwealth of Massachusetts

HOME    DIRECTIONS    CONTACT US

Search the Secretary's website   Search

# Corporations Division

## Business Entity Summary

ID Number: 043098194      Request certificate    New search

Summary for: **INTERSTATE SALES CORP.**

| | |
|---|---|
| The exact name of the Domestic Profit Corporation: | INTERSTATE SALES CORP. |

| | |
|---|---|
| The name was changed from: INTERSTATE ARMS CORP. **on** 01-23-2019 | |

**Merged with VALLEY GUN DISTRIBUTORS, INC. on** 12-31-1990
**Merged with NORTHEAST GUN AND SUPPLY CO., on** 12-31-1990

| | | |
|---|---|---|
| **Entity type:** Domestic Profit Corporation | | |
| **Identification Number:** 043098194 | **Old ID Number:** 000347529 | |
| **Date of Organization in Massachusetts:** 11-15-1990 | | |
| **Date of Voluntary Dissolution:** 12-26-2019 | **Last date certain:** | |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 00/00 | |

**The location of the Principal Office:**

Address: 217 TROUT BROOK RD.
City or town, State, Zip code, Country: DRACUT, MA 01826 USA

**The name and address of the Registered Agent:**

Name: SUSAN P. FERRI
Address: 217 TROUT BROOK ROAD
City or town, State, Zip code, Country: DRACUT, MA 01826 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | SAUL ARNSTEIN | 4 PORTSIDE DR. MOULTONBOROUGH, NH 01803 USA |
| TREASURER | SAUL ARNSTEIN | 4 PORTSIDE DR. MOULTONBOROUGH, NH 01803 USA |
| SECRETARY | SUSAN P. FERRI | 217 TROUT BROOK ROAD DRACUT, MA 01826 USA |
| VICE PRESIDENT | SUSAN P. FERRI | 217 TROUT BROOK ROAD DRACUT, MA 01826 USA |
| VICE PRESIDENT | SUSAN FERRI | 217 TROUT BROOK ROAD DRACUT, MA 01826 USA |
| DIRECTOR | SUSAN P. FERRI | 217 TROUT BROOK ROAD DRACUT, MA 01826 USA |
| DIRECTOR | MARTIN ARNSTEIN | 37079 N. 109TH WAY SCOTTSDALE, AZ 85262 USA |
| DIRECTOR | SAUL ARNSTEIN | 4 PORTSIDE DR. MOULTONBOROUGH, NH 01803 USA |