# Exhibit 46



# About Us

**The Beginning**

In 1952, the late Al Ferst established Camfour in the old Indian Motorcycle building in Springfield, MA. His vision was to provide his customers with superior service, great products choices, and a feeling of confidence in the company they were doing business with. In 1961, Camfour moved to its present location in Westfield, MA. Early in its beginning, Camfour distributed campers, boats, trailers, fishing tackle and shooting sport supplies. Over time, the focus became the shooting sport industry and in 1976 Camfour phased out everything other than firearms and related products.

In 1984 Camfour revolutionized the shooting sports industry with the development of our online ordering software, PCGun. PCGun launched Camfour into the age of technology by providing customers with online ordering. This software, combined with state of the art (for the time) hardware equipment, enabled independent shooting sports retailers to have instant access to a wealth of information, inventory and the ability to order 24 hours a day, 7 days a week.

**Transition and Growth**

In 1998, Al Ferst sold Camfour to a group of three local investors. Al continued to stay on with Camfour for a period of time teaching its new owners the 'in's and out's' of the industry. Camfour is still committed to the same 'pillars' of customer service started by Al Ferst some 60 plus years ago.

In 2003, Camfour acquired Hill Country Wholesale, just outside of Austin, Texas.  This acquisition established a southwest distribution center and strengthened the company's team and ammunition segment.

**Today**

The company operates under the Camfour name with two locations serving the entire United States.  We continue to grow by adding new brands and dealers to consistently be ranked as one of the top 10 distributors in the industry.

Copyright © 2021 Camfour Inc. All Rights Reserved.

📞 **1-800-FIREARM**

e-Commerce Website Designed and Implemented by