# Exhibit 47

Here is a list of firearms wholesalers:

Amchar:

AmChar has delivery trucks that covers the north east USA for the bulk items such as lead shot, safes and more.

Bangers:

We are a top-tier customer of Remington, Smith & Wesson, Colt, Beretta, Browning, Leupold and many other quality manufacturers of shooting sports equipment.

Camfour:

Our national buying power allows us to sell at low prices, while our multi-million dollar inventory assures you we will have what you're looking for in stock and ready to be shipped.

Davidsons Supply:

Davidson's stocks a vast inventory of firearms, possesses years of industry experience and has a reputation as both a "deal maker" and an "innovation leader."



YouTube

Facebook