# Exhibit 52

   

Home  >  Success Stories  > Massachusetts

# How to get **FFL License in Massachusetts (MS)**?



Are you interested in getting into the gun business in Massachusetts? Do you want to know how to get your Massachusetts FFL? Are you overwhelmed by the seemingly heavy-handed government regulations and confusing laws and rules about being an FFL in Massachusetts? Don't worry, you aren't alone!

If you are ready to find out how to get your Massachusetts FFL in 2021 then just keep reading.

**Excellent** 

Rated 4.7 / 5 based on 837 reviews on ★ Trustpilot

Showing our favorite reviews

★★★★★
Chris
September 28
**Very helpful**

Read more


How to Get Your FFL in Massachusetts (MS)

★★★★★
Richard
September 9
**You can't go wrong with FFL123.COM**

Read more

★★★★★

We know Massachusetts is a bad place for gun owners and a worse place for FFL holders. That's why we've written this quick guide to getting your Massachusetts FFL, so you have some idea of what it takes to get started there. Don't worry about the anti-gun sentiments in Massachusetts though, FFL123 has helped people just like you get their FFL in even the most difficult states to do business in. So let's take a look at what you need to get started!

As of June 2021, the ATF reported that there are a total of 3,973 FFLs in Massachusetts. In general, Massachusetts is a tricky state, with some places being gun-friendly and others (most, actually) being

