# Exhibit 53

# 169 YEARS OF AMERICAN STORIES

Since 1852 Smith & Wesson has empowered Americans with the freedom, equality, and security promised by the Declaration of Independence and guaranteed by the Bill of Rights. It is this sense of safety and security that frees us to pursue our goals and dreams, define our future, and fulfill the promise of America.



**1852** — Horace Smith & D.B. Wesson form a partnership to manufacture a firearm that can fire a fully self-contained cartridge.

**1854** — Smith & Wesson® introduces the .41 Magazine Pistol, "The Volcanic." It is the first repeating American firearm capable of successfully using a fully self-contained cartridge.

**1857** — Smith & Wesson creates the Model 1. The first practical cartridge revolver. Its introduction heralded the end of percussion firearms.