# Exhibit 54

  
# INTERNATIONAL

Smith & Wesson is the largest manufacturer of handguns in the United States and one of the most recognizable brands in the world. We manufacture and distribute a full line of firearms for defense, law enforcement, hunting and sporting. Dedicated to quality & innovation, the company has driven product development for more than 150 years.

All S&W firearms are manufactured in compliance with ISO 9001 quality tested procedures. Our handcuffs and selected law enforcement pistols meet the strict US National Institute of Justice (NIJ) Standard to deliver the highest quality products.

Our international distribution network ensures the availability of our products around the globe, and we encourage you to contact our distributors directly to discuss product availability. Our International Team is committed to quickly and professionally respond to your requests for information about any of our products.

## DEALERS & DISTRIBUTORS »

## SALES & ADMINISTRATION »

We use cookies to improve your browsing experience. By continuing to browse our website you agree to our use of cookies. To learn more about how we use cookies, please review our privacy policy here.



X





# JOIN OUR COMMUNITY

Get the latest news and updates on products, news and events

Email

Email Address     SUBSCRIBE →

Required to accept terms and conditions.

☐  I agree to the Terms & Conditions and Privacy Policy

We use cookies to improve your browsing experience. By continuing to browse our website you agree to our use of cookies. To learn more about how we use cookies, please review our privacy policy here.


X