IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ESTADOS UNIDOS MEXICANOS,  )<br>  )<br>   *Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>SMITH & WESSON BRANDS, INC.;  )<br>BARRETT FIREARMS MANUFACTURING,  )<br>INC.; BERETTA U.S.A. CORP.; BERETTA  )<br>HOLDING S.P.A.; CENTURY  )<br>INTERNATIONAL ARMS, INC.; COLT'S  )<br>MANUFACTURING COMPANY LLC;  )<br>GLOCK, INC.; GLOCK GES.M.B.H.;  )<br>STURM, RUGER & CO., INC.;  )<br>WITMER PUBLIC SAFETY GROUP, INC.  )<br>D/B/A INTERSTATE ARMS,  )<br>  )<br>   *Defendants*.  )<br>  ) | C.A. NO: 1:21-CV-11269-FDS |

**MOTION OF PROFESSORS OF TRANSNATIONAL LITIGATION
FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***

The above-identified movants respectfully move this Court for leave to file a brief as *amici curiae* in this case. The proposed brief is attached as an appendix to this motion.

Pursuant to Local Rule 7.1(d), no request for oral argument is made. A Memorandum of Points and Authorities in support of the motion follows. The Plaintiff consents to the filing of this brief; the Defendants have indicated that they take no position with regard to the motion for leave.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The U.S. District Court for the District of Massachusetts has "inherent authority and discretion to appoint amici," and regularly does so in cases of significance. *Boston Gas Co. v.*

1

*Century Indem. Co.*, No. 02-cv-12062, at 2 n.1 (D. Mass. June 21, 2006); *see, e.g., Ruthardt v. United States*, 164 F. Supp. 2d 232, 235 n.1 (D. Mass. 2001); *Strahan v. Coxe*, 939 F. Supp. 963, 966-67 (D. Mass. 1996); *London-Sire Records, Inc. v. Doe 1*, 542 F. Supp. 2d 153, 162 (D. Mass. 2008). "The role of an amicus curiae, meaning 'friend of the court,' is to assist the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass. 2015) (*quoting Sierra Club v. Wagner*, 581 F. Supp. 2d 246, 250 n.1 (D.N.H. 2008)), *aff'd*, 807 F.3d 472 (1st Cir. 2015). Leave to file is generally granted where the proposed brief has "(a) an adequate interest, (b) desirability, and (c) relevance" to the case. *Neonatology Assocs., PA v. Commissioner*, 293 F.3d 128, 131 (3d Cir. 2002).

Movants are well-equipped to serve this role. Movants are sixteen law professors who write and teach about transnational litigation, including questions of extraterritoriality, international law, and international comity. Their names, positions, and qualifications are set out in the appendix to the proposed *amicus* brief. In their Motion to Dismiss, Defendants have raised two questions that fall within movants' areas of professional expertise: (1) whether the Protection of Lawful Commerce in Arms Act applies to claims based on foreign law, and (2) whether international law and international comity permit Mexico to apply its law to U.S. companies. The proposed *amicus* brief addresses only those questions.

For the foregoing reasons, the tendered brief will be of assistance to the Court, and the Movants respectfully request that the motion for leave to file as *amici curiae* be granted.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 31, 2022 | */s/ L. Scott Harshbarger* <br> L. Scott Harshbarger (BBO # 224000) <br> Edward V. Colbert III (BBO #566187) <br> Casner & Edwards LLP <br> 303 Congress Street <br> Boston, MA 02110 <br> (617) 426-5900 <br> harshbarger@casneredwards.com <br> colbert@casneredwards.com |
|  | *Counsel for Movants* |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel met and conferred with counsel for both plaintiff and defendant in a good-faith effort to resolve or narrow the issues raised by this motion. The outcome of that conference is stated above in the first paragraph of this motion.

Dated: January 31, 2022                                     */s/ Edward V. Colbert III*
                                                                              Edward V. Colbert III

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 31, 2022                                     */s/ Edward V. Colbert III*
                                                                              Edward V. Colbert III