UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>*Plaintiff,*<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURN, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS<br><br>*Defendants.* | Civil Action No. 1:21-cv-11269-FDS |

## MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF SCHOLARS OF INTERNATIONAL LAW IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

The below-identified amici hereby respectfully submit this Motion for Leave to File Amici Curiae Brief in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss. The proposed brief is attached. In support of their Motion, the amici state as follows.

While there is no procedural rule governing the filing of amicus briefs in federal district court, "courts have inherent authority and discretion to appoint amici,"[1] and this Court regularly

---

[1] *Boston Gas Co. v. Century Indem. Co.*, No. 02-cv-12062, 2006 WL 1738312, at *1 n.1 (D. Mass. June 21, 2006).

does so in cases of significance.[2] "The role of an amicus curiae, meaning 'friend of the court,' is to assist the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision."[3]

The amici, Thomas Kadner Graziano and Alex Mills, are prominent scholars of international law. Thomas Kadner Graziano is a Professor of Law at the University of Geneva, where he serves as Director of the Transnational Law Program and the Department of Private International Law. Professor Graziano has served as a member of the Swiss delegation to the Hague Conference on Private International Law and a member of the Working Group and Drafting Committee on International Contracts and is the co-founder and a council member of the European Association of Private International Law (EAPIL). Alex Mills is a Professor of Public and Private International Law at University College London, a member of the International Law Association Committee on the Protection of Privacy in Private International and Procedural Law, and on the editorial board of the *International and Comparative Law Quarterly*. The amici have both authored numerous books and articles on and served as experts on matters of private international law. A more detailed summary of Professor Graziano's and Professor Mills's experience, positions, and qualifications are provided in an appendix to their proposed amicus brief.

---

[2] *See, e.g.*, *Boston Parent Coalition for Academic Excellence Corp. v. City of Boston*, No. 21-cv-10330, __ F. Supp. 3d. __, 2021 WL 1422827, at *7 n.13 (D. Mass. Apr. 15, 2021); *Pesce v. Coppinger*, 355 F. Supp. 3d 35, 39 n.1 (D. Mass. 2018); *London-Sire Records, Inc. v. Doe 1*, 542 F. Supp. 2d 153, 162 (D. Mass. 2008); *Ruthardt v. United States*, 164 F. Supp. 2d 232, 235 n.1 (D. Mass. 2001).

[3] *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass. 2015) (quoting *Sierra Club v. Wagner*, 581 F. Supp. 2d 246, 250 n.1 (D.N.H. 2008)), *aff'd*, 807 F.3d 472 (1st Cir. 2015).

With this background, the amici respectfully submit that their expertise may assist the Court in determining issues presented by the defendants' motions to dismiss. The defendants have raised the question of whether the Court can apply the law of Mexico, the place where the alleged harm occurred, to a tort claim against U.S. firearms companies. The amici's proposed brief, which addresses only this question, provides an analysis of comparative material and concludes that the application of Mexican law in this case would be neither contrary to accepted principles of public or private international law nor inconsistent with the practice of other states.

Counsel for the defendants were informed of and indicated that they took no position with regard to this Motion.

WHEREFORE, the amici respectfully request that the Court grant this Motion and grant them leave to file their proposed brief.

Dated: January 31, 2022                                     Respectfully submitted,

                                                            /s/ **Thomas M. Sobol**
                                                            Thomas M. Sobol
                                                            HAGENS BERMAN SOBOL SHAPIRO LLP
                                                            55 Cambridge Parkway, Suite 301
                                                            Cambridge, MA 02142
                                                            Telephone: (617) 482-3700
                                                            Facsimile: (617) 482-3003
                                                            tom@hbsslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF filing system, which will send notice of filing to all counsel of record, and the parties may access the filing through the Court's CM/ECF system.

Dated: January 31, 2022 /s/ Thomas M. Sobol
Thomas M. Sobol

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify pursuant to Local Rule 7.1(a)(2) that I have conferred with counsel for all parties of record to this action regarding this Motion for Leave to File Amici Curiae Brief of Scholars of International Law in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss.

Dated: January 31, 2022 /s/ Thomas M. Sobol
Thomas M. Sobol