UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

ESTADOS UNIDOS MEXICANOS,

        Plaintiff,

    v.

SMITH & WESSON BRANDS, INC., *et al.*,

        Defendants.

1:21-CV-11269-FDS

# MOTION OF LATIN AMERICAN AND CARIBBEAN NATIONS AND NGO FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

Antigua & Barbuda, a sovereign state; Belize, a sovereign state; and the Association for Public Policies, d/b/a/ the Latin American and Caribbean Network for Human Security ("SEHLAC"), which coordinates a network of non-governmental organizations and affiliated professionals seeking the disarmament of the LAC region and the world (together, the "Movants"), respectfully move this Court for leave to file a brief as amici curiae in this case in support of Plaintiff Estados Unidos Mexicanos' Opposition to Defendants' Joint Motion to Dismiss. The proposed brief is attached as an appendix to this motion. Plaintiff consents to the motion; Defendants take no position.

Pursuant to Local Rule 7.1(d), no request for oral argument is made. A Memorandum of Points and Authorities in support of the motion follows.

1

## MEMORANDUM OF POINTS AND AUTHORITIES

The United States District Court for the District of Massachusetts has "inherent authority and discretion to appoint amici," and regularly does so in cases of significance. *Boston Gas Co.* v. *Century Indem. Co.*, No. 02-cv-12062, at 2 n.1 (D. Mass. June 21, 2006); *see, e.g.*, *Ruthardt* v. *United States*, 164 F. Supp. 2d 232, 235 n.1 (D. Mass. 2001); *Strahan* v. *Coxe*, 939 F. Supp. 963, 966–67 (D. Mass. 1996); *London-Sire Records, Inc.* v. *Doe 1*, 542 F. Supp. 2d 153, 162 (D. Mass. 2008). An amicus curiae's role is to "assist the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by [e]nsuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc.* v. *President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass. 2015) (*quoting Sierra Club* v. *Wagner*, 581 F. Supp. 2d 246, 250 n.1 (D.N.H. 2008)), *aff'd*, 807 F.3d 472 (1st Cir. 2015). Leave to file is generally granted where the proposed brief has "(a) an adequate interest, (b) desirability, and (c) relevance" to the case. *Neonatology Assocs., PA* v. *Commissioner*, 293 F.3d 128, 131 (3d Cir. 2002).

Movants have a more than "adequate interest" in this matter, which deeply implicates the safety of the Latin America and Caribbean ("LAC") region. Movants are sovereign LAC nations, along with an association of non-governmental organizations active across the region. As such, Movants are well-positioned to provide to the Court a broader picture of how defendants' business practices affect and afflict the citizens of countries throughout the region. The proposed amicus brief is "desirab[le]" and "relevan[t]" because it offers pertinent information regarding the harms experienced by LAC nations beyond Mexico, as well as how a properly framed remedy would save lives throughout the LAC region.

For the foregoing reasons, the tendered brief will be of assistance to the Court, and the Movants respectfully request that the motion for leave to file as amici curiae be granted.

Dated:    January 31, 2022
          New York, New York

                                  Respectfully submitted,

                                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                              By: /s/ Crystal Parker
                                  Roberto Gonzalez*
                                  Julia Tarver Mason Wood*
                                  2001 K Street, NW
                                  Washington, D.C. 20006-1047
                                  Telephone: (212) 373-3000
                                  rgonzalez@paulweiss.com
                                  jwood@paulweiss.com

                                  Crystal Parker (BBO # 675342)
                                  James G. Mandilk*
                                  Aaron E. Haier*
                                  William I. Taylor*
                                  1285 Avenue of the Americas
                                  New York, New York 10019-6064
                                  cparker@paulweiss.com
                                  jmandilk@paulweiss.com
                                  ahaier@paulweiss.com
                                  wtaylor@paulweiss.com

                                  *Attorneys for Amici Curiae*

                                  *\*Pro hac vice application pending*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for certain proposed *amici* met and conferred with counsel for both Plaintiff and Defendants on behalf of the Movants in a good-faith effort to resolve or narrow the issues raised by this motion. The outcome of that conference is stated above in the first paragraph of this motion.

Dated: January 31, 2022                                    /s/ Crystal Parker_____
                                                                          Crystal Parker

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 31, 2022                                    __/s/ Crystal Parker_____
                                                                          Crystal Parker