UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>        Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP; BERETTA HOLDINGS S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H; STURM RUGER & CO., INC.; WITMER PUBPLIC SAFETY GROUP, INC. D/B/A INTERSATE ARMS,<br><br>        Defendants. | C.A. NO.: 1:21-cv-11269-FDS |

### **MOTION OF GUN VIOLENCE PREVENTION GROUPS FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* REGARDING DEFENDANTS' JOINT MOTION TO DISMISS [D.E. #66]**

Everytown for Gun Safety, Violence Policy Center, Giffords Law Center to Prevent Gun Violence, March for Our Lives Action Fund, Global Exchange, and Newtown Action Alliance respectfully move this Court for leave to file a brief as *amici curiae* in opposition to Defendants' Joint Motion to Dismiss, D.E. #66. The proposed brief is attached as an appendix to this motion. Pursuant to Local Rule 7.1(a)(2), counsel for movants met and conferred with Plaintiff and Defendants. Plaintiff has consented to the filing of this proposed brief, and Defendants have taken no position on the filing of the proposed brief. Pursuant to Local Rule 7.1(d), no request for oral argument is made. A Memorandum of Points and Authorities in support of the motion follows.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The U.S. District Court for the District of Massachusetts has "inherent authority and discretion to appoint amici," and regularly does so in cases of significance. *Boston Gas Co. v. Century Indem. Co.*, No. 02-cv-12062, at 2 n.1 (D. Mass. June 21, 2006). *See also Ruthardt v. United States*, 164 F. Supp. 2d 232, 235 n.1 (D. Mass. 2001); *Strahan v. Coxe*, 939 F. Supp. 963, 966-67 (D. Mass. 1996); *London-Sire Records, Inc. v. Doe 1*, 542 F. Supp. 2d 153, 162 (D. Mass. 2008). "The role of an amicus curiae, meaning 'friend of the court,' is to assist the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass. 2015) (*quoting Sierra Club v. Wagner*, 581 F. Supp. 2d 246, 250 n.1 (D.N.H. 2008)), *aff'd*, 807 F.3d 472 (1st Cir. 2015). Leave to file is generally granted where the proposed brief has "(a) an adequate interest, (b) desirability, and (c) relevance" to the case. *Neonatology Assocs., PA v. Commissioner*, 293 F.3d 128, 131 (3d Cir. 2002).

Movants are well-equipped to serve this role. Movants are six gun violence prevention organizations that share a collective expertise on gun violence and gun trafficking. The organizations hold experience filing briefs in numerous cases implicating gun violence, gun trafficking issues, and the applicability of public nuisance to firearm designs, sales, and marketing. The organizations retain significant expertise and interests in the reduction of gun violence and reform of illegal and irresponsible gun industry practices. In their Motion to Dismiss, Defendants have raised arguments relevant to the application of public nuisance law in this case, a question

that falls within movants' areas of professional expertise.  The proposed *amicus* brief addresses only that question.

    For the foregoing reasons, the tendered brief will be of assistance to the Court, and the Movants respectfully request that the motion for leave to file as *amici curiae* be granted.

Dated: January 31, 2022

                                  MARTEN LAW LLP

                                  */s/ James B. Pollack*
                                  James B. Pollack, BBO #707616
                                  77 Sleeper Street
                                  Boston, MA 02210
                                  Telephone: (206) 434-0679
                                  Fax: (206) 292-2601
                                  jpollack@martenlaw.com

                                  */s/ Lawson E. Fite*
                                  Lawson E. Fite, OSB #055573
                                  Application *pro hac vice* pending
                                  1050 SW 6th Avenue, Suite 2150
                                  Portland, OR 97204
                                  Telephone: (503) 243-2200
                                  Fax: (503) 243-2202
                                  lfite@martenlaw.com

                                  *Attorneys for proposed* amici curiae *Everytown for Gun Safety, Violence Policy Center, Giffords Law Center to Prevent Gun Violence, March For Our Lives, Global Exchange, and Newtown Action Alliance.*

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for movants met and conferred with counsel for both plaintiff and defendant in a good-faith effort to resolve or narrow the issues raised by this motion. The outcome of that conference is stated above in the first paragraph of this motion.

Dated: January 31, 2022

*/s/ James B. Pollack*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Everytown for Gun Safety, Violence Policy Center, Giffords Law Center to Prevent Gun Violence, March For Our Lives Action Fund, Global Exchange, and Newtown Action Alliance state that they are not-for-profit corporations. Each certifies that it has no parent corporation and that no publicly-held corporation owns ten percent or more of its stock.

Dated: January 31, 2022

MARTEN LAW LLP

*/s/ James B. Pollack*
James B. Pollack
77 Sleeper Street
Boston, MA 02210
Telephone: (206) 434-0679
Fax: (206) 292-2601
jpollack@martenlaw.com

*/s/ Lawson E. Fite*
Lawson E. Fite
Application *pro hac vice* pending
1050 SW 6th Avenue, Suite 2150
Portland, OR 97204
Telephone: (503) 243-2200
Fax: (503) 243-2202
lfite@martenlaw.com

*Attorneys for proposed amici curiae Everytown for Gun Safety, Violence Policy Center, Giffords Law Center to Prevent Gun Violence, March For Our Lives, Global Exchange, and Newtown Action Alliance.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2022, I filed the foregoing using CM/ECF which caused the parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Date: January 31, 2022.

*/s/ James B. Pollack*