Exhibit A

# LICENSED GUN DEALERS IN THE UNITED STATES AND MEXICO

**1** — LICENSED DEALERS IN MEXICO

**52,300** — LICENSED DEALERS IN THE CONTINENTAL UNITED STATES

**73** — LICENSED DEALERS IN U.S. TERRITORIES

**97** — LICENSED DEALERS IN THE STATE OF HAWAII

**503** — LICENSED DEALERS IN THE STATE OF ALASKA

SOURCE: BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES. INCLUDES ONLY TYPE I FEDERAL FIREARM LICENSES AS OF JANUARY 2021.