IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ESTADOS UNIDOS MEXICANOS, <br><br> *Plaintiff*, <br><br> v. <br><br> SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS, INC., <br><br> *Defendants*. | C.A. NO: 1:21-CV-11269-FDS |

## NOTICE OF APPEARANCE OF JOHN A. FREEDMAN

To the Clerk of this Court and all parties of record:

Please enter my appearance as additional counsel (co-counsel with David Duncan, Zalkind Duncan & Bernstein LLP) for non-party group of Mexican activists, scholars, and victims, which will be seeking leave to file an amicus brief in support of plaintiff's opposition to defendants' motion to dismiss.

I certify that I am admitted to practice in this Court.

Dated: January 31, 2022

Respectfully submitted,

*/s/ John A. Freedman*
John A. Freedman (BBO #629778)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000
john.freedman@arnoldporter.com

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 31, 2022, a true copy of the above document was served upon all parties by electronic filing.

                                                */s/ John A. Freedman*
                                                John A. Freedman