UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>  Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP; BERETTA HOLDINGS S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H; STURM RUGER & CO., INC.; WITMER PUBPLIC SAFETY GROUP, INC. D/B/A INTERSATE ARMS,<br><br>  Defendants. | CIVIL ACTION NO.: 1:21-cv-11269-FDS |

## MOTION TO ADMIT LAWSON E. FITE *PRO HAC VICE*

I, James B. Pollack, am a member in good standing of the bar of this Court and the attorney of record for Everytown for Gun Safety, Violence Policy Center, Giffords Law Center to Prevent Gun Violence, March For Our Lives, Global Exchange, and Newtown Action Alliance. My Massachusetts BBO number is 707616.

Pursuant to Local Rule 83.5.3, I am moving for the admission of Lawson E. Fite to appear *pro hac vice* in this case as counsel for Everytown for Gun Safety, Violence Policy Center, Giffords Law Center to Prevent Gun Violence, March For Our Lives, Global Exchange, and Newtown Action Alliance. Mr. Fite is a member of the bar of the United States District Courts for the District of Oregon, Western District of Washington, Eastern District of Washington, District of Columbia and District of Montana, the United States Courts of Appeals for the Fourth, Ninth, Tenth, District of Columbia, and Federal Circuits, and the United States Supreme Court. I have verified that Mr.

Fite is a member in good standing of the bars to which he is admitted, and his Rule 83.5.3 (e)(3) signed certification is attached to this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting Lawson E. Fite as counsel for Everytown for Gun Safety, Violence Policy Center, Giffords Law Center to Prevent Gun Violence, March For Our Lives, Global Exchange, and Newtown Action Alliance in the above-captioned case.

Date: January 31, 2022.

                                              Respectfully submitted,

                                              MARTEN LAW LLP

                                              */s James B. Pollack*
                                              James B. Pollack, BBO #707616
                                              77 Sleeper Street
                                              Boston, MA 02210
                                              Telephone: (206) 434-0679
                                              Fax: (206) 292-2601
                                              jpollack@martenlaw.com

## CERTIFICATION OF LAWSON E. FITE

I, Lawson E. Fite, certify as follows:

1. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. Specifically, I am a member in good standing of the bar of the United States District Courts for the District of Oregon, Western District of Washington, Eastern District of Washington, District of Columbia and District of Montana, the United States Courts of Appeals for the Fourth, Ninth, and Tenth Circuits, and the United States Supreme Court.

2. I am not the subject of any disciplinary proceedings pending in any jurisdiction.

3. I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Date: January 31, 2022.

                                              MARTEN LAW LLP

                                              */s Lawson E. Fite*
Lawson E. Fite
1050 SW 6th Avenue, Suite 2150
Portland, OR 97204
Telephone: (503) 243-2200
Fax: (503) 243-2202
lfite@martenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, I filed the foregoing using CM/ECF which caused the parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Date: January 31, 2022.

<em>/s James B. Pollack</em>