UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS<br><br>Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.,<br><br>Defendants. | No. 1:21-cv-11269-FDS |

**MOTION FOR ADMISSION *PRO HAC VICE***

Now comes Crystal L. Parker, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Roberto Gonzalez, Julia Tarver Mason Wood, James Mandilk, Aaron Haier, and William Taylor.

As set forth in the accompanying certifications, Roberto Gonzalez, Julia Tarver Mason Wood, James Mandilk, Aaron Haier, and William Taylor certify that (1) they are members of the bar in good standing in every jurisdiction in which they have been admitted to practice, (2) there are no disciplinary proceedings pending against them as a member of the bar in any jurisdiction, and (3) they are familiar with and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: February 2, 2022

                                    Respectfully Submitted,

By: /s/ Crystal L. Parker
      Crystal L. Parker (BBO # 675342)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
cparker@paulweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By: /s/ Crystal L. Parker
     Crystal L. Parker