UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS<br><br>Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.,<br><br>Defendants. | No. 1:21-cv-11269-FDS |

## CERTIFICATION OF ROBERTO GONZALEZ FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Roberto Gonzalez, hereby certify that:

1. I am a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, and I am admitted to the bar of the District of Columbia.[1]

2. I am a member of good standing in every jurisdiction where I have been admitted to practice.[2]

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

---

[1] I have also been admitted to the California bar, but I have recently changed my California bar membership status to inactive.

[2] As stated in footnote 1, while I have been admitted to the California bar, I have recently changed my California bar membership status to inactive.

2

4.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct and that I have executed this certification on February 2, 2022 in New York, New York.

                                                                                                          /s/   Roberto Gonzalez
                                                                                                             Roberto Gonzalez