# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ESTADOS UNIDOS MEXICANOS

Plaintiff,

v.

SMITH & WESSON BRANDS, INC.,

Defendants.

No. 1:21-cv-11269-FDS

## CERTIFICATION OF JULIA TARVER MASON WOOD FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Julia Tarver Mason Wood, hereby certify that:

1.      I am a Partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street, NW, Washington, D.C. 20006-1047, and I am admitted to the bar of the State of New York and the District of Columbia.

2.      I am a member of good standing in every jurisdiction where I have been admitted to practice.

3.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct and that I have executed this certification on February 2, 2022 in Washington, D.C.

_/s/_ Julia Tarver Mason Wood
Julia Tarver Mason Wood