**Exhibit A**




# LICENSED GUN DEALERS IN THE UNITED STATES AND MEXICO

**52,300** LICENSED DEALERS IN THE CONTINENTAL UNITED STATES

**503** LICENSED DEALERS IN THE STATE OF ALASKSA

**97** LICENSED DEALERS IN THE STATE OF HAWAII

**73** LICENSED DEALERS IN U.S. TERRITORIES

**1** LICENSED DEALERS IN MEXICO

SOURCE: BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES. INCLUDES ONLY TYPE I FEDERAL FIREARM LICENSES AS OF JANUARY 2021.