**Exhibit B**

# Barrett

## M82A anti-armor sniper rifle



1

**Exhibit B**

# Century International Arms

## WASR-10 AK-type assault rifle



**Exhibit B**

# Century International Arms

## Mini-Draco AK-type assault pistol with drum magazine



**Exhibit B**

# Colt's

## M4 AR-type assault rifle



# Smith & Wesson

## M&P15 assault rifle



**Exhibit B**

# Glock large-capacity semiautomatic pistols

## Model 18 with extended large-capacity magazine



**Exhibit B**

# Glock

## Pistol with 50-round drum magazine



**Exhibit B**

# Glock

## Model 19 with 31-round large-capacity magazine



**Exhibit B**

# Beretta large-capacity semiautomatic pistol
## Model 92 with 30-round large-capacity magazine

