# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ESTADOS UNIDOS MEXICANOS, | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO.: 1:21-cv-11269FDS** |
| | ) | |
| v. | ) | |
| | ) | |
| SMITH & WESSON BRANDS, INC.; | ) | |
| BARRETT FIREARMS | ) | |
| MANUFACTURING, INC.; BERETTA | ) | |
| U.S.A. CORP; BERETTA HOLDINGS | ) | |
| S.P.A.; CENTURY INTERNATIONAL | ) | |
| ARMS, INC.; COLTS MANUFACTURING | ) | |
| COMPANY LLC; GLOCK, INC.; GLOCK | ) | |
| GES.M.B.H; STURN, RUGER & CO., | ) | |
| INC.; WITMER PUBPLIC SAFETY | ) | |
| GROUP, INC. D/B/A INTERSATE ARMS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Wendy K. Venoit of Cozen O'Connor on behalf of Defendant, Beretta U.S.A. Corp.

BERETTA U.S.A. CORP.

By their attorney:

Dated: February 4, 2022

Wendy K. Venoit (BBO No. 568657)
Cozen O'Connor
101 Arch Street
Boston, Massachusetts 02109
(860) 918-5255
wvenoit@cozen.com

LEGAL\56249317\1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was filed through the CM/ECF system and will be sent electronically to all counsel of record as identified on the NEF on February 4, 2022.

Wendy K. Venoit, Esq.

2