UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SMITH & WESSON BRANDS, INC.; ) <br> BARRETT FIREARMS ) <br> MANUFACTURING, INC.; BERETTA ) <br> U.S.A. CORP; BERETTA HOLDINGS ) <br> S.P.A.; CENTURY INTERNATIONAL ) <br> ARMS, INC.; COLTS MANUFACTURING ) <br> COMPANY LLC; GLOCK, INC.; GLOCK ) <br> GES.M.B.H; STURN, RUGER & CO., ) <br> INC.; WITMER PUBPLIC SAFETY ) <br> GROUP, INC. D/B/A INTERSATE ARMS, ) <br> ) <br> Defendants. ) <br> ) | **CIVIL ACTION NO.: 1:21-cv-11269FDS** |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Michael A. Savino as counsel for Defendant Beretta U.S.A. Corp. Wendy K. Venoit of Cozen O'Connor will remain as counsel for Defendant.

Dated: February 4, 2022

BERETTA U.S.A. CORP.

By their attorney:

*/s/ Wendy Venoit*

Wendy K. Venoit (BBO No. 568657)
Cozen O'Connor
101 Arch Street
Boston, Massachusetts 02109
(860) 918-5255
wvenoit@cozen.com

LEGAL\56249509\1

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that the foregoing document was filed through the CM/ECF system and will be sent electronically to all counsel of record as identified on the NEF on February 4, 2022.

*/s/ Wendy Venoit*

Wendy K. Venoit, Esq.