# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, <br><br> Plaintiff, <br><br> v. <br><br> SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP; BERETTA HOLDINGS S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H; STURM RUGER & CO., INC.; WITMER PUBPLIC SAFETY GROUP, INC. D/B/A INTERSATE ARMS, <br><br> Defendants. | C.A. NO.: 1:21-cv-11269-FDS |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Lawson E. Fite, admitted *pro hac vice* pursuant to LCivR 83.5.3(e), as counsel for non-parties and *amici curiae* Everytown for Gun Safety, Violence Policy Center, Giffords Law Center to Prevent Gun Violence, March For Our Lives, Global Exchange, and Newtown Action Alliance. Papers and pleadings may be served on Mr. Fite at the address below.

Dated: February 7, 2022

                MARTEN LAW LLP

                */s/ Lawson E. Fite*
                Lawson E. Fite, OSB #055573
                (Admitted *pro hac vice*)
                1050 SW 6th Avenue, Suite 2150

Portland, OR 97204
Telephone: (503) 243-2200
Fax: (503) 243-2202
lfite@martenlaw.com

*Attorneys for proposed* amici curiae *Everytown for Gun Safety, Violence Policy Center, Giffords Law Center to Prevent Gun Violence, March For Our Lives, Global Exchange, and Newtown Action Alliance.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2022, I filed the foregoing using CM/ECF which caused the parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Date: February 7, 2022.

>*/s/ Lawson E. Fite*
>Lawson E. Fite