UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., *et al.*,<br><br>Defendants. | 1:21-CV-11269-FDS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter my appearance on behalf of Antigua & Barbuda, Belize, and Association for Public Policies as amici curiae in the above-captioned matter.

Respectfully submitted,

Dated: February 8, 2022

    */s/ James G. Mandilk*
James G. Mandilk (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
jmandilk@paulweiss.com

1

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 8, 2022                               /s/ *James G. Mandilk*
                                                      James G. Mandilk