UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ESTADOS UNIDOS MEXICANOS
    Plaintiff,

v.

SMITH & WESSON BRANDS, INC.;
BARRETT FIREARMS MANUFACTURING,
INC.; BERETTA U.S.A. CORP.; BERETTA
HOLDING S.P.A.; CENTURY
INTERNATIONAL ARMS, INC.; COLT'S
MANUFACTURING COMPANY LLC;
GLOCK, INC.; GLOCK GES.M.B.H.;
STURM, RUGER & CO., INC.;
WITMER PUBLIC SAFETY GROUP, INC.
D/B/A INTERSTATE ARMS,
    Defendants.

C.A. NO: 1:21-CV-11269-FDS

## ASSENTED-TO MOTION REGARDING SCHEDULE AND PAGE LIMITS FOR ANTICIPATED REPLY BRIEFS BY DEFENDANTS

Defendants Smith & Wesson Brands, Inc., Barrett Firearms Manufacturing, Inc., Beretta U.S.A. Corp., Colt's Manufacturing Company LLC, Glock, Inc., Sturm, Ruger & Co., Inc., Century International Arms, Inc., and Witmer Public Safety Group, Inc. ("Defendants[1]"), with the assent of Plaintiff, move under Local Rule 7.1(a)(1) for an order revising the current briefing schedule to allow Defendants a two week extension to file their reply briefs, and an extra ten pages for their reply to the Joint Motion, both related to the numerous and unanticipated amici filings supporting Plaintiff's positions opposing the motions.

In support thereof, the above identified Parties state as follows:

1. An assented to briefing schedule was submitted to this Court (Doc. 19), which was granted by the Court. (Doc. 39).

2. Defendants served motions to dismiss pursuant to FRCP 12(b) on November 22, 2021. These motions included a "Joint Motion" pursuant to FRCP 12(b)(1) and 12(b)(6) served on behalf of all Defendants (Docs. 66 and 67).

---

[1] On December 31, 2021, Plaintiff voluntarily dismissed from this action defendants Beretta Holding S.p.A. and Glock Ges.m.b.H.. Doc. 81.

3. Plaintiff served its oppositions to the 12(b) motions to dismiss on January 31, 2022 (Docs. 97-104, 108, and 111).

4. In addition to Plaintiff's opposition briefs, numerous amici parties filed briefs in support of Plaintiff's arguments (Docs. 96, 105, 109, 112, 113, 121 and 125). Defendants were not aware that such briefing was being contemplated until January 28, 2022. As such, Defendants did not consider responding to the arguments of amici parties when the initial briefing schedule was being formulated.

5. Defendants sought the consent from Plaintiff's counsel for a two-week extension of time to file all reply briefs, and a 10 page extension on the current 25 page limitation for Defendants' reply to the Joint Motion, primarily due to the voluminous nature of the amici filings. Plaintiff assented.

6. Pursuant to Local Rule 7.1(a)(1), "At the earliest practicable time, the judicial officer shall establish a framework for the disposition of motions, which, at the discretion of the judicial officer, may include specific deadlines or general time guidelines for filing motions. This framework may be amended from time to time by the judicial officer as required by the progress of the case."

7. To minimize the burden of the Parties and the Court, to simplify the presentation of arguments and reduce redundancies in arguments, and in recognition of the complexity of the claims alleged, the Parties seek to amend the briefing schedule as follows:

**FRCP 12(b)(1) and FRCP 12(b)(6) Joint Briefing**:

Reply Briefs. Defendants may file a joint reply in support of their Joint Motion to dismiss and memorandum of law not to exceed 35 pages. This brief shall be filed on or before March 14, 2022.

**FRCP 12(b)(2) Individual Briefing**:

> <u>Reply Briefs</u>. Defendants may file replies in support of their individual supplemental memorandums not to exceed 15 pages each. These briefs shall be filed on or before March 14, 2022.

8. The Parties have conferred and agree that the briefing format outlined above will streamline arguments and reduce the burden on the Court (and the Parties), while still permitting the Court to fully consider the Parties' arguments.

9. The deadlines are proposed in good faith and not for the purposes of delay.

10. This assented-to motion is without prejudice to the Plaintiff's right to seek to file sur-reply briefs under the standards governing such requests.

WHEREFORE, the Defendants request that the Court grant their assented-to motion setting the page limits, format, and deadlines for motion to dismiss briefing pursuant to the Parties' agreement.

Dated:  February 11, 2022

Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>Estados Unidos Mexicanos<br>By its attorneys, | Defendant,<br>Glock, Inc.,<br>By its attorneys, |

