# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SMITH & WESSON BRANDS, INC.; ) <br> BARRETT FIREARMS ) <br> MANUFACTURING, INC.; BERETTA ) <br> U.S.A. CORP; BERETTA HOLDINGS ) <br> S.P.A.; CENTURY INTERNATIONAL ) <br> ARMS, INC.; COLTS MANUFACTURING ) <br> COMPANY LLC; GLOCK, INC.; GLOCK ) <br> GES.M.B.H; STURN, RUGER & CO., ) <br> INC.; WITMER PUBPLIC SAFETY ) <br> GROUP, INC. D/B/A INTERSATE ARMS, ) <br> ) <br> Defendants. ) <br> ) | **CIVIL ACTION NO.: 1:21-cv-11269FDS** |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael B. de Leeuw on behalf of Beretta U.S.A. Corp. in the above-captioned matter.

        Respectfully submitted,

        The defendant,
        BERETTA U.S.A. CORP.

        By its attorneys,

        */s/ Michael B. de Leeuw*
        Michael B. de Leeuw, Esq.
        Cozen O'Connor
        3 WTC, 175 Greenwich Street, 55th Floor
        New York, NY 10007
        Phone: (212) 908-1233
        Email: Mdeleeuw@cozen.com

Dated:  March  14 2022

## **CERTIFICATE OF SERVICE**

I, Michael B. de Leeuw, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants on this 14 day of March, 2022.

> */s/ Michael B. de Leeuw*
> Michael B. de Leeuw, Esq.