# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ESTADOS UNIDOS MEXICANOS,
*Plaintiff,*

vs.

SMITH & WESSON BRANDS, INC.,
et al.,

*Defendants.*

Civil Action No. 1:21-cv-11269

## MOTION TO ADMIT TINA J. MIRANDA *PRO HAC VICE*

I, Richard M. Brunell, am a member in good standing of the bar of this Court and the attorney of record for the Plaintiff, Estados Unidos Mexicanos. My bar number is 544236. Pursuant to Local Rule 83.5.3, I am moving for the admission of Tina J. Miranda to appear pro hac vice in this case as counsel for the Plaintiff. Ms. Miranda is a member of the bars of the Supreme Court of Texas, the Eastern District of Texas, the Southern District of Texas, the Western District of Texas, the United States Court of Appeals for the Fifth Circuit, and the United States Supreme Court. I have verified that Ms. Miranda is a member in good standing of the bars to which she is admitted, and her Rule 83.5.3 (e)(3) signed certification is attached to this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting Tina J. Miranda as counsel for the Plaintiff in the above-captioned case.

Date: March 21, 2022                                Respectfully submitted,

                                                      *s/ Richard M. Brunell*
                                                    Richard M. Brunell, BBO# 544236
                                                    Shadowen PLLC
                                                    1135 W. 6th Street, Suite 125
                                                    Austin, TX 78703
                                                    (855) 344-3298
                                                    rbrunell@shadowenpllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2022, this Motion for Admission *Pro Hac Vice* was served via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

Date: March 21, 2022                                *s/ Richard M. Brunell*
                                                    Richard M. Brunell, BBO# 544236

## CERTIFICATION OF TINA J. MIRANDA

I, Tina J. Miranda, certify as follows:

1. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. Specifically, I am a member in good standing of the bars of the Supreme Court of Texas, the Eastern District of Texas, the Southern District of Texas, the Western District of Texas, the United States Court of Appeals for the Fifth Circuit, and the United States Supreme Court.

2. I am not the subject of any disciplinary proceedings pending in any jurisdiction.

3. I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Date: March 21, 2022

*s/ Tina J. Miranda*
Tina J. Miranda
Texas Bar No. 24026139