

ONE NORTH BROADWAY, SUITE 1005
WHITE PLAINS, NY 10601
TEL (914) 285-0700 ■ FAX (914) 285-1213
www.renzullilaw.com

April 1, 2022

<u>VIA ECF</u>

The Honorable F. Dennis Saylor, IV
Chief Judge, United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

     Re: *Estados Unidos Mexicanos v. Smith & Wesson Brands, Inc., et al.*
        **U.S. District Court for the District of Massachusetts**
        <u>**Civil Action No.: 1:21-cv-11269-FDS**</u>

Dear Chief Judge Saylor:

The parties write to jointly request that the pending Motions to Dismiss ("MTD") filed by all defendants, and scheduled to be argued before Your Honor on April 12, 2022, be presented in the following order:

1) Defendants' Joint MTD based on 12(b)(1) and 12(b)(6) grounds;
2) Defendants' MTD based on 12(b)(2) grounds;
3) Defendant Colt's MTD specifically addressing the Connecticut Unfair Trade Practices Act issues;
4) Defendant S&W's MTD specifically addressing the Massachusetts Consumer Protection Act (Chapter 93A) issues; and
5) Defendant Witmer's MTD addressing issues unique to Witmer.

It is anticipated that one attorney on behalf of all defendants will address the issues presented in the Joint MTD and the overlapping arguments presented in the personal jurisdiction motions. However, counsel for each defendant will be prepared to address any specific questions from the Court as to defendant specific jurisdictional issues.

*Estados Unidos Mexicanos v. Glock, Inc., et al.*
*1:21-cv-11269-FDS*
*April 1, 2022*
*Page 2*

If the Court any questions or concerns prior to the hearing, the parties are available to address them.

                Respectfully submitted,

                **RENZULLI LAW FIRM, LLP**

                *s/ Jeffrey Malsch*

                Jeffrey Malsch

cc:    All Counsel of Record (via ECF)