IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ESTADOS UNIDOS MEXICANOS,
*Plaintiff,*

vs.

SMITH & WESSON BRANDS, INC.,
et al.

*Defendants.*

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, Estados Unidos Mexicanos.

Date: April 11, 2022

*s/ Tina J. Miranda*
Tina J. Miranda,
Admitted *Pro Hac Vice*
Shadowen PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703
tmiranda@shadowenpllc.com
(855) 344-3298

## CERTIFICATE OF SERVICE

 I, Tina J. Miranda, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. Those attorney who are registered with the Court's electronic filing system may access this filing this filing will be sent to these parties by operation of the Court's electronic filings system.

Dated: April 11, 2022                Respectfully Submitted