# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>SMITH & WESSON BRANDS, INC.; )<br>BARRETT FIREARMS )<br>MANUFACTURING, INC.; BERETTA )<br>U.S.A. CORP; BERETTA HOLDINGS )<br>S.P.A.; CENTURY INTERNATIONAL )<br>ARMS, INC.; COLTS MANUFACTURING)<br>COMPANY LLC; GLOCK, INC.; GLOCK )<br>GES.M.B.H; STURN, RUGER & CO., )<br>INC.; WITMER PUBPLIC SAFETY )<br>GROUP, INC. D/B/A INTERSATE ARMS, )<br>)<br>        Defendants. )<br>) | **CIVIL ACTION NO.: 1:21-cv-11269FDS** |

## NOTICE OF APPEARANCE

Please enter the appearance of John K. McDonald on behalf of Beretta U.S.A. Corp. in the above-captioned matter.

        Respectfully submitted,

        The defendant,
        BERETTA U.S.A. CORP.

        By its attorneys,

        */s/ John K. McDonald*
        John K. McDonald, Esq.
        Cozen O'Connor
        One Liberty Place
        1650 Market Street - Suite 2800
        Philadelphia, PA 19103
        Phone - (215) 864-8046
        JMcDonald@cozen.com

Dated:  April 12, 2022

**CERTIFICATE OF SERVICE**

    I, John K. McDonald, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 12th day of April 2022.

                                            /s/ *John K. McDonald*
                                            John K. McDonald, Esq.

LEGAL\56719918\1