# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Estados Unidos Mexicanos**
   Plaintiff

 V.

**Smith & Wesson Brands, Inc. et al**
   Defendant

CIVIL ACTION

NO. 21-11269-FDS

## ORDER OF DISMISSAL

Saylor, C. J.

 In accordance with the Court's Memorandum and Order dated September 30, 2022, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                By the Court,

10/1/2022             /s/ Flaviana de Oliveira
 Date               Deputy Clerk