IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ESTADOS UNIDOS MEXICANOS,
         *Plaintiff,*

  *vs.*

SMITH & WESSON BRANDS, INC., et al.,
         *Defendants.*

Civil Action No. 1:21-CV-11269-FDS

**NOTICE OF APPEAL**

    Notice is hereby given that Estados Unidos Mexicanos, the Plaintiff in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit from the Order of Dismissal dated October 1, 2022 and entered in this action on October 17, 2022.

Dated: October 26, 2022

Respectfully submitted,

s/ Steve D. Shadowen
Steve D. Shadowen (*pro hac vice*)
Richard M. Brunell (BBO# 544236)
Nicholas W. Shadowen (*pro hac vice*)
SHADOWEN PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703
Phone: 855-344-3298
sshadowen@shadowenpllc.com
rbrunell@shadowenpllc.com
nshadowen@shadowenpllc.com

s/ Jonathan E. Lowy
Jonathan E. Lowy (*pro hac vice*)
Global Action on Gun Violence
1025 Connecticut Avenue NW, #1210
Washington, DC 20036
Phone: (202) 415-0691
jlowy@actiononguns.org

## CERTIFICATE OF SERVICE

      I, Steve D. Shadowen, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. Those attorneys who are registered with the Court's electronic filing systems may access this filing through the Court's CM/ECF system, and notice of this filing will be sent to these parties by operation of the Court's electronic filings system.

Dated: October 26, 2022                                                          Respectfully submitted,

                                                                                   /s/ *Steve D. Shadowen*
                                                                                   Steve D. Shadowen