# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:          Estados Unidos Mexicanos v. Smith & Wesson Brands, Inc. et al

District Court Number:          21cv11269-FDS

Fee:     Paid?   Yes __X__   No _____   Government filer _____   *In Forma Pauperis* Yes _____   No _____

Motions Pending          Yes _____ No __X__          Sealed documents          Yes _____ No __X__
*If yes, document #*          _____          *If yes, document #*          _____

*Ex parte* documents          Yes _____ No __X__          Transcripts          Yes __X__ No _____
*If yes, document #*          _____          *If yes, document #*          172

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent _____   Other: _____

Appeal from:

## #163 Memorandum and Order, #174 Order of Dismissal
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #163, #174, and #175
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __175_____ filed on __October 26, 2022_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __October 26, 2022__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**