# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, <br><br> Plaintiff, <br><br> v. <br><br> SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING CO. LLC; GLOCK, INC.; STURM RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS, <br><br> Defendants. | Case No. 1:21-cv-11269-FDS |

## NOTICE OF APPEARANCE OF
## <u>MICHAEL T. MULLALY</u>

Kindly enter the appearance of Michael T. Mullaly of Squire Patton Boggs (US) LLP as counsel for Defendant, Beretta U.S.A. Corp.

Dated: February 7, 2024

Respectfully submitted,

/s/ Michael T. Mullaly
Michael T. Mullaly (B.B.O. # 672908)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
T +1 614 365 2700
F +1 614 365 2499
michael.mullaly@squirepb.com

*Counsel for Defendant, Beretta U.S.A. Corp.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that, on February 7, 2024, the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/ Michael T. Mullaly
                                        Michael T. Mullaly