# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ESTADOS UNIDOS MEXICANOS, </br></br> Plaintiff, </br></br> v. </br></br> SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING CO. LLC; GLOCK, INC.; STURM RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS, </br></br> Defendants. | Case No. 1:21-cv-11269-FDS |

## ASSENTED-TO MOTION TO ADMIT MARK D. SHERIDAN *PRO HAC VICE* AS COUNSEL FOR DEFENDANT BERETTA U.S.A. CORPORATION

Michael T. Mullaly, a member of the Bar of this Court and an attorney with the firm of Squire Patton Boggs (US) LLP, respectfully moves pursuant to Local Rule 83.5.3(e) for the admission of Mark D. Sheridan to the Bar of this Court, *pro hac vice*, as counsel for Defendant, Beretta U.S.A. Corp.

In support of this Motion, undersigned counsel states as follows:

Attached as Exhibit A is a Certificate For Admission *Pro Hac Vice* certifying that Mark D. Sheridan: (1) is a member of the Bar in good standing in every jurisdiction in which he has been admitted to practice; (2) is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the Bar; (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct;

and (4) has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Mark D. Sheridan be admitted to the Bar of this Court, *pro hac vice*, to appear as counsel for Beretta U.S.A. Corp.

Dated: February 7, 2024

Respectfully submitted,

/s/ Michael T. Mullaly
Michael T. Mullaly (B.B.O. # 672908)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
T +1 614 365 2700
F +1 614 365 2499
michael.mullaly@squirepb.com

*Counsel for Defendant, Beretta U.S.A. Corp.*

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I hereby certify that I have conferred with Plaintiff's counsel, Steve D. Shadowen, who stated that Plaintiff does not oppose this Motion.

/s/ Michael T. Mullaly
Michael T. Mullaly

## CERTIFICATE OF SERVICE

I hereby certify that, on February 7, 2024, the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Michael T. Mullaly
Michael T. Mullaly