# EXHIBIT A

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, <br><br> Plaintiff, <br><br> v. <br><br> SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING CO. LLC; GLOCK, INC.; STURM RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS, <br><br> Defendants. | Case No. 1:21-cv-11269-FDS |

**CERTIFICATE FOR ADMISSION
_PRO HAC VICE_ OF MARK D. SHERIDAN**

I, Mark D. Sheridan, hereby depose on oath and say:

1. I am a member in good standing of the State Bar of New Jersey. Also, I am admitted to practice in the following Federal courts:

- United States District Court, Southern District of New York
- United States District Court, District of New Jersey
- United States District Court, Western District of Wisconsin
- United States District Court, District of Colorado
- United States Court of Appeals for the First Circuit
- United States Court of Appeals for the Third Circuit
- United States Court of Appeals for the Fourth Circuit
- United States Court of Appeals for the Ninth Circuit

2. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the Bar.

4. I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF FEBRUARY, 2024.

    Respectfully submitted,

    /s/ Mark D. Sheridan
    Mark D. Sheridan
    SQUIRE PATTON BOGGS (US) LLP
    382 Springfield Avenue
    Suite 300
    Summit, NJ 07901
    T +1 973 848 5600
    F +1 973 848 5601
    mark.sheridan@squirepb.com

    *Counsel for Defendant, Beretta U.S.A. Corp.*