# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING CO. LLC; GLOCK, INC.; STURM RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>Defendants. | Case No. 1:21-cv-11269-FDS |

**CERTIFICATE FOR ADMISSION**
*PRO HAC VICE* **OF DANIEL C. HARKINS**

I, Daniel C. Harkins, hereby depose on oath and say:

1. I am a member in good standing of the State Bars of New York and New Jersey. Also, I am admitted to practice in the following Federal courts:

    - United States District Court, Southern District of New York
    - United States District Court, Eastern District of New York
    - United States District Court, District of New Jersey

2. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the Bar.

2

4. I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF FEBRUARY, 2024.

Respectfully submitted,

/s/ Daniel C. Harkins
Daniel C. Harkins
SQUIRE PATTON BOGGS (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, NY 10036
T +1 212 872 9800
F +1 212 872 9815
daniel.harkins@squirepb.com

*Counsel for Defendant, Beretta U.S.A. Corp.*