## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>  Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING CO. LLC; GLOCK, INC.; STURM RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>  Defendants. | Case No. 1:21-cv-11269-FDS |

## NOTICE OF APPEARANCE OF
## DANIEL C. HARKINS

Kindly enter the appearance of Daniel C. Harkins of Squire Patton Boggs (US) LLP as counsel for Defendant, Beretta U.S.A. Corp.

Dated: February 8, 2024

Respectfully submitted,

/s/ Daniel C. Harkins
Daniel C. Harkins (*PHV granted 2/8/2024*)
SQUIRE PATTON BOGGS (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, NY 10036
T +1 212 872 9800
F +1 212 872 9815
daniel.harkins@squirepb.com

*Counsel for Defendant, Beretta U.S.A. Corp.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on February 8, 2024, the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                      /s/ Daniel C. Harkins
                                      Daniel C. Harkins