**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>　　　Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING CO. LLC; GLOCK, INC.; STURM RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>　　　Defendants. | Case No. 1:21-cv-11269-FDS |

**NOTICE OF APPEARANCE OF**
**<u>MARK D. SHERIDAN</u>**

　　　Kindly enter the appearance of Mark D. Sheridan of Squire Patton Boggs (US) LLP as counsel for Defendant, Beretta U.S.A. Corp.

Dated: February 8, 2024

Respectfully submitted,

/s/ Mark D. Sheridan
Mark D. Sheridan (*PHV granted 2/8/2024*)
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Suite 300
Summit, NJ 07901
T +1 973 848 5600
F +1 973 848 5601
mark.sheridan@squirepb.com

*Counsel for Defendant, Beretta U.S.A. Corp.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that, on February 8, 2024, the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  /s/ Mark D. Sheridan
                                                  Mark D. Sheridan