IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., *et al.*<br><br>Defendants. | Case No. 21-cv-11269-FDS |

## MOTION TO WITHDRAW APPEARANCE

COMES NOW counsel for Defendant Beretta U.S.A. Corp. ("Beretta"), Wendy K. Venoit, Esquire, John K. McDonald, Esquire, and Michael B. de Leeuw, Esquire (collectively "Movants"), and file the present Motion to Withdraw Appearance, and in support thereof aver as follows:

1. Plaintiff Estados Unidos Mexicanos initiated this action by filing a complaint against all Defendants on August 4, 2021.

2. On November 23, 2021, John K. McDonald, Esquire and Michael B. de Leeuw, Esquire were granted leave to appear *pro hac vice* and entered appearances on behalf of Beretta.

3. On February 4, 2022, Wendy K. Venoit, Esquire entered her appearance on behalf of Beretta.

4. On October 1, 2022, the Court entered an Order dismissing this action.

5. On October 26, 2022, the Plaintiff appealed the Court's Order to the U.S. Court of Appeals for the First Circuit ("USCA").

6. On March 30, 2023, Beretta retained new counsel to represent them in substitution for Movants. Beretta's new counsel, Mark D. Sheridan of Squire Patton Boggs (US) LLP, entered his appearance on behalf of Beretta in the action before the USCA.

7. On April 3, 2023, Movants withdrew their appearance on behalf of Beretta before the USCA.

8. On January 22, 2024, the USCA reversed and remanded the action to this Honorable Court.

9. On February 7, 2024, Michael T. Mullaly, Esquire of Squire Patton Boggs (US) LLP entered his appearance on behalf of Beretta before this Honorable Court.

WHEREFORE, Movants respectfully request this Honorable Court grant their Motion to Withdraw Appearance as counsel for Defendant Beretta U.S.A Corp.

Dated: February 15, 2024                    Respectfully submitted,

                                                                  COZEN O'CONNOR

                                                                  */s/ Wendy K. Venoit*
                                                                  Wendy K. Venoit (#1200394)
                                                                  200 State Street, Suite 1105
                                                                  Boston, MA 02109
                                                                  *Tel*: (617) 849-6002
                                                                  *Fax*: (857) 488-4871
                                                                  wvenoit@cozen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2024, I electronically filed the foregoing document using the CM/ECF system which will send a notification of electronic filing to all counsel of record registered with the court.

                                        */s/ Wendy K. Venoit*
                                        Wendy K. Venoit