IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>    Plaintiff,<br><br>    v.<br><br>SMITH & WESSON BRANDS, INC., *et al.*<br><br>    Defendants. | Case No. 21-cv-11269-FDS |

## ORDER GRANTING WITHDRAWAL OF APPEARANCE

Upon consideration of the Motion to Withdraw the Appearances filed by Wendy K. Venoit, Esquire, John K. McDonald, Esquire, Michael B. de Leeuw, Esquire, and for good cause shown, it is this _____ day of February, 2024 hereby

ORDERED that the appearances of Wendy K. Venoit, Esquire, John K. McDonald, Esquire, and Michael B. de Leeuw, Esquire are withdrawn.

SO ORDERED.

_____
F. Dennis Saylor, IV
Chief Judge