# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>       Plaintiff,<br><br>      v.<br><br>SMITH & WESSON BRANDS, INC.;<br>BARRETT FIREARMS<br>MANUFACTURING, INC.; BERETTA<br>U.S.A. CORP.; CENTURY<br>INTERNATIONAL ARMS, INC.; COLT'S<br>MANUFACTURING COMPANY LLC;<br>GLOCK, INC.; STURM, RUGER & CO.,<br>INC.; WITMER PUBLIC SAFETY<br>GROUP, INC. D/B/A INTERSTATE<br>ARMS,<br><br>       Defendants. | Civil Action No. 1:21-cv-11269-FDS |

## DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING REVIEW OF PETITION FOR WRIT OF CERTIORARI

Defendants respectfully move this Court to stay proceedings in full while Defendants pursue certiorari in the U.S. Supreme Court. The Court has broad discretion to stay proceedings under its inherent power to control its own docket. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997). As set forth in the accompanying Memorandum in Support, the Court should grant the motion and stay all proceedings pending the U.S. Supreme Court's resolution of the petition for writ of certiorari.

Dated: February 23, 2024

Respectfully submitted,

| | |
|---|---|
| Defendant,<br>Smith & Wesson Brands, Inc.,<br>By its attorneys, | Defendant,<br>Glock, Inc.,<br>By its attorneys, |
| _/s/ Andrew E. Lelling_ | _/s/ Peter M. Durney_ |
| Andrew E. Lelling (BBO No. 631859)<br>alelling@jonesday.com<br>100 High Street<br>JONES DAY<br>Boston, MA  02110-1781<br>Phone: (617) 449-6856<br>Fax: (617) 449-6999 | Peter M. Durney (BBO No. 139260)<br>pdurney@cornellgollub.com<br>Patricia A. Hartnett (BBO No. 568206)<br>phartnett@cornellgollub.com<br>CORNELL & GOLLUB<br>88 Broad Street, Sixth Floor<br>Boston, MA 02110<br>Phone: (617) 482-8100<br>Fax: (617) 482-3917 |
| and | and |
| Noel J. Francisco (admitted PHV)<br>njfrancisco@jonesday.com<br>Anthony J. Dick (admitted PHV)<br>ajdick@jonesday.com<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Phone: (202) 879-3939<br>Fax: (202) 626-1700 | John F. Renzulli (admitted PHV)<br>Christopher Renzulli (admitted PHV)<br>Jeffrey Malsch (admitted PHV)<br>RENZULLI LAW FIRM LLP<br>One North Broadway, Suite 1005<br>White Plains, NY 10601<br>Phone: (914) 285-0700<br>Fax: (914) 285-1213 |

Defendant,
Barrett Firearms Manufacturing, Inc.,
By its attorneys,

_____/s/ James W. Porter_____
James W. Porter  (admitted PHV)
jwporterii@pphlaw.net
Warren Kinney (admitted PHV)
wkinney@pphlaw.net
PORTER PORTER & HASSINGER, P.C.
880 Montclair Road
Suite 175
Birmingham, Alabama 35213
Phone: (205) 322-1744

and

James M. Campbell (BBO No. 541882)
jmcampbell@Campbell-trial-lawyers.com
Trevor J. Keenan (BBO No. 652508)
keenan@Campbell-trial-lawyers.com
CAMPBELL CONROY & O'NEIL, P.C.
1 Constitution Wharf, Suite 310
Boston, MA 02129

Defendant,
Beretta U.S.A. Corp.,
By its attorneys,

_____/s/ John McDonald_____
John K. McDonald (admitted PHV)
JMcDonald@cozen.com
Michael de Leeuw (admitted PHV)
MdeLeeuw@cozen.com
Michael Savino (BBO No. 568826)
MSavino@cozen.com
COZEN O'CONNOR
1650 Market Street
Suite 2800
Philadelphia, PA 19103
Phone: (215) 864-8046

Defendant,
Sturm, Ruger & Co., Inc.,
By its attorneys,

_____*/s/ Jonathan Handler*_____
Jonathan I. Handler (BBO No. 561475)
jihandler@daypitney.com
Keith H. Bensten (BBO No. 568780)
kbensten@daypitney.com
DAY PITNEY LLP
One Federal Street, 29th Floor
Boston, MA 02110
Phone: (617) 345-4600
Fax: (617) 345-4745

and

James Vogts (admitted PHV)
jvogts@smbtrials.com
SWANSON, MARTIN & BELL LLP
330 N. Wabash Suite 3300
Chicago, IL 60611
Phone: (312) 222-8517
Cell: (630) 258-3987

Defendant,
Colt's Manufacturing Company LLC,
By its attorneys,

_____*/s/ Mike Rice*_____
Mike Rice (admitted PHV)
mikerice@hlawllc.com
Harrison Law LLC
141 West Jackson Boulevard
Suite 2055
Chicago, IL 60604
Phone: (312) 638-8776

and

John G. O'Neill (BBO No. 630272)
john.oneill@mgclaw.com
MCANGUS, GOUDELOCK & COURIE LLC
53 State Street, Suite 1305
Boston, MA 02109
(617) 830-7424

Defendant,
Witmer Public Safety Group, Inc.,
By its attorneys,

_____/s/ S. Jan Hueber_____
S. Jan Hueber (admitted PHV)
hueber@litchfieldcavo.com
LITCHFIELD CAVO LLP
100 Throckmorton St., Ste. 500
Fort Worth, Texas 76102
Phone: (817) 945-8025

and

Nora R. Adukonis (BBO No. 675932)
adukonis@litchfieldcavo.com
LITCHFIELD CAVO LLP
6 Kimball Lane, Suite 200
Lynnfield, MA  01940-2682
Phone: (781) 309-1500

Defendant,
Century International Arms, Inc.,
By its attorneys,

_____/s/ Joseph Yannetti_____
Joseph G. Yannetti (BBO No. 669008)
jyannetti@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street, Boston, MA 02210
Phone: (617) 439-7585

and

Anthony Pisciotti (admitted PHV))
apisciotti@pisciotti.com
Danny Lallis (admitted PHV)
dlallis@pisciotti.com
Ryan Erdreich (admitted PHV)
rerdreich@pisciotti.com
PISCIOTTI LALLIS ERDREICH
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
Phone: (973) 245-8100

## <u>CERTIFICATE OF SERVICE / COMPLIANCE WITH LOCAL RULES</u>

I hereby certify that, on February 23, 2024, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.

I further certify that, pursuant to Local Rule 7.1(a)(2), counsel have conferred in a good faith effort to resolve or narrow the issues raised in this motion.

*/s/ Jenna L. LaPointe*
Jenna L. LaPointe (BBO No. 699045)
jlapointe@jonesday.com
100 High Street
JONES DAY
Boston, MA  02110-1781
Phone: (617) 449-6910
Fax: (617) 449-6999
