UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>    Plaintiff,<br><br>    v.<br><br>SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>    Defendants. | Civil Action No. 1:21-cv-11269-FDS |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY IN
SUPPORT OF MOTION TO STAY PROCEEDINGS**

Pursuant to Local Rule 7.1(b)(3), and in light of the Court's comments at the hearing conducted on March 12, 2024, Defendants respectfully move for permission to submit a reply brief solely on the legal question of whether the Court has authority to stay proceedings in full pending resolution of Defendants' petition for certiorari.

Plaintiff briefed this issue at length in its opposition to Defendants' motion for a stay, but the Court currently does not have the benefit of any opposing briefing from the defense.

The reply brief would be no longer than five pages and would be filed by March 20, 2024.

Respectfully submitted,

Date:   March 13, 2024

| | |
|---|---|
| Defendant,<br>Smith & Wesson Brands, Inc.,<br>By its attorneys, | Defendant,<br>Glock, Inc.,<br>By its attorneys, |
|     */s/ Andrew E. Lelling*<br>Andrew E. Lelling (BBO No. 631859)<br>alelling@jonesday.com<br>100 High Street<br>JONES DAY<br>Boston, MA  02110-1781<br>Phone: (617) 449-6856<br>Fax: (617) 449-6999 |     */s/ Peter M. Durney*<br>Peter M. Durney (BBO No. 139260)<br>pdurney@cornellgollub.com<br>Patricia A. Hartnett (BBO No. 568206)<br>phartnett@cornellgollub.com<br>CORNELL & GOLLUB<br>88 Broad Street, Sixth Floor<br>Boston, MA 02110<br>Phone: (617) 482-8100<br>Fax: (617) 482-3917 |
| and | and |
| Noel J. Francisco (admitted PHV)<br>njfrancisco@jonesday.com<br>Anthony J. Dick (admitted PHV)<br>ajdick@jonesday.com<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Phone: (202) 879-3939<br>Fax: (202) 626-1700 | John F. Renzulli (admitted PHV)<br>Christopher Renzulli (admitted PHV)<br>Jeffrey Malsch (admitted PHV)<br>RENZULLI LAW FIRM LLP<br>One North Broadway, Suite 1005<br>White Plains, NY 10601<br>Phone: (914) 285-0700<br>Fax: (914) 285-1213 |

| | |
|---|---|
| Defendant,<br>Barrett Firearms Manufacturing, Inc.,<br>By its attorneys, | Defendant,<br>Beretta U.S.A. Corp.,<br>By its attorneys, |

Defendant,
Barrett Firearms Manufacturing, Inc.,
By its attorneys,

    */s/ James W. Porter*
James W. Porter  (admitted PHV)
jwporterii@pphlaw.net
Warren Kinney (admitted PHV)
wkinney@pphlaw.net
PORTER PORTER & HASSINGER, P.C.
880 Montclair Road
Suite 175
Birmingham, Alabama 35213
Phone: (205) 322-1744

and

James M. Campbell (BBO No. 541882)
jmcampbell@Campbell-trial-lawyers.com
Trevor J. Keenan (BBO No. 652508)
keenan@Campbell-trial-lawyers.com
CAMPBELL CONROY & O'NEIL, P.C.
1 Constitution Wharf, Suite 310
Boston, MA 02129

Defendant,
Beretta U.S.A. Corp.,
By its attorneys,

    */s/ John McDonald*
John K. McDonald (admitted PHV)
JMcDonald@cozen.com
Michael de Leeuw (admitted PHV)
MdeLeeuw@cozen.com
Michael Savino (BBO No. 568826)
MSavino@cozen.com
COZEN O'CONNOR
1650 Market Street
Suite 2800
Philadelphia, PA 19103
Phone: (215) 864-8046

| | |
|---|---|
| Defendant,<br>Sturm, Ruger & Co., Inc.,<br>By its attorneys, | Defendant,<br>Colt's Manufacturing Company LLC,<br>By its attorneys, |
|      */s/ Jonathan Handler*<br>Jonathan I. Handler (BBO No. 561475)<br>jihandler@daypitney.com<br>Keith H. Bensten (BBO No. 568780)<br>kbensten@daypitney.com<br>DAY PITNEY LLP<br>One Federal Street, 29th Floor<br>Boston, MA 02110<br>Phone: (617) 345-4600<br>Fax: (617) 345-4745<br><br>and<br><br>James Vogts (admitted PHV)<br>jvogts@smbtrials.com<br>SWANSON, MARTIN & BELL LLP<br>330 N. Wabash Suite 3300<br>Chicago, IL 60611<br>Phone: (312) 222-8517<br>Cell: (630) 258-3987 |      */s/ Mike Rice*<br>Mike Rice (admitted PHV)<br>mikerice@hlawllc.com<br>Harrison Law LLC<br>141 West Jackson Boulevard<br>Suite 2055<br>Chicago, IL 60604<br>Phone: (312) 638-8776<br><br>and<br><br>John G. O'Neill (BBO No. 630272)<br>john.oneill@mgclaw.com<br>MCANGUS, GOUDELOCK & COURIE LLC<br>53 State Street, Suite 1305<br>Boston, MA 02109<br>(617) 830-7424 |
| Defendant,<br>Witmer Public Safety Group, Inc.,<br>By its attorneys, | Defendant,<br>Century International Arms, Inc.,<br>By its attorneys, |
|      */s/ S. Jan Hueber*<br>S. Jan Hueber (admitted PHV)<br>hueber@litchfieldcavo.com<br>LITCHFIELD CAVO LLP<br>100 Throckmorton St., Ste. 500<br>Fort Worth, Texas 76102<br>Phone: (817) 945-8025<br><br>and<br><br>Nora R. Adukonis (BBO No. 675932)<br>adukonis@litchfieldcavo.com<br>LITCHFIELD CAVO LLP<br>6 Kimball Lane, Suite 200<br>Lynnfield, MA 01940-2682<br>Phone: (781) 309-1500 |      */s/ Joseph Yannetti*<br>Joseph G. Yannetti (BBO No. 669008)<br>jyannetti@morrisonmahoney.com<br>MORRISON MAHONEY LLP<br>250 Summer Street, Boston, MA 02210<br>Phone: (617) 439-7585<br><br>and<br><br>Anthony Pisciotti (admitted PHV))<br>apisciotti@pisciotti.com<br>Danny Lallis (admitted PHV)<br>dlallis@pisciotti.com<br>Ryan Erdreich (admitted PHV)<br>rerdreich@pisciotti.com<br>PISCIOTTI LALLIS ERDREICH |

30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
Phone: (973) 245-8100

**CERTIFICATE OF SERVICE / COMPLIANCE WITH LOCAL RULES**

I hereby certify that, on March 13, 2024, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.

I further certify that, pursuant to Local Rule 7.1(a)(2), counsel have conferred in a good faith effort to resolve or narrow the issues raised in this motion.

                                                 */s/ Jenna L. LaPointe*
                                       Jenna L. LaPointe (BBO No. 699045)
                                       jlapointe@jonesday.com
                                       100 High Street
                                       JONES DAY
                                       Boston, MA  02110-1781
                                       Phone: (617) 449-6910
                                       Fax: (617) 449-6999