UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br>   *Plaintiff,*<br><br>*vs.*<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>   *Defendants* | Civil Action No. 1:21-cv-11269-FDS |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE
TO FILE A REPLY IN SUPPORT OF STAY**

The Court should deny Defendants' request for three reasons.

First, the issue of the Court's authority to enter a full stay is largely beside the point because the Court may, in its discretion, schedule the resolution of the personal jurisdiction issues before proceeding with further matters, and decide thereafter how to proceed.

Second, allowing the motion would deprive the Government of the opportunity that it would normally have at a hearing to address Defendants' reply. Defendants had ample opportunity to address this foundational issue in their initial brief, and they did. If Defendants sought further briefing in response to Plaintiff's Opposition, the time to request it was before a hearing was held on the issue, so that the Government would have a forum to respond. At that hearing, the Court provided Defendants with every opportunity to respond to Plaintiff's brief and arguments.

Third, allowing this post-hearing briefing would further delay the Court's resolution of the matter.

To the extent the Court is inclined to allow the motion, the Government requests that the Defendants be given until Monday, March 18 to file a reply brief and that the Government be given until Thursday March 21 to file a three-page sur-reply brief.


Dated: March 13, 2024　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Steve D. Shadowen*
　　　　　　　　　　　　　　　　　　　　　　Steve D. Shadowen *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　　　Richard M. Brunell (BBO# 544236)
　　　　　　　　　　　　　　　　　　　　　　Nicholas W. Shadowen *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　　　SHADOWEN PLLC
　　　　　　　　　　　　　　　　　　　　　　1135 W. 6th Street, Suite 125
　　　　　　　　　　　　　　　　　　　　　　Austin, TX 78703
　　　　　　　　　　　　　　　　　　　　　　Phone: 855-344-3298
　　　　　　　　　　　　　　　　　　　　　　sshadowen@shadowenpllc.com
　　　　　　　　　　　　　　　　　　　　　　rbrunell@shadowenpllc.com
　　　　　　　　　　　　　　　　　　　　　　nshadowen@shadowenpllc.com

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jonathan E. Lowy*
　　　　　　　　　　　　　　　　　　　　　　Jonathan E. Lowy *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　　　Global Action on Gun Violence
　　　　　　　　　　　　　　　　　　　　　　805 15 Street NW, #601
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　　Phone: (202) 415-0691
　　　　　　　　　　　　　　　　　　　　　　jlowy@actiononguns.org

## CERTIFICATE OF SERVICE

I, Steve D. Shadowen, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. Those attorneys who are registered with the Court's electronic filing systems may access this filing through the Court's CM/ECF system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

Dated: March 13, 2024                                                  Respectfully Submitted,

*/s/ Steve D. Shadowen*
Steve D. Shadowen