UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SMITH & WESSON BRANDS, INC., et al., ) <br> ) <br> Defendants. ) | Civil Action No. <br> 21-11269-FDS |

### ORDER ON DEFENDANTS' RENEWED MOTIONS
### TO DISMISS FOR LACK OF PERSONAL JURISDICTION

**SAYLOR, C.J.**

In January 2022, defendants Sturm, Ruger & Company; Barrett Firearms Manufacturing, Inc.; Glock Inc.; Colt's Manufacturing Company LLC; Century International Arms, Inc.; and Beretta U.S.A. Corp. moved to dismiss the complaint under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction. On September 30, 2022, the Court denied those motions without prejudice as moot because it had determined that the complaint failed to state a claim upon which relief could be granted under Fed. R. Civ. P. 12(b)(6) as to all defendants. The First Circuit has since reversed that determination. *Estados Unidos Mexicanos v. Smith & Wesson Brands, Inc.*, 91 F.4th 511 (1st Cir. 2024).

Accordingly, defendants' motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) are deemed to be renewed. The parties will have 14 days from the date of this order to provide the Court with any supplemental briefing or notice of supplemental authorities relevant to deciding those motions. The Clerk is directed to schedule a hearing on the motions at a suitable time thereafter.

**So Ordered.**

Dated: April 5, 2024

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court