# EXHIBIT A

**PLAINTIFF'S SAMPLE JURISDICTIONAL REQUESTS FOR PRODUCTION**

By way of example only, the Government would request the Defendants produce:

- All documents concerning any dealers, distributors, or other intermediaries located or operating within Massachusetts that sell Defendants' firearms or to whom Defendants shipped firearms with the intent that they resell them.
- All documents concerning gun shows, trade shows, or any firearm-related conferences or events Defendants or any of Defendants' employees, agents, officers, or other personnel have attended in Massachusetts and any states bordering Massachusetts.
- All documents concerning each Trace Request received by Defendant, or as to which Defendant has knowledge, with respect to a firearm sold or transferred by Defendant that was recovered in Mexico, or was sold to or by a Massachusetts distributor or dealer and then traced, including the date of such request, the type of firearm involved, the name of the requesting agency, the entity to which Defendant sold or transferred the firearm, the jurisdiction where the firearm originated, and the jurisdiction where the firearm was recovered (if known). If Defendants are unable to determine where the firearm was recovered or sold, then produce documents for all traces to enable Plaintiff to make those determinations.
- All documents concerning actual or potential payments, communications, or contracts with any party located or operating within Massachusetts—including, but not limited to, consumers, firearms dealers, and firearms distributors and/or wholesalers.

1

- All documents concerning third-party advertisers, agents, or other parties promoting, selling, or distributing Defendants' firearms in Massachusetts.
- All documents concerning actual or potential strategies for increasing sales of firearms in Massachusetts.
- All documents concerning communications Defendants have had with Massachusetts firearm dealers, trade associations, gun shows, wholesalers, and distributors, including but not limited to the following in-state entities:
  - Whitmer Public Safety Group D/B/A INTERSTATE ARMS.
  - Natick Outdoor Store
  - The Gun Parlor
  - Bass Pro Shops Outdoor World
  - Smark Outdoors LLC D/B/A Sports and Gadgets
  - Cabela's 063
  - On Target
  - Dick's Sporting Goods 237
  - Dick's Sporting Goods 166
  - Cape Gun Works
  - R & R Sport Shop LLC
  - Powderhorn
  - Mass Firearms School
  - Atlantic Tactical (NY)
  - Four Seasons G Shop
  - GFA ArmsTec

- Camfour
- Auto Sport Distributors
- Mass Firearms
- North Shore Firearms
- Guns Inc.
- Village Sports
- Defensive Dynamics LLC
- Shawsheen Firearms and Gunsmithing
- Jurek Brothers Inc.
- Cape Gun Works
- Shooting Supply
- Law Enforcement Equipment Inc
- Precision Point Firearms
- Tombstone Trading Company
- Outback Arms LLC

- All documents relating to the below interrogatories.

**PLAINTIFF'S SAMPLE JURISDICTIONAL INTERROGATORIES**

By way of example only, the Government would request the Defendants to respond to the following interrogatories:

- List all firearm dealers located both within and outside Massachusetts that regularly sell your firearms to Massachusetts citizens.

- Identify each and every instance in which one or more of your firearms has been used to commit a crime in Massachusetts.

- Identify all of your firearms by type and serial number that have been the subject of a trace in Massachusetts.

- List the addresses of your document depositories or any other place where you maintain or have maintained records concerning the manufacturing, distribution, sales, promotion, and marketing pertaining to your firearms.

- List the addresses of your document depositories or any other place where you maintain or have maintained records concerning any firearm trace data.

- Identify any law enforcement person(s) who has visited any place of your business including the date and purpose of such visit(s).

- Describe in detail the nature and extent of your advertising and/ marketing directed at, or that would most likely reach, any Massachusetts person or entity, including but not limited to trade publications, newspapers, magazines, radio, television, Internet, emails, direct mailings, telephone calls, facsimiles, sponsorships and trade shows, within the past twenty (20) years.

- Describe each crime that Defendant is aware of allegedly involving a firearm sold or transferred by Defendant and recovered in Massachusetts, stating with respect

4

to each, to the extent known, the date and location of the crime, the date the firearm was sold by defendant, the nature of the crime, the type of firearm, the name of the individual to whom Defendant sold the firearm, and the name of the individual who allegedly committed the crime.

- Identify each and every instance in which one or more of your firearms has been trafficked, sold illegally or purchased illegally in Massachusetts.

- Identify each instance in which you have considered, negotiated, or entered into an agreement with a firearm distributor, wholesaler, dealer, or manufacturer which had the purpose or effect of facilitating sales or distribution of Defendants' firearms in Massachusetts or any state bordering Massachusetts.

- State the monetary value of past, present, anticipated, or projected sales and/or profits of any and all firearm sales of your firearms in Massachusetts or any state bordering Massachusetts since 2010 to the present.

- State the volume of past, present, anticipated, or projected sales and/or profits of any and all firearm sales of your firearms in Massachusetts or any state bordering Massachusetts since 210.

- Describe each crime that Defendant is aware of allegedly involving a firearm sold or transferred by Defendant and recovered in Mexico, stating with respect to each, to the extent known, the date and location of the crime, the date the firearm was sold by defendant, the nature of the crime, the type of firearm, the name of the individual to whom Defendant sold the firearm, and the name of the individual who allegedly committed the crime.

## PLAINTIFF'S SAMPLE DISCOVERY TO THE ATF

By way of example only, the Government would request the ATF to produce:

- All trace data involving these Defendants, from 2010 to the present;
- All trace data involving every gun distributor or dealer in Massachusetts from 2010 to the present;
- Aggregate trace data reflecting the number of guns originating in each U.S. state recovered at a crime scene in Mexico, for each year from 2010 to the present.