# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 22, 2024

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

  Re: Smith & Wesson Brands, Inc., et al.
     v. Estados Unidos Mexicanos
     No. 23-1141
     (Your No. 22-1823)

Dear Clerk:

 The petition for a writ of certiorari in the above entitled case was filed on April 18, 2024 and placed on the docket April 22, 2024 as No. 23-1141.

         Sincerely,

         **Scott S. Harris**, Clerk

         by

         Emily Walker
         Case Analyst