UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br><br>　　　　Defendants. | Civil Action No.<br>21-11269-FDS |

### ORDER TO FILE
### RULE 7.1 DISCLOSURE STATEMENT

**SAYLOR, C.J.**

On August 4, 2021, plaintiff Estados Unidos Mexicanos filed this action seven firearms manufacturers and one wholesaler, including Colt's Manufacturing Co. LLC ("Colt"). The complaint alleges a variety of claims related to the illegal trafficking of guns into Mexico. It alleges subject-matter jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. § 1332.

Colt has not filed a corporate disclosure statement. The complaint alleges that it is "is a corporation organized and existing under the laws of Delaware, with its principal place of business" in Connecticut. (Compl. ¶ 36). However, neither the complaint nor any other pleadings identify the citizenship of Colt's members. Limited liability companies ("LLCs") are treated like partnerships, not corporations, for purposes of determining their citizenship under § 1332(a), and therefore the citizenship of each of their members must be considered when determining whether diversity exists. For LLCs, the principal place of business and the state of organization are irrelevant.

Accordingly, defendant Colt's Manufacturing Co. LLC is hereby ORDERED to file a disclosure statement in accordance with Fed. R. Civ. P. 7.1 within 21 days (that is, by May 24, 2024).

**So Ordered.**

Dated:  May 3, 2024

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court