UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,    )<br>    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>SMITH & WESSON BRANDS, INC.;    )<br>BARRETT FIREARMS MANUFACTURING,    )<br>INC.; BERETTA U.S.A. CORP.; BERETTA    )<br>HOLDING S.P.A.; CENTURY    )<br>INTERNATIONAL ARMS, INC.; COLT'S    )<br>MANUFACTURING COMPANY LLC;    )<br>GLOCK, INC.; GLOCK GES.M.B.H.;    )<br>STURM, RUGER & CO., INC.;    )<br>WITMER PUBLIC SAFETY GROUP, INC.    )<br>D/B/A INTERSTATE ARMS,    )<br>    )<br>    Defendants.    ) | Case No. 1:21-CV-11269-FDS |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT COLT'S MANUFACTURING COMPANY, LLC

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), the undersigned counsel of record for Colt's Manufacturing Company, LLC ("Colt") hereby certifies that Colt does not have a direct parent corporation and no corporation publicly traded in the United States is a member of Colt or directly owns ten percent or more of Colt. Colt states that Colt CZ Group SE, which indirectly owns 100% of the members of Colt, is publicly traded in the Czech Republic.

Pursuant to Rule 7.1(a)(2), at the time the complaint was filed, Colt's members were Colt Defense LLC and New Colt Holding Corp. New Colt Holding Corp. was a corporation organized under the laws of the State of Delaware with its principal place of business in Connecticut. The sole member of Colt Defense LLC was CDH II Holdco Inc. CDH II Holdco Inc. was a corporation organized under the laws of the State of Delaware with its principal place of business in Connecticut. Currently, Colt's sole member is Colt CZ Group North America, Inc., which is a

corporation organized under the laws of the State of Kansas with its principal place of business in Connecticut.

Dated: May 6, 2024          Respectfully submitted:

                         */s/ John G. O'Neill*
                         John G. O'Neill (BBO No. 630272)
                         john.oneill@mgclaw.com
                         MCANGUS GOUDELOCK & COURIE PLLC
                         53 State Street, Suite 1305
                         Boston, MA 02109
                         Phone: (617) 830-7424

                         and

                         Michael L. Rice (admitted *pro hac vice*)
                         HARRISON LAW LLC
                         141 W. Jackson Blvd.
                         Suite 2055
                         Chicago, IL 60604
                         (t) (312) 638-8776
                         (f) (312) 638-8793
                         mikerice@hlawllc.com

                         **Attorneys for Defendant**
                         **Colt's Manufacturing Company, LLC**

## CERTIFICATE OF SERVICE

I, John G. O'Neill, hereby certify that on the 6th day of May, 2024, a true copy of the foregoing was filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be served by first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

                         *s/ John G. O'Neill*
                         John G. O'Neill
                         Attorney for Defendant
                         Colt's Manufacturing Company, LLC