# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ESTADOES UNIDOS MEXICANOS,<br>          Plaintiff,<br><br>v.<br><br>SMITH & WESSON BRANDS, INC.;<br>BARRETT FIREARMS MANUFACTURING,<br>INC.; BERETTA U.S.A. CORP.; BERETTA<br>HOLDING S.P.A.; CENTURY INTERNATIONAL<br>ARMS, INC.; COLT'S MANUFACTURING<br>COMPANY LLC; GLOCK, INC.; GLOCK<br>GES.M.B.H.; STURM, RUGER & CO., INC.;<br>WITMER PUBLIC SAFETY GROUP, INC.<br>D/B/A INTERSTATE ARMS,<br>          Defendants. | C.A. NO.:  1:21-CV-11269-FDS |

## RULE 7.1 STATEMENT OF
## WITMER PUBLIC SAFETY GROUP

Pursuant to Rule 7.1, Witmer Public Safety Group, doing business as Interstate Arms, hereby certifies that Witmer Public Safety Group does not have a parent corporation and no other publicly held corporation currently owns more than 10% of its stock.

                                        Defendant Witmer Public Safety Group, Inc., d/b/a
                                        Interstate Arms
                                        By Its Attorney,

                                        */s/ Nora R. Adukonis*
                                        Nora R. Adukonis, BBO# 676932
                                        LITCHFIELD CAVO LLP
                                        6 Kimball Lane, Suite 200
                                        Lynnfield, MA 01940
                                         (781) 309-1500
Dated:  May 6, 2024                     adukonis@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

      I, Nora R. Adukonis, hereby certify the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 6, 2024

                                                  */s/ Nora R. Adukonis*
                                                Nora R. Adukonis