# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, | |
| Plaintiff, | |
| v. | Case No.: 1:21-CV-11269-FDS |
| SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY, LLC; GLOCK, INC.; GLOCK GES M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. d/b/a INTERSTATE ARMS; | |
| Defendants. | |

**DEFENDANT CENTURY INTERNATIONAL ARMS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Century International Arms, Inc. certifies that it is a privately held corporation organized under the laws of the State of Vermont with a principal place of business in the State of Florida. Century International Arms, Inc. has no corporate parent and no publicly held corporations own more than 10% of Century International Arms, Inc.

Dated: May 7, 2024

[SIGNATURE ON SUBSEQUENT PAGE]

1

103566554

Respectfully submitted,

*/s/ Joseph G. Yannetti*
Joseph G. Yannetti, BBO# 669008
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500
jyannetti@morrisonmahoney.com

and

Anthony M. Pisciotti (Pro Hac Vice)
Danny C. Lallis (Pro Hac Vice)
Ryan L. Erdreich (Pro Hac Vice)
PISCIOTTI LALLIS ERDREICH
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
(973) 245-8100
apisciotti@pisciotti.com
dlallis@pisciotti.com
rerderich@pisciotti.com

**Attorneys for Defendant
Century International Arms, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that, on May 7, 2024, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.

> */s/ Joseph G. Yannetti*
> Joseph G. Yannetti, BBO# 669008
> MORRISON MAHONEY LLP
> 250 Summer Street
> Boston, MA  02210
> (617) 439-7500
> jyannetti@morrisonmahoney.com

103566554