UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, Plaintiff<br><br>V.<br><br>SMITH & WESSON BRANDS, INC., BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS<br>Defendants | CIVIL ACTION NO. 1:21-cv-11269-FDS |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE ABOVE-NAMED COURT:

    This is to notify the Court and all parties to the above action that the undersigned counsel for Defendant Colt's Manufacturing Company LLC has relocated to the address listed below:

McAngus Goudelock & Courie, LLC
53 State Street, Suite 1305
Boston, MA  02109
617-830-7439
*John.ONeill@mgclaw.com*

                          Respectfully submitted,

                          */s/ John G. O'Neill*
                          John G. O'Neill (BBO #630272)
                          MCANGUS GOUDELOCK & COURIE, LLC
                          53 State Street, Suite 1305
                          Boston, MA  02109
                          617-830-7439
                          *John.ONeill@mgclaw.com*

Dated:  May 16, 2024

## CERTIFICATE OF SERVICE

    I, John G. O'Neill, hereby certify that on the above date, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                      */s/ John G. O'Neill*
                                      John G. O'Neill