UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>   *Plaintiff*<br><br>v.<br><br>SMITH & WESSON BRANDS, INC., BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,<br><br>   *Defendants* | CIVIL ACTION NO. 1:21-cv-11269-FDS |

**NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    This is to notify the Court and all parties to the above action that the undersigned counsel for Plaintiff Estados Unidos Mexicanos has relocated. The previous address for HILLIARD SHADOWEN LLP was 1135 W. 6th St., Suite 125, Austin TX 78703. The new address is as follows:

HILLIARD SHADOWEN LLP
1717 W. 6th St., Suite 290
Austin, TX 78703

    All other contact information remains the same.

1

Dated: May 20, 2024                                  Respectfully Submitted,

/s/ *Steve D. Shadowen*
Steve D. Shadowen, (*pro hac vice*)
Richard M. Brunell, (BBO # 544236)
Nicholas Shadowen, (*pro hac vice*)
Tina J. Miranda, (*pro hac vice*)
**HILLIARD SHADOWEN LLP**
1717 W. 6th St., Ste. 290
Austin, TX 78703
Tel: (855) 344-3298
steve@hilliardshadowenlaw.com
rbrunell@hilliardshadowenlaw.com
tmiranda@hilliardshadowenlaw.com
nshadowen@hilliardshadowenlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court by using the Court's CM/ECF system. All counsel of record will receive an electronic notice of this filing.

Dated: May 20, 2024                                          /s/ *Steve D. Shadowen*
                                                             Steve D. Shadowen