IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, *Plaintiff,* <br><br> vs. <br><br> SMITH & WESSON BRANDS, INC., et al., *Defendants.* | Civil Action No. 1:21-cv-11269 |

## MOTION TO ADMIT YAACOV (JAKE) MEISELES *PRO HAC VICE*

I, Richard M. Brunell, am a member in good standing of the bar of this Court and the attorney of record for the Plaintiff, Estados Unidos Mexicanos. My bar number is 544236. Pursuant to Local Rule 83.5.3, I am moving for the admission of Yaacov (Jake) Meiseles to appear *pro hac vice* in this case as counsel for the Plaintiff. Mr. Meiseles is a member of the bar of the State of New York and the United States District Court for the Southern District of New York. Attached hereto is Mr. Meiseles' signed certification under Rule 83.5.3(e)(3) that he is a member in good standing of the bars to which he is admitted.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting Yaacov (Jake) Meiseles as counsel for the Plaintiff in the above-captioned case.

Respectfully submitted,

Date: June 13, 2024

*s/ Richard M. Brunell*
Richard M. Brunell, BBO# 544236
Shadowen PLLC
1717 W. 6th Street, Suite 290
Austin, TX 78703
(855) 344-3298
rbrunell@shadowenpllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June 2024, this Motion for Admission *Pro Hac Vice* was served via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

Date: June 13, 2024                                                                *s/ Richard M. Brunell*
                                                                                                      Richard M. Brunell, BBO# 544236