**CERTIFICATION OF YAACOV (JAKE) MEISELES**

I, Yaacov (Jake) Meiseles, certify as follows:

1. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. Specifically, I am a member in good standing of the bars of the State of New York and the United States District Court for the Southern District of New York.

2. I am not the subject of any disciplinary proceedings pending in any jurisdiction.

3. I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Date: June 13, 2024

*s/ Yaacov (Jake) Meiseles*
Yaacov (Jake) Meiseles
New York Bar No. 5773437