IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br>      *Plaintiff,*<br><br>  *vs.*<br><br>SMITH & WESSON BRANDS, INC., et al.,<br>      *Defendants.* | Civil Action No.<br>1:21-cv-11269 |

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Estados Unidos Mexicanos.

Date: June 14, 2024

    *s/ Yaacov (Jake) Meiseles*
    Yaacov (Jake) Meiseles
    Admitted *Pro Hac Vice*
    Global Action on Gun Violence
    805 15th Street, NW, #601
    JMeiseles@actiononguns.org
    (845) 642-5652

## CERTIFICATE OF SERVICE

    I, Yaacov (Jake) Meiseles, hereby certify that this document was filed with the Clerk of the Court via CM/ECF, which will forward copies to Counsel of Record.

Dated: June 14, 2024                                        Respectfully Submitted,

                                                                               *s/ Yaacov (Jake) Meiseles*
                                                                               Yaacov (Jake) Meiseles
                                                                               Admitted *Pro Hac Vice*