UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SMITH & WESSON BRANDS, INC.; ) | Case No. 1:21-CV-11269-FDS |
| BARRETT FIREARMS MANUFACTURING, ) | |
| INC.; BERETTA U.S.A. CORP.; BERETTA ) | |
| HOLDING S.P.A.; CENTURY ) | |
| INTERNATIONAL ARMS, INC.; COLT'S ) | |
| MANUFACTURING COMPANY LLC; ) | |
| GLOCK, INC.; GLOCK GES.M.B.H.; ) | |
| STURM, RUGER & CO., INC.; ) | |
| WITMER PUBLIC SAFETY GROUP, INC. ) | |
| D/B/A INTERSTATE ARMS, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW APPEARANCES FOR
## DEFENDANT COLT'S MANUFACTURING COMPANY LLC

Michael L. Rice, Katie J. Colopy, and the law firm of Harrison Law LLC ("Attorneys") move to withdraw as attorneys of record for Defendant Colt's Manufacturing Company LLC ("Colt"), pursuant to Local Rule 83.5.2(c)(2).

The Attorneys have notified Colt that Harrison Law LLC will not continue as an organization and that, therefore, the Attorneys are no longer in a position to represent Colt in this matter. John G. O'Neill and the firm of McAngus Goudelock & Courie, who have entered an appearance on behalf of Colt, will continue to represent Colt in this matter.

The withdrawal of the Attorneys will not prejudice Colt or delay this matter. Colt has been dismissed from this action for lack of personal jurisdiction. (Dkt. No. 220). Plaintiff has moved for entry of a Rule 54(b) final judgment (Dkt. No. 225), which remains pending based on the Court's consideration of a stay of this matter following the grant of certiorari by the United States Supreme Court.

## CONCLUSION

For the foregoing reasons, the Attorneys respectfully request that this Court enter the proposed order granting withdrawal and striking their appearances as attorneys for Defendant Colt's Manufacturing Company LLC.

Respectfully submitted:

*/s/ John G. O'Neill*
John G. O'Neill (BBO No. 630272)
John.oneill@mgclaw.com
McAngus Goudelock & Courie
53 State Street, Suite 1305
Boston, MA 02109
Phone: (617) 830-7424

and

Michael L. Rice (admitted *pro hac vice*)
Katie J. Colopy (admitted *pro hac vice*)
HARRISON LAW LLC
141 W. Jackson Blvd.
Suite 2055
Chicago, IL 60604
(t) (312) 638-8776
(f) (312) 638-8793
mikerice@hlawllc.com
katiecolopy@hlawllc.com

**Attorneys for Defendant**
**Colt's Manufacturing Company LLC**

Dated: October 29, 2024

## CERTIFICATE OF SERVICE

I, John G. O'Neill, hereby certify that on the 29th day of October, 2024, a true copy of the foregoing was filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be served by first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

*s/ John G. O'Neill*
John G. O'Neill
Attorney for Defendant
Colt's Manufacturing Company LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SMITH & WESSON BRANDS, INC.; ) <br> BARRETT FIREARMS MANUFACTURING, ) <br> INC.; BERETTA U.S.A. CORP.; BERETTA ) <br> HOLDING S.P.A.; CENTURY ) <br> INTERNATIONAL ARMS, INC.; COLT'S ) <br> MANUFACTURING COMPANY LLC; ) <br> GLOCK, INC.; GLOCK GES.M.B.H.; ) <br> STURM, RUGER & CO., INC.; ) <br> WITMER PUBLIC SAFETY GROUP, INC. ) <br> D/B/A INTERSTATE ARMS, ) <br> ) <br> Defendants. ) | Case No. 1:21-CV-11269-FDS |

## **[PROPOSED] ORDER**

Having considered the MOTION TO WITHDRAW AS ATTORNEYS FOR DEFENDANT COLT'S MANUFACTURING COMPANY, LLC, and the circumstances, it is this ___ day of _____, 2024, determined that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Michael L. Rice, Katie J. Colopy and the law firm of Harrison Law LLC are withdrawn from this case and their appearances on behalf of Defendant Colt's Manufacturing Company, LLC are stricken.

_____
HON. F. DENNIS SAYLOR IV
United States District Judge