UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS, ) ) Plaintiff, ) ) v. ) ) SMITH & WESSON BRANDS, INC., et al., ) ) Defendants. ) ) | Civil Action No. 21-11269-FDS |

## ORDER STAYING PROCEEDING

**SAYLOR, C.J.**

For good cause shown, and in light of the granting by the United States Supreme Court of the petition for a writ of certiorari in *Smith & Wesson Brands, Inc., et al. v. Estados Unidos Mexicanos*, No. 23-1141, this matter is hereby STAYED in its entirety pending further order of the Court.

**So Ordered.**

Dated: October 31, 2024

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court