UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTADOS UNIDOS MEXICANOS,<br><br>            Plaintiff<br>V.<br>SMITH & WESSON BRANDS, INC., BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS<br><br>            Defendants | CIVIL ACTION NO. 1:21-cv-11269-FDS |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

NOTICE TO THE CLERK OF THE ABOVE-NAMED COURT:

Christine M. Netski hereby **withdraws** her appearance as attorney for Defendant Colt's Manufacturing Company LLC in the above-referenced matter. Attorney John G. O'Neill of the law firm of McAngus, Goudelock & Courie, LLC will continue to represent Colt's Manufacturing Company in this matter.

            Respectfully submitted,

            */s/ Christine M. Netski*
            Christine M. Netski (BBO NO. 546936)
            Sugarman, Rogers, Barshak & Cohen, P.C.
            101 Merrimac Street, 9th Floor
            Boston, MA 02114
            (617) 227-3030
Dated:  November 13, 2024     netski@sugarmanrogers.com

## CERTIFICATE OF SERVICE

I, John G. O'Neill, hereby certify that on the above date, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ John G. O'Neill*
John G. O'Neill