UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

**Estados Unidos Mexicanos**
     **Plaintiff,**

    v.

                                              Civil Action No. 1: 21-cv-11269-FDS

**Smith & Wesson Brands, Inc. et al**
     **Defendant.**
_____

### JUDGMENT IN A CIVIL CASE

    SAYLOR, C.J.

    In accordance with the Court's ORDER entered on August 19, 2025 (Dkt No. 243), JUDGMENT is hereby entered dismissing all of plaintiff's claims pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

                                                    By the Court,

Dated: 8/19/2025                                             /s/ Melonie Cooke
                                                                          Deputy Clerk