| | |
|---|---|
|     */s/ Richard M. Brunell*<br>Richard M. Brunell, BBO No. 544236<br>rbrunell@shadowenpllc<br>Steve Shadowen (phv)<br>sshadowen@shadowenpllc.com<br>Nicholas Shadowen (phv)<br>nshadowen@shadowenpllc.com<br>SHADOWEN PLLC<br>1135 W. 6th Street, Suite 125<br>Austin, TX 78703<br>T: (855) 344-3298<br><br>and<br><br>Jonathan E. Lowy (phv)<br>jlowy@bradyunited.org<br>Brady United Against Gun Violence<br>840 1st Street, NE, #400<br>Washington, DC 20001<br>T: (202) 370-8104 | Peter M. Durney, BBO No. 139260<br>pdurney@cornellgollub.com<br>Patricia A. Hartnett, BBO No. 568206<br>phartnett@cornellgollub.com<br>CORNELL & GOLLUB<br>88 Broad Street, Sixth Floor<br>Boston, MA 02110<br>T: (617) 482-8100<br><br>and<br><br>    */s/ Jeffrey Malsch*<br>John F. Renzulli (phv)<br>jrenzulli@renzullilaw.com<br>Christopher Renzulli (phv)<br>crenzulli@renzullilaw.com<br>Jeffrey Malsch (phv)<br>jmalsch@renzullilaw.com<br>RENZULLI LAW FIRM LLC<br>One North Broadway, Suite 1005<br>White Plains, NY 10601<br>T: (914) 285-0700 |

| | |
|---|---|
| Defendant,<br>Smith & Wesson Brands, Inc.,<br>By its attorneys, | Defendant,<br>Barrett Firearms Manufacturing, Inc.,<br>By its attorneys, |
| /s/ Andrew E. Lelling<br>Andrew E. Lelling, BBO No. 631859<br>alelling@jonesday.com<br>JONES DAY<br>100 High Street<br>Boston, MA  02110-1781<br>T: (617) 449.6856 | /s/ James Campbell<br>James M. Campbell, BBO No.<br>jmcampbell@campbell-trial-lawyers.com<br>CAMPBELL CONROY & O'NEIL, P.C.<br>1 Constitution Wharf, Suite 310<br>Boston, MA 02129<br>T: (617) 241-3000 |
| and | and |
| Noel J. Francisco (phv)<br>njfrancisco@jonesday.com<br>Anthony J. Dick (phv)<br>ajdick@jonesday.com<br>JONES DAY<br>51 Louisiana Ave NW<br>Washington DC 20001-2113<br>T: (202) 879.7679 | James W. Porter (phv)<br>jwporterii@pphlaw.net<br>Warren Kinney (phv)<br>wkinney@pphlaw.net<br>PORTER PORTER & HASSINGER, P.C.<br>880 Montclair Road, Suite 175<br>Birmingham, Alabama 35213<br>T: (205) 322-1744 |
| Defendant,<br>Beretta U.S.A. Corp.,<br>By its attorneys, | Defendant,<br>Colt's Manufacturing Company LLC,<br>By its attorneys, |
| /s/ John McDonald<br>John K. McDonald (phv)<br>JMcDonald@cozen.com<br>Michael de Leeuw (phv)<br>MdeLeeuw@cozen.com<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>T: (215) 864-8046 | /s/ John O'Neill<br>John G. O'Neill, BBO No. 630272<br>oneill@sugarmanrogers.com<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, Suite #900<br>Boston, MA 02114<br>T: (617) 227-3030 |
| and | and |
| Wendy K. Venoit (BBO No. 568657)<br>wvenoit@cozen.com<br>Cozen O'Connor<br>101 Arch Street<br>Boston, Massachusetts 02109<br>(860) 918-5255 | Michael L. Rice (phv)<br>mikerice@hlawllc.com<br>Harrison Law LLC<br>141 West Jackson Boulevard<br>Suite 2055<br>Chicago, IL 60604<br>T: (312) 638-8776 |

<table>
<tr><td>

Defendant,
Sturm, Ruger & Co., Inc.,
By its attorneys,


    */s/ Jonathan Handler*
Jonathan I. Handler, BBO No. 561475
jihandler@daypitney.com
Day Pitney LLP
One Federal Street, 29th Floor
Boston MA 02110
T: (617) 345 4734

and

James Vogts (phv)
jvogts@smbtrials.com
SWANSON, MARTIN & BELL LLP
330 N. Wabash Suite 3300
Chicago, IL 60611
T: (312) 222-8517

Defendant,
Century International Arms, Inc.,
By its attorneys,


    */s/ Joseph Yannetti*
Joseph G. Yannetti, BBO No. 669008
jyannetti@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street, Boston, MA  02210
T: (617) 439-7585

and

Anthony Pisciotti (phv)
apisciotti@pisciotti.com
Danny Lallis (phv)
dlallis@pisciotti.com
Ryan Erdreich (phv)
rerdreich@pisciotti.com
PISCIOTTI LALLIS ERDREICH
30 Columbia Turnpike, Suite. 205
Florham Park, NJ 07932
T: (973) 245-8100

</td><td>

Defendant,
Witmer Public Safety Group, Inc.,
By its attorneys,


    */s/ S. Jan Hueber*
S. Jan Hueber (phv)
hueber@litchfieldcavo.com
LITCHFIELD CAVO LLP
100 Throckmorton St., Ste. 500
Fort Worth, TX 76102
T: (817) 945-8025

and

Nora R. Adukonis, BBO #675932
adukonis@litchfieldcavo.com
LITCHFIELD CAVO LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940-2682
(781) 309-1500

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I, Jeffrey Malsch, attorney for the defendant, Glock, Inc., hereby certify that on the 11th day of February, 2022, a true copy of the foregoing was filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be served by first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

                                                */s/ Jeffrey Malsch*

Jeffrey Malsch
jmalsch@renzullilaw.com